UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 FEB -7 PM 2: 55
CLERK_____
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) CR   CR413-028 |
|---|---|
| v. | ) |
| SEAN MICHAEL CLARK, ET AL. | ) |

## MOTION TO SEAL INDICTMENT

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above-styled indictment until such time as defendants are in custody or have been released pending trial.

WHEREFORE, the government moves that the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

Karl I. Knoche
Assistant United States Attorney
Georgia Bar. No. 426624

Post Office Box 8970
Savannah, Georgia 31412
ph. (912) 652-4422