UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR  CR413-028 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN MICHAEL CLARK, ET AL. | ) | |

### ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

So ORDERED this 7th day of February 2013.

_____
HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED U.S. DISTRICT COURT SAVANNAH DIV.
2013 FEB -7 PM 2:54
CLERK _____ SO. DIST. OF GA.