UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | CR413-028 |
| v. | ) | |
| | ) | |
| SEAN MICHAEL CLARK, ET AL. | ) | |

PENALTY CERTIFICATION

The undersigned hereby certifies the penalties for the offenses as follows:

**Count One - 21 U.S.C. § 846**
**Conspiracy**
(upon first conviction)
Imprisonment for not more than 20 years;
Not more than $1,000,000 fine, or both;
At least 3 years supervised release;
$100 special assessment.

**Count Two - 21 U.S.C. § 856(a)(1)**
**Maintaining Drug-Involved Premises**
Imprisonment for not more than 20 years;
Not more than $500,000 fine, or both;
Not more than 3 years supervised release (18 U.S.C. § 3583);
$100 special assessment.

**Counts Three through Fifty-One - 21 U.S.C. § 841(a)(1)**
**Unlawful Dispensation of Controlled Substances**
(upon first conviction)
Imprisonment for not more than 20 years;
Not more than $1,000,000 fine, or both;
At least 3 years supervised release;
$100 special assessment.

**Count Fifty-Two - U.S.C. § 841(a)(1)**
**Distribution of Controlled Substance**
(upon first conviction)
Imprisonment for not more than 20 years;
Not more than $1,000,000 fine, or both;
At least 3 years supervised release;
$100 special assessment.

**Count Fifty-Three -18 U.S.C. 1956(h)**
**Conspiracy to Launder Monetary Instruments**
Imprisonment of not more than twenty (20) years;
Fine of up to $500,000;
Not more than 3 years supervised release (18 U.S.C. § 3583);
$100 special assessment.

**Forfeiture Allegation**
Forfeiture of assets

                                    Respectfully submitted,

                                    EDWARD J. TARVER
                                    UNITED STATES ATTORNEY

                                    Karl I. Knoche
                                    Assistant United States Attorney
                                    Georgia Bar. No. 426624

Post Office Box 8970
Savannah, Georgia  31412
(912) 652-4422