FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**UNITED STATES DISTRICT COURT FOR THE** 2013 FEB 26  AM 11: 13

**SOUTHERN DISTRICT OF GEORGIA**

CLERK_____
SO. DIST OF GA.

**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CR 413-28** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL.** | ) | |

## MOTION TO UNSEAL INDICTMENT

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to unseal the above-styled indictment as arrests are projected to take place beginning February 26, 2013.

WHEREFORE, the government moves that the above-styled indictment, and all process issued thereunder, be unsealed.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s Karl Knoche*

Post Office Box 8970
Savannah, Georgia  31412
ph. (912) 652-4422

Karl I. Knoche
Assistant United States Attorney
Georgia Bar. No. 426624