FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 FEB 26  AM 11: 13

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 413-28 |
| ) | |
| v.                        ) | |
| ) | |
| SEAN MICHAEL CLARK, ET AL. ) | |

### O R D E R

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be unsealed.

So ORDERED this 26TH day of February 2013.

_____
HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA