# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CASE NO. 4:13CR28      **MINUTES**      JUDGE CODE: 3JBC

UNITED STATES of AMERICA           GREG GILLULY ↝ *Karl Knoche*

_____ Plaintiff        _____ Counsel for Plaintiff

VS.
NAJAM AZMAT

_____ Defendant        _____ Counsel for Defendant

ALSO PRESENT:      **SHERRI F. FLANDERS**      Courtroom Deputy Clerk
                   **FTR**                Court Reporter
2:03 – 2:09      *Sid/Gerry*            U. S. Marshal
             **DREW WALKER**      U. S. Probation

FEBRUARY 26, 2013                        SAVANNAH, GA
_____        _____
DATE                                           PLACE

       CASE CALLED THIS DATE FOR   INITIAL APPEARANCE _____
CHARGES SET OUT BY THE COURT. _____

_____

RIGHTS ADVISED. _____

Δ requests appt'd counsel; so ordered _____

Gov't. moves for pretrial detention. Hrg. set for Thurs, Feb. 28 @ 9:00 _____