| U. S. MAGISTRATE JUDGE G. R. SMITH | CASES BELOW CALLED FOR: |
| --- | --- |
| UNITED STATES COURTHOUSE | DETENTION HEARING |
| 125 BULL STREET | |
| SAVANNAH, GEORGIA | |

## SAVANNAH CRIMINAL CALENDAR

### THURSDAY, FEBRUARY 28, 2013

### 9:00 A. M.

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
| --- | --- | --- | --- |
| 4:13CR28 | NAJAM AZMAT | CONSP UNLAWFUL CONT SUBS. | DAVID BURNS (CJA) |

DISTRIBUTION DATE: FEBRUARY 27, 2013

U. S. MAGISTRATE JUDGE
U. S. ATTORNEY
U. S. MARSHAL
U. S. PROBATION
U. S. CLERK
COURT SECURITY