UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. 4:13CR28     MINUTES     JUDGE CODE: 3JBC

UNITED STATES of AMERICA     KARL KNOCHE &amp;
_____     Greg Gilluly
             Plaintiff     _____
vs.                       Counsel for Plaintiff

NAJAM AZMAT     DAVID BURNS (CJA)
_____     _____
             Defendant               Counsel for Defendant

ALSO PRESENT:     SHERRI F. FLANDERS     Courtroom Deputy Clerk
                            FTR                 Court Reporter
9:00 - 9:57            Mark/Pete      U. S. Marshal
                         DREW WALKER     U. S. Probation

FEBRUARY 28, 2013                             SAVANNAH, GA
DATE                                                             PLACE

CASE CALLED THIS DATE FOR    DETENTION HEARING

Proffer by defense.

Proffer by Gov't.

Gov't exhibits 1-6 tendered.

Argument.

Findings by the Court.

Court grants Gov't motion for pretrial detention.

Detention is ordered.