UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 FEB 28  AM 10: 22
CLERK_____
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | CR 413-28 |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | |
| NAJAM AZMAT | ) | |

## GOVERNMENT'S EXHIBIT LIST

| ADMISSION INTO EVIDENCE | NUMBER | DESCRIPTION OF EXHIBIT |
| --- | --- | --- |
| 2·28·13 | 1 | Letter of Suspension - Georgia Composite State Board of Medical Examiners dated September 23, 2008 |
| 2·28·13 | 2 | Florida Times-Union News Article dated January 19, 2012 concerning wronful death settlement of $840,000 |
| 2·28·13 | 3 | Emergency Order of Suspension- Commonwealth of Kentucky Board of Medical Licensure dated February 16, 2012 |
| 2·28·13 | 4 | Kentucky.com Web Article - Medical oard consultant's report details allegations against doctor, dated February 17, 2012 |
| 2·28·13 | 5 | DEA 6 Report of Interview of Najam Azmat (Interview date September 19, 2012 |
| 2·28·13 | 6 | Medical Files (redacted copies) and Expert Work Sheets from East Health Center |
| | | |
| | | |
| | | |
| | | |