IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                          Case No. 4:13-cr-00028-WTM-GRS

NAJAM AZMAT,
    Defendant.

## NOTICE OF APPEARANCE

COMES NOW, David M. Burns, Jr., and files this Notice of Appearance as Attorney of Record for the Defendant, NAJAM AZMAT, in the above-captioned matter.

Respectfully submitted this Tuesday March 5, 2013.

                                                S/ *David M. Burns, Jr.*
                                                David M. Burns, Jr.
                                                Georgia Bar Number:096364
                                                Attorney for the Defendant

304 East Bay Street
Savannah, Georgia 31401
Phone:  (912)233-2570
Facsimile:  (912)231-9157

# IN THE UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              Case No. 4:13-cr-00028-WTM-GRS

NAJAM AZMAT

    Defendant.

## CERTIFICATE OF SERVICE

This is to certify that I have this date served all parties and/or their counsel of record in the foregoing matter in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

                                              Karl Knoche
                                              Asst. United States Attorney
                                              P.O. Box 8970
                                              Savannah, GA 31412

This Tuesday, March 5, 2013.

                                              S/ *David M. Burns, Jr.*
                                              David M. Burns, Jr.
                                                  Georgia Bar no.: 096364

304 East Bay Street
Savannah, GA 3140
Phone: (912) 233-2570
Facsimile: (912) 231-9157