**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,
      Plaintiff,

Vs.                           Case No.:  4:13-cr-00028-WTM-GRS

NAJAM AZMAT,
      Defendant.

**MOTION FOR RECONSIDERATION OF DETENTION ORDER**

COMES NOW Defendant Najam Azmat, by and through his undersigned attorney,
and moves this Court to reconsider its oral Order for Detention entered on February 28, 2013 and
in support thereof states:

1.  Defendant was arrested on or about Tuesday February 26, 2013 in relation to the above-listed
indictment, which charges him and other codefendants with a conspiracy to unlawfully distribute
prescription pain medication in violation of Title 21 U.S.C. within the Southern District of
Georgia.

2.  A detention hearing was held before this Court on February 28, 2013 at which time the Court
heard evidence from both parties as to whether Dr. Azmat should be held in pretrial detention.

3.  At the hearing, undersigned counsel presented evidence in favor of granting a bond, namely:
(a) Dr. Azmat is a U.S. citizen and has lived in the United States since 1978 (b) he is fifty-five
years of age and has no criminal history, (c) he does not have a valid passport, but would
surrender it to the court should it be renewed (d) he no longer has his D.E.A. license to prescribe
medication, and (e) he has been a resident of  Georgia since 2005 and owns real property with
his wife in Waycross, Georgia within the Southern District.

3.  At the conclusion of the hearing, the Court ruled that due to Dr. Azmat's potential
punishment, coupled with his previous international travel, he posed a flight risk that would

require substantial security to assure his presence at trial.  However, the Court also indicated that it would reconsider the issue once proof of substantial security was demonstrated to the Court.

4.  The defendant's sister-in-law, Tehmina Khan, a Georgia resident who lives in Smyrna, would offer the following property to secure his bond:

    a.  real property located in Dekalb County, Georgia, titled in the name of Tehmina Khan, and recorded in deed book no. 22937, page 206.  This property was purchased for cash in February 2012 and is unencumbered.  A title search has been requested and the property is believed to be valued at approximately seventy-five thousand ($75,000.00) dollars.

    b.  the title to a 2011 Toyota Camry titled in the name of Tehmina Khan.  This vehicle is free and clear of any liens.

    c.  the title to a 2010 Mazda 3 titled in the name of Tehmina Khan.  This vehicle is free and clear of any liens.

WHEREFORE, Defendant prays that this Court reconsider its Detention Order of February 28, 2013, and grant defendant a bond with such conditions of release as this Court deems appropriate.

Respectfully submitted this Monday, March 11, 2013.

          *S/ David M. Burns, Jr.*
          David M. Burns, Jr.
          Georgia Bar Number:096364
          Attorney for the Defendant

304 East Bay Street
Savannah, Georgia 31401
Phone: (912)233-2570
Facsimile: (912)231-9157

**IN THE UNITED STATED DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,
     Plaintiff,

vs.                                  Case No. 4:13-cr-00028-WTM-GRS

NAJAM AZMAT
     Defendant.

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served all parties and/or their counsel of record in the foregoing matter in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This Monday, March 11, 2013.

                                    *S/ David M. Burns, Jr.*
                                    David M. Burns, Jr.
                                    Georgia Bar Number:096364
                                    Attorney for the Defendant

304 East Bay Street
Savannah, GA 31401
Phone: (912) 233-2570
Facsimile: (912) 231-9157