| U. S. MAGISTRATE JUDGE G. R. SMITH | CASES BELOW CALLED FOR: |
|---|---|
| UNITED STATES COURTHOUSE | ARRAIGNMENT |
| 125 BULL STREET | |
| SAVANNAH, GEORGIA | |

## SAVANNAH CRIMINAL CALENDAR

### MONDAY, MARCH 25, 2013

### 9:00 A. M.

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
|---|---|---|---|
| 4:13CR28 | SEAN MICHAEL CLARK<br>ADELAIDA M. LIZAMA<br>DANIEL JOHN WISE<br>NAJAM AZMAT<br>SHELLY L. MORFORD | CONSP UNLAWFUL DISP CONT SUBS | JULIE WADE (RET)<br>ROB NYE (CJA)<br>DAVID BURNS (CJA) |

DISTRIBUTION DATE: MARCH 12, 2013

U. S. MAGISTRATE JUDGE
U. S. ATTORNEY
U. S. MARSHAL
U. S. PROBATION
U. S. CLERK
COURT SECURITY