# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR413-028 |
| ) | |
| NAJAM AZMAT ) | |
| aka, "DR. HAZMAT" ) | |

## ORDER OF DETENTION PENDING TRIAL

The government moves for pretrial detention of Najam Azmat, who is charged with forty-nine counts of unlawful distribution of controlled substances, conspiracy to distribute controlled substances, maintaining drug-involved premises, and conspiracy to launder monetary instruments. After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f), the Court concludes that detention is warranted.

1. Defendant is charged with fifty-one controlled substance offenses, each of which is punishable by more than ten years' imprisonment. Under 18 U.S.C. § 3142(e), Congress has created a presumption that no conditions of release will reasonably assure that those charged with serious drug crimes, punishable by ten years or more of

imprisonment, will not flee or pose a danger to the community. Defendant has not offered evidence sufficient to rebut that presumption.

2. The government offered convincing evidence that defendant briefly served as the prescribing physician for a "pill mill" operated under the name "East Health Center" in Garden City, Georgia in early 2011. The evidence established that defendant routinely prescribed high doses of narcotic pain medication to numerous "patients" who had traveled great distances (generally from out of state) to acquire such drugs from this cash-only business. The evidence persuades that defendant, who was paid in cash for his services, knew very well that he was dealing with drug addicts and that the prescriptions he wrote were not for any legitimate medical purpose.

After the defendant left East Health Center, he opened a pain management clinic in Lexington, Kentucky, where he engaged in the same practice of prescribing high doses of narcotic pain medication to a series of drug addicts. Federal law enforcement officials shut this business down in February 2012.

3. Although defendant reported earning $30,000 per month from May 2011 until February 2012, he now claims that he is indigent and

requires court appointed counsel. The defendant has family ties in two foreign countries and reports recently traveling abroad. Given the wealth likely available to him and his foreign connections, and given the length of the potential sentence and the statutory presumption, the Court finds that defendant poses a substantial risk of flight.

Given the preceding information, the Court finds that there are no conditions that will reasonably assure the defendant's appearance for further proceedings in this case. **THEREFORE, IT IS HEREBY ORDERED** that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the persons in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED** this 19TH day of March, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3