FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

## UNITED STATES DISTRICT COURT

2013 MAR 20 PM 3: 48

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

CLERK_____
SO. DIST OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 413-28 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN MICHAEL CLARK, ET AL. | ) | |

## O R D E R

Good cause having been shown, the government's motion to allow disclosure of

documents under seal is hereby GRANTED.

The United States Attorney's Office is hereby granted permission to disclose the

following materials during the discovery process in the case of United States v. Sean Michael

Clark, et al., CR 413-28 and to use the materials as evidence as necessary, said materials

remaining under seal until further Order of this Court:

**A. Seizure Warrants, Applications and Affidavits (bearing Magistrate's No. MJ 411-43)**

1. BB&T Account No. 0005242045442 (May 25, 2011);

2. BB&T Account No. 0148277559 (May 25, 2011);

3. BB&T Account No. 0000148277923 (May 25, 2011);

4. Suntrust Bank Account No. 1000096278329 (May 25, 2011);

5. Wells Fargo Account No. 2000055424752 (May 25, 2011);

6. Wells Fargo Account No. 1010206887469 (May 25, 2011);

7. Bank of America Account No. 004280888668 (May 25, 2011);

8. J.P. Morgan Chase Account No. 876470253 (May 25, 2011);

9. Suntrust Bank Account No. 1000100074565 (May 25, 2011);

10.  Bank of America Account No. 229037534692  (Jun 27, 2011);

11.  Bank of America Account No.  003449629078  (Jun 27, 2011);

12.  Bank of America Account No. 003871321304  (Jun 27, 2011); and

13.  Wachovia Account No.  2000054050156  (Jun 27, 2011).

**B.  Seizure Warrants, Applications and Affidavits (bearing Magistrate's No. MJ 411-89)**

1.  Bank of America Account No. 229007797171 (Nov 4, 2011);

2.  UBS Account BX 24546 LH  (Nov 4, 2011); and

3.  UBS Account BX 24562 LH  (Nov 4, 2011).

**C.  Search Warrants, Applications and Affidavits (bearing Magistrate's No. MJ 411-43 and/or 11-6580-RSR)**

1.  East Health Center, 626 U.S. Highway 80, Garden City, Georgia  (May 24, 2011);

2.  50 Crystal Lake Drive, Pooler, Georgia  (May 24, 2011);

3.  Email Account Known as "Easthealthcenter@gmail.com" (May 24, 2011);

4.  Email Account Known as "Allefrancois99@gmail.com" (May 24, 2011);

5.  Email account know as "RFREEDFL@Yahoo.com"  (Dec 15, 2011); and

6  Safety Deposit Box 153 located at Regions Bank, Delray Beach, Florida (11-6580-RSR) (Nov 9, 2011).

SO ORDERED THIS 20TH DAY OF MARCH, 2013.

HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order Authorizing Disclosure of Documents Under Seal
CR 413-28
Prepared by AUSA Knoche

2