UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR 413-28 |
| | ) | |
| v. | ) | |
| | ) | |
| **NAJAM AZMAT** | ) | |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION ORDER**

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and files this Response in Opposition to Defendant's Motion for Reconsideration of Detention Order and in support thereof notes the following:

As shown at the detention hearing held on February 28, 2013, the defendant has engaged in dispensing controlled substances to drug-addicted persons without any legitimate medical purpose on multiple occasions, in locations in Georgia and Kentucky. Although he reported earning $30,000 per month from May 2011 to February 2012, he now (inexplicably) claims to be indigent. The defendant has family ties in two foreign countries and he has traveled abroad in the recent past.

In his motion, the defendant proffers that his sister-in law is willing to post a parcel of real estate in DeKalb County (estimated by defendant to be worth approximately $75,000) and two used cars as security for a bond, should the court reconsider its detention order. The government maintains that this new evidence is insufficient to rebut the showing that was made at the detention hearing (and the statutory presumption), that no conditions of release will

reasonably assure that the defendant will not flee nor pose a danger to the community. See 18 U.S.C. § 3142(e).

    WHEREFORE, the government respectfully requests that the Court deny the defendant's motion.

    Respectfully submitted,

    EDWARD J. TARVER
    UNITED STATES ATTORNEY

    *s/ Karl I. Knoche*

    Karl I. Knoche
    Assistant United States Attorney
    Georgia Bar No. 426624

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of March 2013.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422