UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. 4:13CR28          MINUTES          JUDGE CODE: 3JBC

UNITED STATES of AMERICA                    KARL KNOCHE

Plaintiff                                    Counsel for Plaintiff

VS.

SEAN CLARK, ADELAIDA LIZAMA, DANIEL    B. PHILLIPS (CJA), J. WADE (RET), R. NYE
WISE, NAJAM AZMAT, SHELLY MORFORD      (CJA), D. BURNS (CJA), A. RODMAN (CJA) ← not present

Defendant                                    Counsel for Defendant

ALSO PRESENT:    SHERRI F. FLANDERS    Courtroom Deputy Clerk
                 FTR                   Court Reporter
9:14 - 9:40      Gerry / Sid           U. S. Marshal
                 DREW WALKER           U. S. Probation

MARCH 25, 2013                                         SAVANNAH, GA
DATE                                                   PLACE

CASE CALLED THIS DATE FOR   ARRAIGNMENT

CHARGES & MAX PENALTIES SET OUT BY THE COURT.

RIGHTS ADVISED.

DFTS PLEAD NOT GUILTY; PLEAS ENTERED

GOV'T WILL FOLLOW LIBERAL DISCOVERY POLICY

PRETRIAL MOTIONS DEADLINES SET OUT BY THE COURT; ORDER ENTERED

Counsel requests 50 addt'l. days to file pretrial motions; GRANTED

BOND: Clark - remains as set in FL c̄ addt'l. conditions
      Lizama - remains as set in FL c̄ addt'l. conditions
      Wise -   "
      Azmat - detention order
      Morford - remains as set in FL c̄ addt'l. conditions

Azmat - motion for reconsideration is DENIED.