UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )  Case No. 4:13CR28<br>  )<br>SEAN MICHAEL CLARK, ET AL,  )<br>  )<br>  Defendants.  )  | |

**SCHEDULING ORDER**

In accordance with the Court's instructions at the arraignment in this case,

☐ Defendant's pretrial motions are to be filed within 10 days of the date of arraignment, as provided by Local Rule 12.1.

☒ Based upon defense counsel's oral motion, and the Court's finding that the ends of justice in granting an extension of time to prepare motions outweigh the best interest of the public and defendant in a speedy trial, defendant's pretrial motions are to be filed within _60_ days of the date of arraignment.

The government shall have 14 days from the above-stated deadline to respond to any defense motion. In multiple-defendant cases, however, the government may file a joint response within 14 days after all defense motions have been filed.

Untimely motions or responses will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Pursuant to Local Criminal Rule 16.1, within 7 days after arraignment the United States Attorney and defendant's attorney shall meet and confer, and, upon the defendant's request, the

government shall produce forthwith the discovery material specified in that rule.

The Court will conduct a motions hearing to consider any unresolved motions. Assuming that a liberal discovery policy will be followed by the United States Attorney in this case, many (if not all) of the routine discovery motions filed by a defendant may be satisfied without the need for intervention by the Court. Prior to the scheduled motions hearing, the Court will ask the parties to specify which motions (if any) remain in dispute. The Court will then hear argument and/or receive evidence on the unresolved motions.

The Court will conduct a pretrial conference in this case approximately 30 days after arraignment. Counsel who will try the case must be present at that conference.

The parties can expect this case to be tried approximately 70 days after arraignment, the actual trial date to be determined by the district judge consistent with the Court's schedule and the provisions of the Speedy Trial Act.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least 7 days before jury selection.

SO ORDERED this 25TH day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA