UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | CR 4:13 - 28 |
| NAJAM AZMAT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF LIMITED APPEARANCE

COMES NOW, THOMAS A. WITHERS attorney at law, pursuant to Rule 83.6 of the Local Rules of the United States District Court for the Southern District of Georgia, and requests that the Court permit him to enter a limited appearance as counsel for Defendant Najam Azmat.

The extended family of Dr. Azmat is making arrangements to retain undersigned counsel for the duration of this case and counsel expects that it will take approximately ten (10) days for those arrangements to be made.

Respectfully submitted, this 1st day of April, 2013.

**s/ Thomas A. Withers, Esq.**
Thomas A. Withers, Esq.
Attorney Bar Number: 772250
Attorney for Dr. Najam Azmat

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
E-Mail: Twithers@gwllawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 1st day of April, 2013.

<u>**s/ Thomas A. Withers, Esq.**</u>
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Dr. Najam Azmat

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
E-Mail: Twithers@gwllawfirm.com