UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO. CR413-28** |
| | ) | |
| v. | ) | |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL.** | ) | |

**GOVERNMENT'S FIRST CERTIFICATE OF DISCLOSURE**

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and states that copies of the following discovery materials were made available to counsel at arraignment[1]:

One DVD labeled "East Health Discovery Disc 1" containing the following files and subfiles:

1. File titled "CNT Video of UC Operation at EHC"

2. File titled "DEA 6 Reports"

    DEA 6 - 2011 - (Bates Stamped USAO 00001-00047)
    DEA 6 - 2012 - (Bates Stamped USAO 00478-01051)
    DEA 6 - 2013 - (Bates Stamped USAO 01052)
    DEA 6 - Florida  - (Bates Stamped USAO 01053-01119)

3. File titled "Defendant ID Data" (No Bates Range)

    Candace Carreras
    Sean Clark
    Dan Wise (includes Dan Wise email account)
    Najam Azmat
    Adelaida Lizama
    Shelly Morford

---

[1] Counsel is reminded that Local Rule of Criminal Procedure 16.1 prohibits defense counsel from disseminating disclosures granted by the government beyond that necessary to the preparation of his client's defense.  Some materials may contain personal identifiers such as dates of birth or social security numbers which are provided to counsel, but should not be disseminated to clients unless redacted.

4. File titled "GBI Reports"

    8 PDF files containing Bates Range USAO 001120-001127

5. File titled "Gossett Interview Audio"

6. File titled "Grand Jury Transcripts"

    October 4, 2011
    November 1, 2011
    December 6, 2011
    February 10, 2012
    March 7, 2012
    April 3, 2012
    May 8, 2012
    July 10, 2012
    August 2012
    September 11-12, 2012
    October 9, 2012
    November 7, 2012
    January 8, 2013
    February 7, 2013

7. Eleven PDF files:

    a. 73-0117-21-11-Summary by Date (GBI Investigative Summaries) - Bates Stamped USAO 001300-001568
    b. GBI Summary List by Date - Bates Stamped USAO 001569-001578
    c. Bank Records - BB&T - Bates Stamped USAO 001579-001783
    d. Bank Records - Suntrust - Bates Stamped USAO 001784-001857
    e. Defendant Criminal Histories - Bates Stamped USAO 001858-001903
    f. GBI Case Summary - Bates Stamped USAO 001904-002003
    g. Kentucky Medical Board Records - Bates Stamped USAO 002004-002334
    h. Patient Files - Substantive Counts - Bates Stamped USAO 002335-002916
    i. Savannah Chatham Metropolitan Police Department Reports - Bates Stamped USAO 002917- 002972
    j. Search and Seizure Warrants - Bates Stamped USAO 002973-003252
    k. State of Georgia Corporate Records - East Health Center - Bates Stamped USAO 003253-003257

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 9th day of April, 2013.

                                               EDWARD J. TARVER
                                               UNITED STATES ATTORNEY

                                               */s/ Karl I. Knoche*

                                               Karl I. Knoche
                                               Assistant United States Attorney
                                               Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422