UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 413-028 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN MICHAEL CLARK, ET AL. | ) | |

### GOVERNMENT'S MOTION FOR DISCOVERY

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and files its motion to require the defendants to produce and disclose the following documents, pictures, and articles related to the above-captioned case. Said motion is being filed by the government pursuant to Fed. R. Crim. P. 16(b)(1), after compliance by the government with the requests of the defendants for disclosure of information under Fed. R. Crim. P. 16(a)(1).

    1. **Documents and Tangible Objects.** Books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody or control of any defendant and which that defendant intends to introduce as evidence in the case-in-chief at the trial.

    2. **Reports of Examinations and Tests.** Results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this particular case, or copies thereof, within the possession or control of any defendant which that defendant intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom defendant intends to call at the trial when the results or reports relate to their testimony.

    3. **Expert Witnesses.** A written summary of testimony that any defendant intends to use under Rules 702, 703, or 705 of the Federal rules of Evidence as evidence at trial.

WHEREFORE, the government prays that the defendants be required to produce all documents and evidence referred to above.

## MEMORANDUM OF POINTS AND AUTHORITIES

Fed. R. Crim. P. 16(b)(1).

                                        Respectfully submitted,

                                        EDWARD J. TARVER
                                        UNITED STATES ATTORNEY

                                        *s/ Karl I. Knoche*

                                        Karl I. Knoche
                                        Assistant United States Attorney
                                        Georgia Bar No. 426624

P.O. Box 8970
100 Bull Street, Suite 201
Savannah, Ga.  31401
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 9th day of April 2013.

                                              Respectfully submitted,

                                              EDWARD J. TARVER
                                              UNITED STATES ATTORNEY

                                              ***s/ Karl I. Knoche***

                                              Karl I. Knoche
                                              Assistant United States Attorney
                                              Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422