UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 APR 17  AM 10: 24

CLERK_____
SO. DIST OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 4:13CR28 |
| | ) | |
| NAJAM AZMAT, | ) | |

### ORDER

Attorney Thomas A. Withers' request to enter a limited appearance on behalf of defendant Najam Azmat is hereby GRANTED.

So ORDERED this 16TH day of April, 2013.

_____
G. R. Smith
U. S. Magistrate Judge