## UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO. CR413-28** |
| | ) | |
| v. | ) | |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL.** | ) | |

### GOVERNMENT'S SECOND CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and states that copies of the following discovery materials were mailed to counsel on or about April 16, 2013[1]:

One DVD labeled "East Health Discovery Disc 2" containing the following files and subfiles:

1. Supplemental GBI Report
    a. Supplemental GBI Report - Bates Stamped USAO 003258-003611

2. Twenty PDF files:
    a. 6063 Peachtree Lease Agreement - Bates Stamped USAO 003612-003673
    b. 6063 Peachtree Search - Bates Stamped USAO 003674-003696
    c. Country Value Pharmacy - Bates Stamped USAO 003697-003771
    d. DEA 6 - Bates Stamped USAO 003772-003787
    e. DEA Evidence - Bates Stamped USAO 003788-003821
    f. Expert Worksheet Letners - Bates Stamped USAO 003822-003827
    g. Fed Ex Receipt- Bates Stamped USAO 003828-003829
    h. Konstantinos- Bates Stamped USAO 003830-003853
    i. Lexington Algiatry Search Warrant - Bates Stamped USAO 003854-003890
    j. Mutual Release of Claims - Bates Stamped USAO 003891-003979
    k. Roles for Employees - Bates Stamped USAO 003980
    l. Sean Clark Incident Report - Bates Stamped USAO 003981-004000
    m. Search Warrant Google - Bates Stamped USAO 004001-004069

---

[1] Counsel is reminded that Local Rule of Criminal Procedure 16.1 prohibits defense counsel from disseminating disclosures granted by the government beyond that necessary to the preparation of his client's defense. Some materials may contain personal identifiers such as dates of birth or social security numbers which are provided to counsel, but should not be disseminated to clients unless redacted.

    n. Shelly Morford Messages - Bates Stamped USAO 004070-004101
    o. Shelly Morford Call Log - Bates Stamped USAO 004102-004116
    p. Summary Patient Chart Review - Bates Stamped USAO 004117-004122
    q. Supply Receipt - Bates Stamped USAO 004123-004125
    r. Total Health Group - Bates Stamped USAO 004126-004232
    s. Transactions - Bates Stamped USAO 004233-004394
    t. Victor Correia - Bates Stamped USAO 004395-004587

2. Bank Records
    a. Bank of America - Bates Stamped USAO 004588-004749
    b. BB&T - Bates Stamped USAO 004750-004840
    c. Citi - Bates Stamped USAO 004841-005018
    d. John Hancock- Bates Stamped USAO 005019-005028
    e. JP Morgan Chase - Bates Stamped USAO 005029-005799
    f. Regions Bank - Bates Stamped USAO 005800-005893
    g. Space Coast - Bates Stamped USAO 005894-005978
    h. SunTrust- Bates Stamped USAO 005979-006364
    i. Wachovia/Wells Fargo - Bates Stamped USAO 006365-006550

3. 50 Crystal Lake
    a. 3 PDF files N27, N34, N37 - Bates Stamped USAO 006551-006843

4. 50 Crystal Lake Drive (photos)
    a. Boy Room - 10 images
    b. Girl Room - 52 images
    c. Kitchen - 2 images
    d. Other - 44 images
    e. Post Search - 19 images

5. Customers (photos taken at EHC)
    a. 58 images

6. East Health Center (photos)
    a. 78 images

7. Sean Clark Video 5.2.11

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 19th day of April, 2013.

                                      EDWARD J. TARVER
                                      UNITED STATES ATTORNEY

                                      */s/ Karl I. Knoche*

                                      Karl I. Knoche
                                      Assistant United States Attorney
                                      Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422