NOTICE OF HEARING
_____

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | CASE NO. CR413-28-04 |
| | ) | |
| NAJAM AZMAT | ) | |

**TAKE NOTICE** that the above-entitled case has been set for a **HEARING ON DEFENDANT'S APPEAL TO THE DISTRICT COURT FOR REVIEW OF DETENTION ORDER** before the Hon. William T. Moore, Jr., Judge, United States District Court, on **Monday, May 6, 2013 at 10:15 a.m.,** at the United States Courthouse, 125 Bull Street, Third Floor Courtroom, Savannah, Georgia.

DATE: April 29, 2013

SCOTT L. POFF
CLERK, U. S. DISTRICT COURT

Jennifer Bodaford
Courtroom Deputy Clerk
912/650-4059

TO: AUSA
TO: AUSA Karl Knoche
    Thomas Withers
    U.S. Probation
    U.S. Marshal
    Marie Cowart
    CSO