UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO.  CR413-28** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL.** | ) | |

### GOVERNMENT'S THIRD CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and states that copies of the following discovery materials were mailed to counsel on or about April 19, 2013[1]:

1.  DVD labeled "Discovery Disc 3 (Emails of easthealthcenter@gmail.com and allefrancois99@gmail.com )"

2.  DVD labeled "Discovery Disc 4 (Dan Wise emails)"

3.  DVD labeled "Discovery Disc 5 (Emails of sm33462@yahoo.com)"

    Respectfully submitted,

    EDWARD J. TARVER
    UNITED STATES ATTORNEY

    */s/ Karl I. Knoche*

    Karl I. Knoche
    Assistant United States Attorney
    Georgia Bar No. 426624

---

[1] Counsel is reminded that Local Rule of Criminal Procedure 16.1 prohibits defense counsel from disseminating disclosures granted by the government beyond that necessary to the preparation of his client's defense. Some materials may contain personal identifiers such as dates of birth or social security numbers which are provided to counsel, but should not be disseminated to clients unless redacted.

**CERTIFICATE OF SERVICE**

    This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

    This 29th day of April, 2013.

                                            EDWARD J. TARVER
                                            UNITED STATES ATTORNEY

                                            ***/s/ Karl I. Knoche***

                                            Karl I. Knoche
                                            Assistant United States Attorney
                                            Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422