GAS 187(Rev. 9/03)

## EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America v. Najam Azmat

CASE NUMBER: CR 4:13 028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 5-6-13 | | ✓ | Dr. Najam Azmat, CV |
| | 2 | 5-6-13 | | ✓ | Criminal Information |
| | 3 | 5-6-13 | | ✓ | Plea Agreement |
| | 4(a) | 5-6-13 | | ✓ | Photographs (11 pages) |
| | 4(b) | 5-6-13 | | ✓ | Photographs (12 pages) |
| | 5 | 5-6-13 | | ✓ | Declaration of Kay Starnes |
| | 6 | 5-6-13 | | ✓ | Declaration of Donnie Carter |

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
5-6 20 13 M
Deputy Clerk

Page _____ of _____ Pages