# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28-04　　　　　　　　　　　　　　DATE  5-6-13
TITLE  USA V. NAJAM AZMAT

TIMES  10:20 - 12:00　　　　　　　　　　　　　　TOTAL  1 hr. 40 mins.

Honorable: William T. Moore, Jr., U. S. District Court Judge　　Courtroom Deputy: Jennifer Bodaford
Court Reporter: Marie Cowart　　　　　　　　　　　　　　　　Interpreter:

Attorney for Plaintiff　　　　Attorney for Defendant(s)　　　　Defendant(s)
KARL KNOCHE　　　　　　　THOMAS WITHERS　　　　　　　CSO - Mitch
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　USM - Mark, Gerry
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　USP - Drew

PROCEEDINGS: HEARING ON DEFENDANT'S APPEAL TO THE DISTRICT COURT FOR REVIEW OF DETENTION HEARING　　　　☑ In Court　　☐ In Chambers

- Attorney Withers states for the record that he will represent Dr. Azmat in this case.
- ∆ calls Fox DeMoisey
　　direct: 10:20 - 10:31
　　cross: 10:31 - 10:38
　　re-direct: 10:38 - 10:39

"　　"　　Dr. Darlene Tanner
　　direct: 10:42 - 10:44
　　cross: 10:44 - 10:46

"　　"　　Jane Arnold
　　direct: 10:47 - 10:51
　　cross: 10:51 - 10:53

"　　"　　Nabil Azmat
　　direct: 10:54 - 10:58
　　cross: 10:58 - 11:00

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28-04   DATE 5-6-13
TITLE USA V. NAJAM AZMAT

PROCEEDINGS (continued): HEARING ON DEFENDANT'S APPEAL TO THE DISTRICT COURT FOR REVIEW OF DETENTION HEARING

D calls Sameena Azmat
  direct: 11:02 - 11:18
  cross: 11:18 - 11:24
  Court: 11:24 - 11:25
  re-direct: 11:25 - 11:26

11:26 Brief discussion with all parties.

- D is willing to suspend all hearings re: license in Kentucky & Indiana.
- D consents to not seek employment in the medical community if bond is granted.

- Brief argument by defense counsel 11:43 - 11:50

- Court will issue a decision in writing.

(Rev 7/2003)   GENERAL CLERK'S MINUTES (continued)