UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO. CR413-28** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL.** | ) | |

### GOVERNMENT'S FOURTH CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and states the following discovery materials are available for review, by appointment, at either the Savannah office of the United States Attorney or the Savannah office of Drug Enforcement Administration[1]:

1. Three "mirrored" computer hard drives obtained from East Health Center and Total Medical Express clinics in the SDFL. Counsel desiring their own copy of the drives may provide an external hard drive with storage capacity of 500 GB.

2. IRS tax records of defendants.

3. Medical files of EHC patients which are not the subject of substantive counts.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney

---

[1] Counsel is reminded that Local Rule of Criminal Procedure 16.1 prohibits defense counsel from disseminating disclosures granted by the government beyond that necessary to the preparation of his client's defense. Some materials may contain personal identifiers such as dates of birth or social security numbers which are provided to counsel, but should not be disseminated to clients unless redacted.

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 10th day of May, 2013.

              EDWARD J. TARVER
              UNITED STATES ATTORNEY

              */s/ Karl I. Knoche*

              Karl I. Knoche
              Assistant United States Attorney
              Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422