FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

2013 MAY 13  AM 8:5

CLERK
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | : | | |
|---|---|---|---|
| VS. | : | CR | 413-28-04 |
| NAJAM AZMAT | : | | |

## AFFIDAVIT

NOW COMES the above-stated defendant, and gives this affidavit stating that the address set forth in the above referenced case will constitute a valid mailing address for service and notice of all court proceedings, appearing dates, and all pleadings.

The affiant also agrees that she/he will immediately notify the Clerk's office for the Southern District of Georgia of any change in the address stated on the appearance bond, and further agrees that notice sent to this address will constitute valid service of notice of proceedings in the event that she/he moves without notifying the Clerk's office by an acceptable writing of a new address.

This __13th__ day of ___May___, 2013

_____
Defendant

707 CONFEDERATE WAY
Address

WAYCROSS GA 31503
City, State, Zip Code

(912) 338-9796
Home Phone Number

Sworn to and subscribed before me
this 13 day of May, 2013

_____
Work Phone Number