UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) INDICTMENT NO: 4:13-28 |
| vs. | ) |
| | ) |
| **DANIEL JOHN WISE,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT'S MOTION
FOR DISCLOSURE OF EXCULPATORY INFORMATION**

NOW COMES, Defendant, by and through his undersigned attorney, and moves this Court to direct the government to furnish and make available for inspection and copying as soon as practicable prior to trial any evidence, material, or information within the possession, custody or control of the government, or which, by the exercise of reasonable diligence may be obtained by the government, which is favorable to or exculpates Movant in any way, or which tends to establish a defense in whole or in part to the allegations of the indictment, or which may help Movant avoid conviction or mitigate punishment, including, but not limited to, the following items:

1. Information revealing prior criminal records of any and all witnesses the government intends to call at trial. Rule 609, Federal Rules of Evidence.

2. Information revealing prior misconduct of any government witness, particularly that which may be admissible for impeachment purposes under Rule 608 (b), Federal Rules of Evidence.

3. All benefits given to, promised to, expected by or hoped for by any government witness. This request includes disclosure of grants of immunity, plea agreements, and any other information or impeachment evidence arguably relating to the credibility of any government witness.

4. All occasions on which the witnesses who are informers or alleged accomplices or

co-conspirators have testified before any Court, grand jury, or other tribunal or body.

Movant points out that it will probably be necessary for him to supplement this motion at a later date if he determines that the government possesses more specific exculpatory or impeaching information.

## MEMORANDUM OF LAW

This motion is brought pursuant to the authority of Brady v. Maryland, 373 U.S. 83 (1973); Giglio v. U.S., 405 U.S. 150 (1972); U.S. v. Agurs, 427 U.S. 97 (1976), and their progeny. Defendant is entitled to disclosure of information that can be used to impeach government witnesses. Jacobs v. Singletary, 952 F.2d 1282 (11th Cir. 1992).

Respectfully submitted this 23d day of March 2013.

THE NYE LAW GROUP, P.C.:


__//s//__Robert N. Nye III_____
Robert N. Nye III, Esq.
Ga. Bar No. 315210
Counsel for Dan Wise

114 Barnard Street, Suite 2C
Savannah, Georgia 31401
Ph. (912) 544-0244 Opt 1
Fx. (912) 544-0242
RobNye@thenyelawgroup.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **INDICTMENT NO: 4:13-28** |
| vs. ) | |
| ) | |
| **DANIEL JOHN WISE,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 23d day of March 2013.

THE NYE LAW GROUP, P.C.:

__//s//__Robert N. Nye III_____
Robert N. Nye III, Esq.
Ga. Bar No. 315210
Counsel for Dan Wise

114 Barnard Street, Suite 2C
Savannah, Georgia 31401
Ph. (912) 544-0244 Opt 1
Fx. (912) 544-0242
RobNye@thenyelawgroup.com