UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT DR. NAJAM AZMAT'S NOTICE OF REQUEST FOR NOTICE OF EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS PURSUANT TO FED. R. EVID 404(b)

COMES NOW Dr. Najam Azmat, Defendant herein and files this his Notice of Request for Notice of Evidence of Other Crimes, Wrongs, or Acts pursuant to Fed.R.Evid. 404(b), and pursuant to this Court's Local Rule 16.2, and hereby requests that the Government provide Defendant with notice of any and all evidence of other crimes, wrongs or acts which it may introduce at any trial of this action.

This the   24th   day of    May   , 2013.

                                                 **s/ Thomas A. Withers, Esq.**
                                                 Thomas A. Withers, Esq.
                                                 Georgia Bar Number: 772250
                                                 Attorney for Dr. Najam Azmat

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@gwllawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This  24th  day of    May   , 2013.

                                            **s/ Thomas A. Withers, Esq.**
                                            Thomas A. Withers, Esq.
                                            Georgia Bar Number: 772250
                                            Attorney for Dr. Najam Azmat

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
E-Mail: Twithers@gwllawfirm.com