4:13CR28 U.S.A. VS. SHAWN MICHAEL CLARK, ET AL
NOTICE TO COUNSEL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUN 13 PM ?

CLERK
SO. DIST OF GA.

This form should be completed and returned to me no later than JUNE 14, 2013.

Before proceeding with the scheduled motions hearing in this case, the Court directs counsel for the parties to answer the following inquires.

1. Have all of your pretrial motions been satisfied or otherwise resolved?  **No**

2. Please list any unresolved motions which require a ruling by the Court and indicate whether argument is requested and/or whether an evidentiary hearing is required.

3. The Court will schedule a hearing on any unresolved motion(s).

4. Motions not listed will be deemed resolved or waived.

| Nature of Motion | Doc # | Argument Requested | Evidentiary Hearing Required |
|---|---|---|---|
| (1) Brady Motion | 106 | Yes | No |
| (2) Motion to Dismiss | 115 | Yes | No |
| (3) | | | |
| (4) | | | |
| (5) | | | |
| (6) | | | |
| (7) | | | |
| (8) | | | |
| (9) | | | |
| (10) | | | |

Thomas J. Withers
Print Attorney's Name

Dr. Najam Azmat
Print Defendant's Name

6-13-13

Clerk, U. S. District Court
Attention: Sherri Flanders
P. O. Box 8286
Savannah, Georgia 31412
912- 650-4035
*FAX: 912-650-4030*
*E-MAIL: SHERRI_FLANDERS@GAS.USCOURTS.GOV*