FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL -3 AM 10: 52
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR413-28 |
| ) | |
| DR. NAJAM AZMAT, ) | |
| ) | |
| Defendant. ) | |
| | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR413-7 |
| ) | |
| GRILLY HOLLOWAY, JR., ) | |
| ) | |
| Defendant ) | |

## ORDER

Thomas A. Withers, counsel of record for defendants in the above-styled case, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent the case from going forward; all discovery shall

proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 3rd day of July 2013.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA