IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR413-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

O R D E R

Before the Court is Defendant's Motion to Designate Case as Complex and to Exclude Time Under the Speedy Trial Act. (Doc. 97.) In his motion, Defendant requests that the Court exclude all the time from the date of the motion until further order of the Court. (Id. at 3.) The Government does not oppose the designation of this case as complex. (Doc. 133 at 5.) Additionally, no Defendant has objected to the motion. In support of their positions, both Defendant and the Government contend that the case is complex due to voluminous discovery and number of defendants.

After careful consideration, Defendant's motion is **GRANTED**. The Court finds that the ends of justice served by designating this case as complex outweigh the best interest of the public and Defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). Given the complexity and nature of this case—which includes multiple defendants, allegations of

conspiracy spanning three states, thousands of pages of documents, financial records, and expert witnesses—the Court determines that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits prescribed by the Speedy Trial Act. See id. § 3161(h)(7)(B)(ii). Accordingly, Defendants' speedy trial clock **SHALL BE TOLLED** until further order of this Court.

SO ORDERED this 12th day of July 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA