| U. S. MAGISTRATE JUDGE G. R. SMITH | CASES BELOW CALLED FOR: |
| --- | --- |
| UNITED STATES COURTHOUSE | MOTION/EVIDENTIARY HEARING |
| 125 BULL STREET | |
| SAVANNAH, GEORGIA | |

## SAVANNAH CRIMINAL CALENDAR

### MONDAY, AUGUST 19, 2013

### 9:00 A. M.

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
| --- | --- | --- | --- |
| 4:13CR28 | SEAN MICHAEL CLARK | CONSP UNLAWFULLY | BOBBY PHILLIPS (CJA) |
| | ADELAIDA M. LIZAMA | CONT SUBS | JULIE WADE (RET) |
| | DANIEL J. WISE | " | ROB NYE (CJA) |
| | NAJAM AZMAT | " | TOM WITHERS (RET) |
| | SHELLY L. MORFORD | " | ANNE RODMAN (CJA) |

DISTRIBUTION DATE: JULY 26, 2013

U. S. MAGISTRATE JUDGE
U. S. ATTORNEY
U. S. MARSHAL
U. S. PROBATION
U. S. CLERK
COURT SECURITY