UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERSEDING |
| | ) | INDICTMENT NO. 413-028 |
| v. | ) | |
| | ) | |
| SEAN MICHAEL CLARK, ET AL. | ) | |

## PENALTY CERTIFICATION

### Count One - 21 U.S.C. § 846
**Conspiracy**
(upon first conviction)
Imprisonment for not more than 20 years;
Not more than $1,000,000 fine, or both;
At least 3 years supervised release;
$100 special assessment.

### Counts Two through Fifty - 21 U.S.C. § 841(a)(1)
**Unlawful Dispensation of Controlled Substances**
(upon first conviction)

For any Schedule II Controlled Substance:
Imprisonment for not more than 20 years;
Not more than $1,000,000 fine, or both;
At least 3 years supervised release;
$100 special assessment.

For any Schedule III Controlled Substance (Count 18):
Imprisonment for not more than 10 years;
Not more than $500,000 fine, or both;
At least 2 years supervised release;
$100 special assessment.

For any Schedule IV Controlled Substance (Counts 14, 26, and 29):
Imprisonment for not more than 5 years;
Not more than $250,000 fine, or both;
At least 1 year supervised release;
$100 special assessment.

**Count Fifty-One - U.S.C. § 841(a)(1)**
**Distribution of Controlled Substance**
(upon first conviction)
Imprisonment for not more than 20 years;
Not more than $1,000,000 fine, or both;
At least 3 years supervised release;
$100 special assessment.

**Count Fifty-Two -18 U.S.C. 1956(h)**
**Conspiracy to Launder Monetary Instruments**
Imprisonment of not more than twenty (20) years;
Fine of up to $500,000;
Not more than 3 years supervised release (18 U.S.C. § 3583);
$100 special assessment.

**Forfeiture Allegation**
Forfeiture of assets

    Respectfully submitted,

    EDWARD J. TARVER
    UNITED STATES ATTORNEY

    Karl I. Knoche
    Assistant United States Attorney
    Georgia Bar. No. 426624

Post Office Box 8970
Savannah, Georgia  31412
(912) 652-4422