| U. S. MAGISTRATE JUDGE G. R. SMITH | CASES BELOW CALLED FOR: |
| --- | --- |
| UNITED STATES COURTHOUSE | ARRAIGNMENT - SPS INDI |
| 125 BULL STREET | |
| SAVANNAH, GEORGIA | |

## SAVANNAH CRIMINAL CALENDAR

## MONDAY, AUGUST 19, 2013

## 9:00 A. M.

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
| --- | --- | --- | --- |
| 4:13CR28 | SEAN MICHAEL CLARK | CONSP UNLAWULLY CONT SUBS | BOBBY PHILLIPS (CJA) |
| | ADELAIDA M. LIZAMA | " | JULIE WADE (RET) |
| | DANIEL J. WISE | " | ROB NYE (CJA) |
| | NAJAM AZMAT | " | TOM WITHERS (RET) |
| | CANDACE CARRERAS | " | PAGE PATE (RET) |
| | SHELLY MORFORD | " | ANNE RODMAN (CJA) |

DISTRIBUTION DATE: AUGUST 14, 2013

U. S. MAGISTRATE JUDGE
U. S. ATTORNEY
U. S. MARSHAL
U. S. PROBATION
U. S. CLERK
COURT SECURITY