U. S. MAGISTRATE JUDGE G. R. SMITH          CASES BELOW CALLED FOR:
UNITED STATES COURTHOUSE                     MOTION/EVIDENTIARY HEARING
125 BULL STREET
SAVANNAH, GEORGIA

---

## SAVANNAH CRIMINAL CALENDAR

*Tues., Sept. 10*
~~MONDAY, AUGUST 19~~, 2013

### 9:00 A. M.

---

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
|---|---|---|---|
| | | | |

---

| 4:13CR28 | SEAN MICHAEL CLARK | CONSP UNLAWULLY | BOBBY PHILLIPS (CJA) |
| | ADELAIDA M. LIZAMA | CONT SUBS | JULIE WADE (RET) |
| | DANIEL J. WISE | " | ROB NYE (CJA) |
| | NAJAM AZMAT | " | TOM WITHERS (RET) |
| | SHELLY MORFORD | " | ANNE RODMAN (CJA) |

*note new date*

---

DISTRIBUTION DATE: JULY 26, 2013

---

U. S. MAGISTRATE JUDGE
U. S. ATTORNEY
U. S. MARSHAL
U. S. PROBATION
U. S. CLERK
COURT SECURITY