UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. 4:13CR28          MINUTES          JUDGE CODE: 3JBC

UNITED STATES of AMERICA                    KARL KNOCHE /Greg Gilluly

_____Plaintiff                      Counsel for Plaintiff

vs.
SEAN MICHAEL CLARK, ET AL                   BOBBY PHILLIPS (CJA)
                                            SEE SECOND SHEET

_____Defendant                      Counsel for Defendant

ALSO PRESENT:       SHERRI F. FLANDERS      Courtroom Deputy Clerk
                    FTR                     Court Reporter
    9:05 - 9:12     Gerry                   U. S. Marshal
                    DREW WALKER             U. S. Probation

                                            SAVANNAH, GA
AUGUST 19, 2013
DATE                                        PLACE

        CASE CALLED THIS DATE FOR    ARRAIGNEMNT - SUPERSEDING INDICTMENT
CHARGES & MAX. PENALTIES SET OUT BY THE COURT.

RIGHTS ADVISED.

DFT. PLEADS NOT GUILTY; PLEA ENTERED

GOV'T. WILL FOLLOW LIBERAL DISCOVERY POLICY

PRETRIAL MOTIONS DEADLINES SET OUT BY THE COURT; ORDER ENTERED

BOND: m to travel for Clark is GRANTED

| | |
|---|---|
| SEAN MICHAEL CLARK | BOBBY PHILLIPS (CJA) |
| ADELAIDA M. LIZAMA | JULIE WADE (RET) |
| DANIEL J. WISE | ROB NYE (CJA) |
| NAJAM AZMAT | TOM WITHERS (RET) |
| CANDACE CARRERAS | DONNIE DIXON FOR PAGE PATE (RET) |
| SHELLY MORFORD | ANNE RODMAN (CJA) |

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2013

_____
Foreman

## PLEA

The defendant, __Adelaida M. Lizama__, waives arraignment and pleads __not guilty__
in open Court, this __19th__ day of __August__, 2013

_____
Counsel for Defendant

_____
Defendant

---

No. CR 413-28

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES
vs.
SEAN MICHAEL CLARK, ET AL.

**SUPERSEDING INDICTMENT**

FOR
21 U.S.C. § 846; 21 U.S.C. § 841(a)(1);
18 U.S.C. § 1956(h); 18 U.S.C. § 2;

Filed in open Court this __7th__ day
of August, 2013.

_____
Deputy Clerk.

EDWARD J. TARVER
United States Attorney.

USA-40-21-3

---

## PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____.

In open court this _____ day of _____, 2013.

_____
_____
_____
_____

Witness:

_____
Clerk, United States Courts

## VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2013

_____
Foreman

## PLEA

The defendant, **Daniel John Wise**, waives arraignment and pleads **not guilty**
in open Court, this **19th** day of **August**, 2013

_____
Counsel for Defendant

_____
Defendant

---

No. CR 413-28

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES
vs.
SEAN MICHAEL CLARK, ET AL.

**SUPERSEDING INDICTMENT**

FOR
21 U.S.C. § 846; 21 U.S.C. § 841(a)(1);
18 U.S.C. § 1956(h); 18 U.S.C. § 2;

Filed in open Court this _7th_ day
of August, 2013.

_____
Deputy Clerk.

EDWARD J. TARVER
United States Attorney.

USA-40-21-3

---

## PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____.

In open court this _____ day of _____, 2013.

_____
_____
_____
_____

Witness:

_____
Clerk, United States Courts

## VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2013

_____
Foreman

## PLEA

The defendant, __Najam Azmat__, waives arraignment and pleads __not guilty__ in open Court, this __19th__ day of __August__, 2013

_____
Counsel for Defendant

_____
Defendant

---

No. CR 413-28

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES
vs.
SEAN MICHAEL CLARK, ET AL.

**SUPERSEDING INDICTMENT**

FOR
21 U.S.C. § 846; 21 U.S.C. § 841(a)(1);
18 U.S.C. § 1956(h); 18 U.S.C. § 2;

Filed in open Court this __7th__ day of August, 2013.

_____
Deputy Clerk.

EDWARD J. TARVER
United States Attorney.

USA-40-21-3

---

## PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____.

In open court this _____ day of _____, 2013.

_____

_____

_____

_____

Witness:

_____
*Clerk, United States Courts*

## VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2013

_____
Foreman

## PLEA

The defendant, _Candace Anne Carreras_, waives arraignment and pleads _not guilty_ in open Court, this _19th_ day of _August_, 2013

_____
Counsel for Defendant

_____
Defendant

---

No. CR 413-28

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES
vs.
SEAN MICHAEL CLARK, ET AL.

## SUPERSEDING INDICTMENT

FOR

21 U.S.C. § 846; 21 U.S.C. § 841(a)(1);
18 U.S.C. § 1956(h); 18 U.S.C. § 2;

Filed in open Court this _7th_ day of August, 2013.

_____
Deputy Clerk

EDWARD J. TARVER
United States Attorney.

USA-40-21-3

---

## PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____.

In open court this _____ day of _____, 2013.

_____
_____
_____
_____

Witness:

_____
Clerk, United States Courts

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2013

_____
Foreman

# PLEA

The defendant, **Sean Michael Clark**, waives arraignment and pleads **not guilty** in open Court, this **19th** day of **August**, 2013

[Signature]
Counsel for Defendant

_____
Defendant

---

No. CR 413-28

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES
vs.
SEAN MICHAEL CLARK, ET AL.

SUPERSEDING INDICTMENT

FOR

21 U.S.C. § 846; 21 U.S.C. § 841(a)(1);
18 U.S.C. § 1956(h); 18 U.S.C. § 2;

Filed in open Court this **7th** day of August, 2013.

[Signature]
Deputy Clerk.

EDWARD J. TARVER
United States Attorney.

USA-40-21-3

---

# PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____.

In open court this _____ day of _____, 2013.

_____
_____
_____
_____

Witness:

_____
*Clerk, United States Courts*

AR

## VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2013

_____
Foreman

## PLEA

The defendant, **Shelly Lynn Morford**, waives arraignment and pleads **not guilty** in open Court, this **19th** day of **August**, 2013

_____
Counsel for Defendant

_____
Defendant

---

USA-40-21-3

EDWARD J. TARVER
*United States Attorney.*

*Filed in open Court this* **7th** *day of August, 2013.*

_____
*Deputy Clerk.*

21 U.S.C. § 846; 21 U.S.C. § 841(a)(1);
18 U.S.C. § 1956(h); 18 U.S.C. § 2;

**SUPERSEDING INDICTMENT**
FOR

SEAN MICHAEL CLARK, ET AL.

vs.

UNITED STATES

Savannah Division
United States District Court
Southern District of Georgia

No. CR 413-28

---

## PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____.

In open court this _____ day of _____, 2013.

_____
_____
_____
_____

Witness:

_____
*Clerk, United States Courts*