FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 AUG 19  AM 11: 36

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to Fed. Rule Crim. P. 10(b), Defendant Dr. Najam Azmat seeks permission from this Court to waive his personal appearance at the arraignment on the Superseding Indictment in this matter presently scheduled for August 19, 2013. In accordance with Fed. Rule Crim. P. 10(b)(2), Defendant and his counsel have signed a written waiver stating that the Defendant waives his personal appearance at the upcoming arraignment, that Defendant has received a copy of the Superseding Indictment, and that Defendant's plea to the Superseding Indictment is NOT GUILTY. The United States does not object to waiver of Dr. Azmat's appearance at the arraignment. Accordingly, for good cause shown, the Court hereby accepts the waiver signed by Defendant and his counsel.

Furthermore, Defendant's motion to waiver his appearance at the arraignment on the Superseding Indictment in this matter is hereby GRANTED.

SO ORDERED this the 19th day of August, 2013.

_____
United States Magistrate Judge
United States District Court for the
Southern District of Georgia

Prepared by:

Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@gwllawfirm.com

Attorney for Dr. Najam Azmat