IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR413-028 |
| | ) |
| NAJAM AZMAT, | ) |
| | ) |
| Defendant. | ) |

O R D E R

Before the Court is Defendant Najam Azmat's Motion to Amend Conditions of Release. (Doc. 192.) Defendant has requested that the conditions of his release be modified to eliminate the requirement that he be subject to electronic monitoring. The Probation Office does not object to the modification. After careful consideration, Defendant's motion is **GRANTED**.

SO ORDERED this 9th day of September 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA