UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. 4:13CR28 MINUTES JUDGE CODE: 3JBC

UNITED STATES of AMERICA
Plaintiff

Karl Knoche/Greg Gilluly
Counsel for Plaintiff

vs.

SEAN CLARK, ADELAIDA LIZAMA, NAJAM AZMAT, ~~SHELLY MORFORD~~
Defendant

B. PHILLIPS, J. WADE, T. WITHERS, ~~A. RODMAN~~
Counsel for Defendant

ALSO PRESENT:

| | | |
|---|---|---|
| 9:07-12:00 | **SHERRI F. FLANDERS** | Courtroom Deputy Clerk |
| | **FTR** Gerry | Court Reporter |
| | | U. S. Marshal |
| | | U. S. Probation |

SEPT. 10, 2013
DATE

SAVANNAH, GA
PLACE

CASE CALLED THIS DATE FOR MOTION/EVIDENTIARY HEARING

Phillips argues selective prosecution motion to dismiss · standard not met for evidentiary hearing
m. for wit. list - DENIED
m. to reveal the deal - Gov't will produce 30 days prior to trial GRANTED
Withers - Brady motion is GRANTED - Gov't. will produce impeachment info 30 days prior to trial
Wade - m. for early disclosure of criminal histories - GRANTED - Gov't. will provide 30 days prior to trial
m. to strike surplusage - DENIED
m. to suppress G.J. statements - TAKEN UNDER ADVISEMENT
Gov't. calls Doug Kahn, DEA; wit. sworn; direct 10:08 - 10:17
cross 10:17 - 10:39
re-direct 10:39 - 10:40
Defense calls Bobby Banks; DEA; wit. sworn; direct 10:41 - 10:46
no cross
Defense calls Angela Coleman; DEA TFO; wit. sworn; direct 10:47 - 10:52
no cross
Defense calls Corey Schaff; ~~[illegible]~~ CNT; wit. sworn; direct 10:53 - 10:57
cross 10:57 - 10:58
Defense calls Kevin Scott; CNT; wit. sworn; direct 10:59 - 11:06
cross 11:06 - 11:08

Defense calls Adelaida Lizama; wit. sworn; direct 11:09 - 11:21

cross 11:21 - 11:29

re-direct 11:29 - 11:31

re-cross 11:31 - 11:32

Defense calls Megan Gump; wit. sworn; direct 11:34 - 11:43

cross 11:43 - 11:58

re-direct 11:58 - 11:59

Defense calls Adelaida Lizama; wit. sworn; direct 11:09 - 11:21

cross 11:21 - 11:29

re-direct 11:29 - 11:31

re-cross 11:31 - 11:32

Defense calls Megan Gump; wit. sworn; direct 11:34 - 11:43

cross 11:43 - 11:58

re-direct 11:58 - 11:59