**NOTICE OF PRETRIAL CONFERENCE**

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR413-28 |
| | ) | |
| SEAN MICHAEL CLARK, ET AL | ) | |

**TAKE NOTICE** that the above-captioned case has been scheduled for a **PRETRIAL CONFERENCE** before the Honorable William T. Moore, Jr., Judge, United States District Court, on <u>Monday, September 23, 2013 at 3:00 p.m., at the United States Courthouse, 125 Bull Street, Third Floor Courtroom, Savannah, Georgia.</u>

DATE:    September 11, 2013

                                        SCOTT L. POFF
                                        CLERK, U. S. DISTRICT COURT

                                        BY   Jennifer Bodaford
                                             Courtroom Deputy
                                             912/650-4059

cc:  U. S. District Court        Karl Knoche      David Kettel
     Robert Phillips, III        Julie Wade       Robert Nye, III
     Thomas Withers              Page Pate        Anne Rodman
     U.S. Probation              U.S. Marshall    CSO
     Marie Cowart