FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 SEP 20  AM 2: 14

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,  )
)
v.  )   INDICTMENT NUMBER:
)   CR 4:13 - 028
DR. NAJAM AZMAT,  )
)
Defendant.  )

### ORDER

The foregoing Unopposed Motion to allow Defendant Dr. Najam Azmat to Travel having been read and considered,

IT IS HEREBY ORDERED, that the request of Defendant Dr. Najam Azmat to travel to Lawrenceville, Georgia on Saturday, September 21, 2013 and return on Sunday, September 22, 2013 to his home in Waycross, Georgia is hereby GRANTED.

SO ORDERED this the 20th day of September, 2013.

_____
G.R. Smith
United States Magistrate Judge
Southern District of Georgia

Prepared by:
Thomas A. Withers, Counsel for Defendant
cc: AUSA Karl Knoche