IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
v.                            )      4:13CR28
                              )
SHAWN MICHAEL CLARK, ET AL,   )
                              )
          Defendants.         )
```

### MINUTE ORDER

The above cause having come before the Court on the 10th day of September, 2013, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

    Defendant Clark's Motion for Witness List (doc. 104) is DENIED.

    Defendant Clark's Motion to Reveal the Deal (doc. 117) is GRANTED.  The government will produce impeachment material 30 days prior to trial.

    Defendant Azmat's Motion for Release of Brady Material (doc. 106) is GRANTED.  The government will produce impeachment information 30 days prior to trial.

    Defendant Lizama's Motion for Brady Material (doc. 89) is GRANTED.

    Defendant Lizama's Motion to Disclose Other Crimes (doc. 90) is GRANTED.

    Defendant Lizama's Motion for Disclosure under LR 12.3 (doc. 93) is GRANTED.

    Defendant Lizama's Motion for Discovery (doc. 94) is GRANTED.

    Defendant Lizama's Motion for Early Disclosure of Criminal Histories (doc. 95) is GRANTED.  The government will produce the criminal histories of its witnesses 30 days prior to trial.

    Defendant Lizama's Motion to Strike Surplusage (doc. 99) is DENIED.



Defendant Lizama's Motion to Suppress Grand Jury Statements (doc. 100) is TAKEN UNDER ADVISEMENT.

Defendant Lizama's Motion to Suppress Statements by Defendant to Law Enforcement (doc. 118) is TAKEN UNDER ADVISEMENT.

All other pretrial motions are MOOT.

SO ORDERED this 16TH day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA