UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO.  CR413-28** |
| | ) | |
| v. | ) | |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL.** | ) | |

<u>**GOVERNMENT'S FIFITH CERTIFICATE OF DISCLOSURE**</u>

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and states the following discovery materials are available for review, by appointment, at either the Savannah office of the United States Attorney or the Savannah office of Drug Enforcement Administration[1]:

Superseding Grand Jury Transcript (USAO-006844 through USAO-006903).

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

***/s/ Karl I. Knoche***

Karl I. Knoche
Assistant United States Attorney

---

[1] Counsel is reminded that Local Rule of Criminal Procedure 16.1 prohibits defense counsel from disseminating disclosures granted by the government beyond that necessary to the preparation of his client's defense.  Some materials may contain personal identifiers such as dates of birth or social security numbers which are provided to counsel, but should not be disseminated to clients unless redacted.

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 24th day of September, 2013.

                              EDWARD J. TARVER
                              UNITED STATES ATTORNEY

                              */s/ Karl I. Knoche*

                              Karl I. Knoche
                              Assistant United States Attorney
                              Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422