# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28  
DATE 9/23/13  
TITLE USA V. SEAN CLARK, ET AL  
TIMES 2:59 - 3:29  
TOTAL 30 MIN.

Honorable: **William T. Moore, Jr., U. S. District Court Judge**  
Courtroom Deputy: **Jennifer Bodaford**  
Court Reporter:  
Interpreter:

**Attorney for Government**
KARL KNOCHE
GREG GILLULY, JR.

**Attorney for Defendant(s)**
ROBERT PHILLIPS, III
JULIE WADE
ROBERT NYE, III
~~DAVID KETTEL~~
THOMAS WITHERS
PAGE PATE
ANNE RODMAN

**Defendant(s)**

PROCEEDINGS: **PRETRIAL CONFERENCE**

☑ In Court  
☐ In Chambers

- Court addresses parties re: concern re: how long this case has been going on.
- Gov't anticipates 5-6 days for trial
- D " " 1-2 days for trial.
- Gov't states all discovery has been given to D's with the exception of the Brady-Giglio material which Judge Smith ordered to be given 30 days prior to trial.
- re: D Azmat - Court orders all discovery be given to the gov't no later than the close of business on 10/1/13.
- Court addresses Atty. for D Clark re: his outstanding motion.

(Rev 7/2003)  
GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28　　　　　　　　　　　DATE 9/23/13

TITLE USA V. SEAN CLARK, ET AL

PROCEEDINGS (continued): PRETRIAL CONFERENCE

- Court Addresses Atty. for D Lizana re: Motions to Suppress.
- Gov't gives each D's position in this case.
- Court Addresses parties re: once motions are resolved is there any reason why this case should not be put down for trial.
- Court orders gov't to produce the expert reports with identies of the experts by Sept. 26, 2013.
- Court suggest a trial date possibly the 1st & 2nd week of December.
- Court will hold another conference in the future re: trial date & when req to chg & Voir dire. are due.

(Rev 7/2003)　　　　　　　　　　　　GENERAL CLERK'S MINUTES (continued)