UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The foregoing Motion to allow Defendant Dr. Najam Azmat to Travel having been read and considered,

IT IS HEREBY ORDERED, that the request of Defendant Dr. Najam Azmat to travel to Boston, Massachusetts leaving on October 21, 2013 and returning to Waycross, Georgia on Sunday, October 27, 2013 is hereby ~~GRANTED~~ Denied.

SO ORDERED this the 16T² day of October, 2013.

G.R. Smith
United States Magistrate Judge
Southern District of Georgia

Prepared by:
Thomas A. Withers, Counsel for Defendant
cc: AUSA Karl Knoche