IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 OCT 18  PM 4: 58

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR413-028 |
| | ) | |
| NAJAM AZMAT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court is Defendant's Appeal of the Magistrate Judge's Order Denying His Motion to Travel. (Doc. 239.)  Defendant requests permission to travel to Boston, Massachusetts from October 21, 2013 through October 27, 2013.  After careful consideration, Defendant's request is **GRANTED**.  Defendant, however, must continue to comply with all the conditions set forth by the Probation Office and shall provide that office with a trip itinerary, including addresses and phone numbers for his accommodations.

SO ORDERED this _18th_ day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA