<u>**NOTICE OF PRETRIAL CONFERENCE**</u>

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR413-28 |
| | ) | |
| SEAN MICHAEL CLARK, ET AL | ) | |

<u>**TAKE NOTICE**</u> that the above-captioned case has been scheduled for a **PRETRIAL CONFERENCE** before the Honorable William T. Moore, Jr., Judge, United States District Court, on <u>Wednesday, November 13, 2013 at 3:00 p.m., at the United States Courthouse, 125 Bull Street, THIRD FLOOR COURTROOM, Savannah, Georgia.</u>

DATE:      November 1, 2013

SCOTT L. POFF
CLERK, U. S. DISTRICT COURT

BY    Jennifer Bodaford
Courtroom Deputy
912/650-4059

cc:  U. S. District Court        Karl Knoche
Robert Phillips, III       Julie Wade
David Kettel               Robert Nye, III
U.S. Probation             Thomas Withers
U.S. Marshal               Page Pate
CSO                        Anne Rodman