# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28　　　　　　　　　　　　　　　DATE 11/13/13
TITLE USA V. ARNESIA REED
TIMES 2:55 - 3:11　　　　　　　　　　　　　　　TOTAL 16 min.

Honorable: William T. Moore, Jr., U. S. District Court Judge　　Courtroom Deputy: Jennifer Bodaford
Court Reporter: Marie Cowart　　　　　　　　　　　　　　　　Interpreter:

**Attorney for Government**
KARL KNOCHE
GREG GILLULY, JR.

**Attorney for Defendant(s)**
ROBERT PHILLIPS, III
JULIE WADE
DAVID KETTEL
ROBERT NYE, III
THOMAS WITHERS
PAGE PATE
ANNE RODMAN

**Defendant(s)**

PROCEEDINGS: PRETRIAL CONFERENCE　　　　　　　　　　☑ In Court　☐ In Chambers

- D's are satisfied with discovery
- Gov't is satisfied with reciprocal discovery
- Jury selection & trial is scheduled for January 13, 2014 @ 9:00 AM.
- Req. to charge, voir dire & any special verdict forms are due by the close of business on 12/18/13.
- D Azmat is to provide his notice of expert witnesses by 12/2/13.
- Charge conference is scheduled for 1/13/14 at the end of the first day of trial.
- The Court will not take a recess on 1/20/14.

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES