**NOTICE OF JURY SELECTION AND TRIAL**
_____

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH GEORGIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS | ) | CASE NO. CR413-28 |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL** | ) | |

TAKE NOTICE that the above-captioned case has been scheduled for **JURY SELECTION & TRIAL** before the Honorable William T. Moore, Jr., Judge, United States District Court, on **Monday, January 13, 2014, at 9:00 a.m.,** at the **United States Courthouse, 125 Bull Street, Third Floor Courtroom, Savannah, Georgia.**

| | |
|---|---|
| TO BE FILED BY DECEMBER 18, 2013: | TO BE FILED MORNING OF TRIAL: |
| Request to Charge | 4 Copies of typed exhibit list |
| Requested Voir Dire | 4 Copies of typed witness list |
| Special Verdict Form | |

DATE: November 13, 2013

SCOTT L. POFF
CLERK, U.S. DISTRICT COURT

BY: Jennifer Bodaford
    Courtroom Deputy Clerk
    912/650-4059

TO: AUSA Karl Knoche           Greg Gilluly, Jr.
    Robert Phillips, III       Julie Wade
    David Kettel               Robert Nye, III
    Thomas Withers             Page Pate
    Anne Rodman                U.S. Probation
    U.S. Marshal               CSO
    Marie Cowart