UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.:  CR 413-028 |
| ) | |
| SEAN MICHAEL CLARK, ET AL. ) | |
| Defendants. ) | |

GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE CROSS-EXAMINATION OF DEA
SPECIAL AGENT DOUGLAS KAHN REGARING UNFOUNDED
ALLEGATIONS OF IMPROPRIETY

The United States moves the Court to prohibit defense counsel from cross-examining DEA Special Agent Doug Kahn regarding prior unfounded allegations of impropriety. Ordinarily, the United States would not file such a motion in limine, but due to prior assertions by at least one defense lawyer associated with this case, the United States fears the defense may attempt an improper inquiry of Agent Kahn regarding allegations of impropriety from an investigation of Agent Kahn by the Office of Professional Responsibility.  Both the Charleston South Carolina United States Attorney's Office and OPR ultimately cleared Mr. Kahn of any wrongdoing, and specifically concluded that Agent Kahn was not <u>Giglio</u> impaired.  The investigation is outlined in the attached opinion, <u>Kahn v. Department of Justice</u>, 618 F.3d 1306 (Fed. Cir. 2010)(Exhibit 1).   Because Agent Kahn is not <u>Giglio</u> impaired, cross-examining him about the unfounded allegations would be improper.  Therefore, the United States moves the Court to grant this motion in limine.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/ E. Greg Gilluly, Jr.*

E. Greg Gilluly, Jr.
Assistant United States Attorney
Tennessee Bar No. 019397

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

    This 15th day of November, 2013.

    Respectfully submitted,

    EDWARD J. TARVER
    UNITED STATES ATTORNEY

    *s/ E. Greg Gilluly, Jr.*

    E. Greg Gilluly, Jr.
    Assistant United States Attorney
    Tennessee Bar No. 019397

PO Box 8970
Savannah, Georgia 31412
912.652.4422