UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 NOV 26  AM 11:39
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | INDICTMENT NUMBER: |
| ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The foregoing Unopposed Motion to allow Defendant Dr. Najam Azmat to Travel having been read and considered,

IT IS HEREBY ORDERED, that the request of Defendant Dr. Najam Azmat to travel to Atlanta, Georgia on Wednesday, November 27, 2013 and return on Sunday, December 1, 2013 to his home in Waycross, Georgia is hereby GRANTED.

SO ORDERED this the 26th day of November, 2013.

_____
~~G.R. Smith~~
United States ~~Magistrate Judge~~ DISTRICT JUDGE
Southern District of Georgia

Prepared by:
Thomas A. Withers, Counsel for Defendant
cc: AUSA Karl Knoche