UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT DR. NAJAM AZMAT'S NOTICE OF INTENT TO FILE A REPLY TO GOVERNMENT'S RESPONSE TO HIS MOTION IN LIMINE TO EXCLUDE GOVERNMENT'S EXPERTS

COMES NOW DR. NAJAM AZMAT, one of the Defendants herein, and give notice of his intent to file a Reply to the Government's Response to Dr. Azmat's Daubert Motion to Exclude Government Experts (Doc. # 262). Dr. Azmat will file his response within the time allowed by the Court's Local Rules.

Respectfully submitted, this the 26th day of November, 2013.

GILLEN, WITHERS & LAKE, LLC

**/s/Thomas A. Withers, Esq.**
Thomas A. Withers, Esq.
Georgia Bar No: 772250
Attorney for Dr. Najam Azmat

P.O. Box 10164
Savannah, GA  31412
(912) 447-8400

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 26th day of November, 2013.

                                      GILLEN, WITHERS & LAKE, LLC

                                      **/s/Thomas A. Withers, Esq.**
                                      Thomas A. Withers, Esq.
                                      Georgia Bar No:  772250
                                      Attorney for Dr. Najam Azmat

P.O. Box 10164
Savannah, GA  31412
(912) 447-8400