UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, | ) | |
| | ) | |
| Defendant. | ) | |

## DR. AZMAT'S RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE REGARDING SPECIAL AGENT DOUGLAS KAHN

COMES NOW Dr. Najam Azmat, one of the defendants herein, and Responds in Opposition to the Government's Motion in Limine Regarding Special Agent Douglas Kahn and shows the Court the following:

## I.    INTRODUCTION

The government seeks to preclude any inquiry regarding allegations of impropriety against Special Agent Douglas Kahn. *See*, Doc. # 257. The government contends that an allegation of impropriety was made, investigated by the South Carolina U.S. Attorney's Office (S.C. USAO) and the Department of Justice, Office of Professional Responsibility (OPR), and that Agent Kahn was cleared of any impropriety. Doc. # 257, p.1. The government further contends that the investigation is outlined in the opinion of Kahn v. Department of Justice, 618 F.3d 1306 (Fed. Cir. 2010).

However, that decision does not shed light on the allegation of impropriety, except to note that AUSA Robert Bickerton had "accused Kahn of being a liar and claimed that Kahn misrepresented facts in his reports." 618 F.3d at 1310. Although the opinion notes that the S.C. U.S.A.O. and OPR cleared Kahn of any wrongdoing, and that they concluded he was not Giglio impaired, the S.C. U.S.A.O. "maintained that Kahn had a 'character flaw' that required Giglio disclosures in all cases in which he would testify . . . " 618 F.3d at 1310.

Dr. Azmat, therefore, respectfully requests that the government make whatever Giglio disclosure the U.S. Attorney's Office in South Carolina deemed appropriate after the investigation.

WHEREFORE, Dr. Azmat respectfully requests that the government's Motion in Limine regarding cross examination of Special Agent Douglas Kahn be denied, and that the government be Ordered to make the same Giglio disclosure in this district that the U.S.A.O. in South Carolina made regarding Agent Kahn.

This the 2nd day of December, 2013.

GILLEN, WITHERS & LAKE, LLC

**s/Thomas A. Withers, Esq.**
Thomas A. Withers, Esq.
Georgia Bar No:  772250
Attorney for Dr. Najam Azmat

P.O. Box 10164
Savannah, GA  31412
(912) 447-8400

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 2nd day of December, 2013.

GILLEN, WITHERS & LAKE, LLC

**<u>s/Thomas A. Withers, Esq.</u>**
Thomas A. Withers, Esq.
Georgia Bar No:  772250
Attorney for Dr. Najam Azmat

P.O. Box 10164
Savannah, GA  31412
(912) 447-8400