UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | CR 413-028 |
| ) | |
| **v.** ) | |
| ) | |
| **SEAN MICHAEL CLARK, ET AL.** ) | |

## GOVERNMENT'S BRADY/GIGLIO NOTICE

Comes now the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and files its first Brady/Giglio notice.

1. Plea agreements of any defendants who have entered guilty pleas in this or related cases are being provided. These include agreements for Konstantinos Afthinos, Francis Barbuscia, Candace Carreras, Sean Clark, Kenneth Gossett, Adelard LeFrancois, and Adelaida Lizama. Each of the agreements provides that the respective defendant may receive some sentencing consideration for providing "substantial assistance" in the investigation and prosecution of others.

2. Criminal histories of all defendants indicted in CR 413-28 were included in the government's discovery. Criminal histories of the following prospective witnesses are being provided: Konstantinos Afthinos, Frank Joseph Barbuscia, Nancy D. Binion, Joseph T. Bradley, David Carter, Phillip C. Crain, James A. Gable, Cameron B. Hagan, Adelard LeFrancois, Billy Lee Letner, Brian Loomis, Joshua Merryman, Antwain Newton, Gerald A. Smith, and Morris Stevens.

3. Copies of proffer letters to Afthinos, Carreras, Crain, LeFrancois, and Lizama are also being provided.

4. Several of the witnesses testified before the grand jury. Transcripts of all grand jury sessions in this matter have previously been provided. Additional considerations may appear in the transcripts.

5. Concerning the government's medical experts, during calendar years 2008, and 2011 through 2013, Dr. Zdanowicz was paid a total of $14,065.30 by the United States Attorney's Office for the Southern District of Georgia to serve as an expert on matters under investigation or indictment. During calendar years 2012-2013, Dr. Kennedy was paid a total of $21,150.00 by the USAO to serve as an expert on matters under investigation or indictment. In addition, during calendar years 2011 through 2013, the DEA paid Dr. Kennedy, $32,880 for assisting on matters under investigation. The DEA paid Dr. Zdanowicz $4,500 in 2013 for his review and analysis of patient files.

    Respectfully submitted,

    EDWARD J. TARVER
    UNITED STATES ATTORNEY

    *s/ Karl I. Knoche*

    Karl I. Knoche
    Assistant United States Attorney
    Georgia Bar No. 426624

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 12th day of December 2013.

                                              Respectfully submitted,

                                              EDWARD J. TARVER
                                              UNITED STATES ATTORNEY

                                              *s/ Karl I. Knoche*

                                              Karl I. Knoche
                                              Assistant United States Attorney
                                              Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422