**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CR 413-028** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL.** | ) | |

**GOVERNMENT'S VOIR DIRE QUESTIONS**

Comes now the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and requests the following questions be asked of prospective members of the jury:

1. Does any juror know the defendant or any relative of the defendant?

2. Does any juror know the defense attorney?

3. Has any juror ever been represented by the defense attorney?

4. Has any juror heard anything about this case?   If you have, do you think that you can put that aside and determine the case solely on the evidence presented during the trial?

5. Has any juror, or close friend or relative, had any personal dealings with the United States Attorney's Office, the Drug Enforcement Administration, the Georgia Bureau of Investigation, of the Chatham Savannah Counter Narcotics Team?

If yes, what kind of contact?  Has it affected your ability to be fair and open-minded today?

6. Has any member of the jury panel formed opinions about federal, state or local law enforcement agents which would affect his or her ability to be fair and impartial during the trial of this case?

7.   Does any juror believe the federal government spends too much time or money investigating and prosecuting drug-related crimes?

8.   Has any juror had any relative or close friend prosecuted by federal, state, or local authorities for a felony offense?   If any affirmative responses:

Because of that, do you feel you are predisposed toward or against either side in the trial beginning today?

9.   Does any juror feel there should be no laws against using cocaine or marijuana?

10.   Does any juror believe that there should be no laws against a doctor prescribing controlled substances without a legitimate medical reason?

Has any juror, or close friend or relative, ever been treated by a physician for chronic pain? If yes, pleas identify the person so treated and when and where this treatment occurred.

11.   Do you believe that you will judge the case without being influenced by any sympathy for any of the parties?

12.   Does any member of the jury panel hold personal beliefs which would make it difficult or impossible for him or her to sit in judgment over someone charged with a crime?

13.   If you are selected as a juror, and after hearing the evidence in this case you are convinced that the defendant is guilty beyond a reasonable doubt, are you willing to vote to convict the defendant?

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 18th day of December, 2013.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422

4