UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT DR. NAJAM AZMAT'S QUESTIONS FOR THE COURT'S GENERAL VOIR DIRE OF THE JURY

Comes Now, the defendant, Dr. Najam Azmat, by and through his counsel, and requests, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, that this Court include the attached questions in its general voir dire of the jurors prior to the requested attorney conducted voir dire in order that the defense may effectively exercise its challenges for cause and peremptory challenges.

Respectfully submitted, this the 18th day of December, 2013.

GILLEN WITHERS & LAKE, LLC

**s/Thomas A. Withers, Esq.**
Thomas A. Withers
Post Office Box 10164         Georgia Bar No.:  772250
Savannah, Ga. 31412           Attorney for Dr. Najam Azmat
(912) 447-8400

1

## *KNOWLEDGE OF THE PROSECUTORS AND WITNESSES*

1.  DO YOU, OR DO ANY MEMBERS OF YOUR FAMILY OR FRIENDS KNOW ANY MEMBER OF THE PROSECUTION TEAM: MR. KARL KNOCHE OR MR. GREG GILULLY? (PLEASE ASK THE PROSECUTORS TO LIST THE ATTORNEYS IN THE U.S. ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF GEORGIA).

2.  DO YOU, OR ANY MEMBERS OF YOUR FAMILY, OR YOUR FRIENDS KNOW ANY OF THE INVESTIGATORS IN THIS CASE - DEA AGENT DOUGLAS KAHN? GBI AGENT BOBBY BANKS? (PLEASE ASK THE PROSECUTORS TO LIST THE OTHER INVESTIGATING AGENTS OR AGENCIES INVOLVED IN THIS CASE).

3. DO YOU HAVE ANY RELATIVES OR FRIENDS WHO ARE CONNECTED WITH:

(A) THE CHATHAM COUNTY COUNTER NARCOTICS SQUAD?

(B) THE DRUG ENFORCEMENT AGENCY?

(C) THE GEORGIA BUREAU OF INVESTIGATION?

(D) ANY LAW ENFORCEMENT OR OTHER QUASI-LAW ENFORCEMENT AGENCY?

4. IF YOU HAVE ANY SUCH RELATIVES OR FRIENDS CONNECTED WITH LAW ENFORCEMENT, HAVE YOU EVER DISCUSSED THE GUILT OR

**INNOCENCE OF PEOPLE CHARGED WITH VIOLATING THE LAW?**

**5. DO YOU OR DO ANY MEMBERS OF YOUR FAMILY KNOW ANY OF THE PERSONS WHO ARE EMPLOYED BY THE GOVERNMENT WHO WORKED ON THIS CASE AND WHO WILL TESTIFY IN COURT, OR ANY OTHER WITNESSES WHO WILL TESTIFY FOR THE PROSECUTION IN THIS CASE? (PLEASE HAVE THE PROSECUTOR READ THE GOVERNMENT'S LIST OF AGENTS AND PROPOSED WITNESSES).**

## *ABILITY TO SERVE*

**6. DO YOU HAVE ANY PROBLEM WITH YOUR HEARING OR VISION THAT WOULD MAKE IT DIFFICULT FOR YOU TO SERVE AS A JUROR?**

**7. DO YOU HAVE ANY MEDICAL CONDITION THAT WOULD MAKE IT DIFFICULT FOR YOU TO SERVE AS A JUROR ON THIS CASE?**

    **IF YES, DISCUSS AT SIDEBAR.**

**8. IS THERE ANYTHING THE COURT SHOULD KNOW ABOUT YOUR ABILITY TO CONCENTRATE FOR LONG PERIODS OF TIME?**

    **IF YES, DISCUSS AT SIDEBAR.**

**9. HAVE YOU HAD ANY PROBLEMS OR CONCERNS ABOUT YOUR ABILITY TO REMEMBER COMPLEX INFORMATION?**

    **IF YES, DISCUSS AT SIDEBAR.**

## *JUROR EXPERIENCE*

**10. HAVE ANY OF YOU, ANY MEMBERS OF YOUR FAMILY, OR CLOSE PERSONAL FRIENDS EVER TESTIFIED IN A CIVIL OR CRIMINAL TRIAL OR BEFORE A GRAND JURY? IF SO, PLEASE EXPLAIN.**

**11. HAS ANY MEMBER OF THIS JURY PANEL BEEN THE COMPLAINING WITNESS IN A CRIMINAL CASE?**

## *PRIOR WORK EXPERIENCE*

**12. HAVE YOU OR ANYONE CLOSE TO YOU WORKED FOR, APPLIED TO OR HAD TRAINING WITH ANY OF THE FOLLOWING:**

    **(A) ANY LAW ENFORCEMENT, SECURITY OR INVESTIGATIVE AGENCY, INCLUDING BUT NOT LIMITED TO LOCAL POLICE OR SHERIFF'S OFFICES, THE FBI, THE DEA, OR THE IRS?**

    **(B) A PRISON, JAIL, DETENTION CENTER OR PROBATION SERVICES?**

    **(C) A MEDICAL CLINIC, MEDICAL OFFICE, OR HOSPITAL?**

    **(D) A NURSING HOME, OR OTHER HEALTHCARE FACILITY?**

**13. HOW MANY OF YOU HAVE EVER WORKED FOR A PHARMACY, OR A PHARMACEUTICAL COMPANY?**

### *PRIOR LEGAL OR MEDICAL EXPERIENCE*

**14. HAVE YOU, OR A CLOSE FAMILY MEMBER EVER TAKEN COURSES IN SCHOOL THAT CONCERNED MEDICINE, OR PHARMACEUTICALS?**

    **IF SO, WHAT WERE THOSE COURSES OR PROGRAMS?**

**15. HAVE YOU OR A CLOSE FAMILY MEMBER EVER TAKEN ANY COURSES IN LAW OR LAW ENFORCEMENT?**

    **IF SO, WHAT WERE THOSE COURSES OR PROGRAMS?**

### *GENERAL INFORMATION*

**16. ARE YOU A VENDOR OR A CONTRACTOR FOR THE UNITED STATES GOVERNMENT OR DO YOU WORK FOR ONE?**

**17. HAVE YOU OR ANYONE CLOSE TO YOU EVER HAD AN EXPERIENCE INVOLVING THE POLICE, SHERIFF'S OFFICE, DEA, FBI, GBI, OR ANY OTHER LAW ENFORCEMENT AGENCY, INCLUDING BEING INTERVIEWED BY OR MAKING A REPORT TO A LAW ENFORCEMENT OFFICER?**

    **IF YES, PLEASE EXPLAIN:**

**18. HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN ARRESTED, CHARGED OR CONVICTED FOR A CRIME OTHER THAN A TRAFFIC TICKET?**

    **IF YES, PLEASE EXPLAIN WHO (RELATION TO YOU), WHEN, NATURE OF THE CHARGE AND CIRCUMSTANCES:**

*EXPERIENCE WITH CHRONIC PAIN OR PAIN CLINICS OR ADDICTION*

**19. HAVE YOU OR ANYONE CLOSE TO YOU EVER HAD TO DEAL WITH CHRONIC PAIN (PAIN ASSOCIATED WITH A LONG TERM MEDICAL CONDITION)?**

IF YES, HAVE YOU OR DID THAT PERSON HAVE TO HAVE PRESCRIPTION PAIN MEDICATION? SURGERY? OTHER TREATMENT?

**20. HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN TO A PAIN CLINIC?**

IF YES, WHAT WAS THE NAME OF THE CLINIC? WHEN?

**21. HAVE YOU OR ANYONE CLOSE TO YOU EVER TAKEN ANY OF THE FOLLOWING MEDICATIONS:**

1) OXYCONTIN? OXYCODONE?

2) ROXYCONTIN? ROXYCODONE?

3) XANAX? ALPRALOZAM?

4) FLEXIRIL?

5) SOMA?

**22. DID ANY OF THOSE MEDICATIONS CAUSE PROBLEMS OR ADVERSE SIDE EFFECTS? (PLEASE DESCRIBE)**

**23. DO YOU KNOW ANYONE WHO BECAME ADDICTED TO A PRESCRIPTION MEDICATION, OR WHO YOU BELIEVED TO BE ADDICTED TO A PRESCRIPTION PAIN MEDICATION?**

**IF YES, PLEASE EXPLAIN HOW YOU KNOW THAT PERSON AND WHAT HAPPENED?**

**24. HAVE YOU OR ANYONE CLOSE TO YOU HAD AN EXPERIENCE WHERE YOU THOUGHT A DOCTOR PRESCRIBED PAIN RELIEF MEDICATION THAT CAUSED A PROBLEM IN YOUR FAMILY?**

**IF YES, PLEASE EXPLAIN HOW YOU KNOW THAT PERSON AND WHAT HAPPENED?**

**25. SOME PEOPLE BELIEVE THAT PRESCRIPTION PAIN RELIEVERS SHOULD NEVER BE PRESCRIBED FOR A CHRONIC CONDITION, BUT SHOULD ONLY BE GIVEN BRIEFLY FOR THE RELIEF OF PAIN AFTER INJURY OR SURGERY, SO YOU HOLD SUCH AN OPINION?**

**IF YES, WHY DO YOU HOLD THAT OPINION?**

**26. ARE THERE ANY OF YOU OR YOUR FAMILY MEMBERS THAT HAVE STRUGGLED WITH DRUG ADDICTION ISSUES?**

**IF YES, WOULD THAT PERSONAL EXPERIENCE MAKE IT DIFFICULT FOR YOU TO JUDGE THIS CASE?**

*PERSONAL/RELIGIOUS/POLITICAL BELIEFS*

**27. AT THE CONCLUSION OF THE CASE IT IS THE COURT'S TASK AND DUTY TO CHARGE YOU ON THE LAW AND EXPLAIN TO YOU THE ELEMENTS OF THE CRIMES CHARGED IN THE INDICTMENT. DO YOU HAVE PERSONAL,**

**RELIGIOUS, AND PHILOSOPHICAL OR OTHER BELIEFS AS TO WHAT THE LAW IS OR SHOULD BE THAT WOULD MAKE IT DIFFICULT FOR YOU TO FOLLOW THE INSTRUCTIONS OF THE COURT?**

   **IF YES, PLEASE EXPLAIN:**

**28. IS THERE ANYTHING ABOUT THE NATURE OF THE CHARGES IN THIS CASE THAT WOULD AFFECT YOUR ABILITY TO FAIRLY EVALUATE THE EVIDENCE REGARDING WHETHER OR NOT THE GOVERNMENT HAS PROVEN THE GUILT OF THE DEFENDANT BEYOND A REASONABLE DOUBT?**

### *PRETRIAL PUBLICITY*

**29. DO YOU BELIEVE YOU HAVE READ, SEEN OR HEARD SOMETHING IN THE NEWSPAPER, TELEVISION OR ANY OTHER SOURCE ABOUT EAST HEALTH CENTER IN POOLER, GEORGIA?**

**30. HAVE YOU READ, SEEN OR HEARD SOMETHING IN THE NEWSPAPER, TELEVISION OR ANY OTHER SOURCE ABOUT PAIN CLINICS, OR PHYSICIAN'S WHO WORK IN PAIN CLINICS?**

**31. IS THERE ANYTHING THAT YOU HAVE SEEN, HEARD, OR READ ABOUT PAIN CLINICS THAT WOULD INTERFERE WITH YOUR ABILITY TO RENDER A FAIR VERDICT IN THIS CASE BASED SOLELY ON THE EVIDENCE PRESENTED IN COURT?**

   **IF YES, PLEASE EXPLAIN:**

## *CONSTITUTIONAL GUARANTEES*

**32. IS THERE ANYONE WHO FEELS THAT THE FACT THAT THE GOVERNMENT HAS BROUGHT AN INDICTMENT MEANS THAT THE DEFENDANT IS PROBABLY GUILTY?**

**33. DO ANY OF YOU DISAGREE WITH OUR CONSTITUTIONAL RIGHT TO THE PRESUMPTION OF INNOCENCE?  WOULD ANY OF YOU HAVE ANY DIFFICULTY APPLYING THE PRESUMPTION OF INNOCENCE IN THIS CASE?**

**34. DO ANY OF YOU DISAGREE WITH OUR CONSTITUTIONAL RIGHT TO THAT THE BURDEN OF PROOF RESTS WITH THE GOVERNMENT?**

**35. DO ANY OF YOU DISAGREE WITH THE CONSTITUTIONAL RIGHT THAT THE GOVERNMENT HAS TO PROVE THE DEFENDANT'S GUILTY BEYOND A REASONABLE DOUBT?  ARE THERE ANY OF YOU WHO THINK THAT BURDEN OF PROOF IS TOO HIGH?**

**36. DO YOU UNDERSTAND AND ACCEPT THE PRINCIPLE THAT A DEFENDANT IN A CRIMINAL CASE IS NOT REQUIRED TO EXPLAIN HIS SIDE OF THE CASE SINCE THE BURDEN OF PROOF DOES, IN FACT, REST WITH THE PROSECUTION?**

**37. IF DR. AZMAT CHOSE TO EXERCISE HIS CONSTITUTIONAL RIGHT NOT TO TESTIFY, WOULD YOU CONSIDER THIS TO BE ANY INDICATION WHATSOEVER OF GUILT?**

## *WITNESS CREDIBILITY*

**38. WOULD ANY OF YOU TEND TO GIVE ANY GREATER WEIGHT OR CREDIBILITY, NO MATTER HOW SLIGHT, TO THE TESTIMONY OF A FEDERAL, OR STATE AGENT MERELY BECAUSE HE IS AN EMPLOYEE OF THE GOVERNMENT?**

**39. WOULD ANY OF YOU TEND TO GIVE ANY GREATER WEIGHT OR CREDIBILITY, NO MATTER HOW SLIGHT, TO A PROSECUTION WITNESS MERELY BECAUSE HE OR SHE IS TESTIFYING ON BEHALF OF THE GOVERNMENT?**

**40. WOULD YOU GIVE THEIR TESTIMONY GREATER WEIGHT OR CREDIBILITY OVER THAT OF WITNESS ON THE DEFENDANTS BEHALF?**

## *PREJUDICE AGAINST A PARTY*

**41. DR. AZMAT IS ORIGINALLY FROM PAKISTAN, ALTHOUGH HE HAS BEEN A NATURALIZED UNITED STATES CITIZEN FOR MORE THAN 20 YEARS. WOULD THE FACT THAT HE IS FROM PAKISTAN MAKE ANY OF YOU MORE INCLINED TO THINK HE IS GUILTY OF SOMETHING?**

**42. ARE THERE ANY OF YOU WHO HAVE HAD A BAD EXPERIENCE WITH A PHYSICIAN FROM A FOREIGN COUNTRY?**

**43. ARE THERE ANY OF YOU WHO HAVE HAD A BAD EXPERIENCE, OR HAVE A NEGATIVE OPINION ABOUT SOMEONE FROM PAKISTAN?**

### *DIFFICULTY WITH A MEDICAL PROFESSIONAL*

**44. HAVE YOU OR ANYONE IN YOUR FAMILY EVER BROUGHT A LAWSUIT AGAINST A DOCTOR, OR MEDICAL PROFESSIONAL?**

**45. HAVE YOU OR ANYONE IN YOUR FAMILY EVER HAD A BAD, OR DIFFICULT EXPERIENCE WITH SOMEONE IN THE MEDICAL PROFESSION?**

### *PARTICIPATION IN VICTIM'S RIGHTS ORGANIZATIONS*

**46. HAVE YOU OR ANYONE CLOSE TO YOU EVER BELONGED TO A VICTIM RIGHTS GROUP? ANTI-CRIME GROUP?**

**47. HAVE YOU OR ANYONE CLOSE TO YOU EVER PARTICIPATED IN ANY INMATE ASSISTANCE PROGRAMS, SUCH AS A PRISON MINISTRY?**

### *OVERVIEW*

**48. IF YOU SAT IN THE SEAT OF THE ACCUSED, WOULD YOU WANT A JUROR WITH YOUR CURRENT MIND SET TO SIT IN JUDGMENT OF YOU?**

**49. IS THERE ANY PARTICULAR REASON YOU WOULD LIKE TO BE A JUROR IN THIS CASE? OR, CONVERSELY, IS THERE ANY PARTICULAR REASON YOU WOULD NOT LIKE TO BE A JUROR IN THIS CASE?**

**50. IS THERE ANY MATTER THAT WE HAVE NOT COVERED THAT WE SHOULD KNOW THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL?**

**51. IS THERE ANY REASON YOU CAN THINK OF THAT YOU COULD NOT BE**

**COMPLETELY FAIR AND IMPARTIAL TO THE DEFENDANT AND THE GOVERNMENT IN THIS CASE?**

**IF YES, PLEASE EXPLAIN:**

**52. DO YOU KNOW OF ANY REASON, OR HAS ANYTHING OCCURRED DURING THIS QUESTIONING PERIOD, THAT MIGHT MAKE YOU DOUBTFUL AS TO WHETHER YOU COULD BE A COMPLETELY FAIR AND IMPARTIAL JUROR IN THIS CASE?  IF THERE IS, IT IS NOW YOUR DUTY TO DISCLOSE THIS.**

**Respectfully submitted, this 18th day of December, 2013.**

**s/ Thomas A. Withers, Esq.**
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Dr. Najam Azmat

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
E-Mail: Twithers@gwllawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 18th day of December, 2013.

                                            **s/ Thomas A. Withers, Esq.**
                                            Thomas A. Withers, Esq.

Gillen, Withers & Lake, LLC      Georgia Bar Number: 772250
8 East Liberty Street                  Attorney for Dr. Najam Azmat
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@gwllawfirm.com