IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-028
)
NAJAM AZMAT, )
)
Defendant. )
)

O R D E R

Before the Court is Defendant's Unopposed Motion to Travel. (Doc. 287.) Defendant requests permission to travel to Atlanta, Georgia from December 24, 2013 through December 27, 2013. After careful consideration, Defendant's motion is **GRANTED**. Defendant, however, must continue to comply with all the conditions set forth by the Probation Office and shall provide that office with a trip itinerary, including addresses and phone numbers for his accommodations.

SO ORDERED this 20th day of December 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA