IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR 413-028 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL.** | ) | |

### GOVERNMENT'S EIGHTH CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and states that copies of the following discovery materials were provided to counsel for Najam Azmat and Daniel Wise:[1]

1. Audio Files – UC Rec Phn Call
2. Audio Files – Dr. Azmat, Dr. Ross, East Health Center 030311[2]
3. DEA6 11-20-2013, Bates stamped USAO-007206 through USAO- 007209
4. Gerald Smith GJ Testimony, Bates stamped USAO-007210 through USAO-007257; and
5. NCIC David Letner, Bates stamped USAO-007258 through USAO-007270.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney

---

[1] Counsel are reminded that Local Rule of Criminal Procedure 16.1 prohibits defense counsel from disseminating disclosures granted by the government beyond that necessary to the preparation of his client's defense. Some materials may contain personal identifiers such as dates of birth or social security numbers which are provided to counsel, but should not be disseminated to clients unless redacted.

[2] The Government disclaims any intention of using the audio file "Dr. Azmat" during its case-in chief.

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 23rd day of December, 2013.

                                    Respectfully submitted,

                                    EDWARD J. TARVER
                                  UNITED STATES ATTORNEY

                                  *s/ Karl I. Knoche*

                                  Karl I. Knoche
                                  Assistant United States Attorney
                                  Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422