# GILLEN WITHERS & LAKE LLC

## ATTORNEYS AT LAW

| | | |
|---|---|---|
| THOMAS A. WITHERS | Reply to: | One Securities Centre |
| Phone (912) 447-8400 | 8 East Liberty Street | 3490 Piedmont Road NE, Suite 1050 |
| Facsimile (912) 629-6347 | P.O. Box 10164 | Atlanta, GA 30305-4806 |
| TWithers@gwllawfirm.com | Savannah, GA. 31401 | Toll Free 1-866-416-8333 |

December 18, 2013

HAND DELIVERY
The Honorable William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
125 Bull Street
Savannah, Ga. 31401

VIA FAX 912-653-3391
The Honorable Jack E. Carney, Jr.
Judge, Effingham Cty State Court
Atlantic Judicial Circuit
P O Box 787
Pembroke, Ga. 31321



RE: **United States of America v. Dr. Najam Azmat**
United States District Court for the Southern District of Georgia
Indictment Number: CR 4:13-028

**State of Georgia v. Blake C. Cohn**
State Court of Effingham County, Ga.
Case Number: 2013 ST SR 4327 JC

**Hearing Date: Monday, January 13, 2014**

Dear Judge Moore and Judge Carney:

Pursuant to Rule 17.1 of the Uniform Rules for the Superior Courts, this letter is to notify the Court of a conflict. The United States v. Dr. Najam Azmat case is scheduled for trial at 9:00 a.m. on January 13, 2014 in the United States District Court for the Southern District of Georgia in front of the Honorable William T. Moore, Jr. The State of Georgia v. Blake C. Cohn, case is scheduled for a plea hearing at 1:00 p.m. on January 13, 2014 in front of the Honorable Jack E. Carney, Jr.

I certify that I am lead counsel in each of the cases listed above. I further certify that the matters and the clients' interests cannot be adequately protected by other attorneys in my office.

December 18, 2013
Page Two

Therefore, in accordance with Uniform Superior Court Rule 17.1(B), I propose the following resolution, that I attend the trial of the Azmat case in the U.S. District Court on Monday, January 13, 2014 and that the Cohn matter be re-scheduled to the next available plea calendar.

Sincerely,

Thomas A. Withers
Gillen, Withers & Lake, LLC

TAW/rrj
cc: Ray Smith, State Court Solicitor General
  Becky Crowe, Clerk, State Court of Bryan County, via fax 912-653-3870
  AUSA Karl Knoche, via email
  Courtroom Deputy, Jennifer Bodaford, via email