IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-28
)
NAJAM AZMAT, )
)
Defendant. )
)

O R D E R

Before the Court is the Government's Motion in Limine to Exclude Cross-Examination of Special Agent Douglas Kahn. (Doc. 257.) In this motion, the Government seeks to prevent defense counsel from questioning Agent Kahn on cross-examination about an investigation of him by the Office of Professional Responsibility. (Id. at 1.) Defendant Azmat has responded in opposition. (Doc. 269.) After careful consideration, the Court **DEFERS** judgment on the merits of this motion until Agent Kahn's testimony is offered by the Government at trial.

SO ORDERED this 30th day of December 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA