UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR 413-28 |
| | ) | |
| v. | ) | |
| | ) | |
| **DR. NAJAM AZMAT,** | ) | |

GOVERNMENT'S RESPONSE TO
NAJAM AZMAT'S MOTION IN LIMINE [DOC 296]

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and files the government's response to Najam Azmat's motion in limine regarding exclusion of evidence.

1) The United States does not intend to introduce evidence in its case in chief regarding administrative sanctions against Dr. Azmat by either the Georgia Medical Board or the Kentucky Medical Board.

2) The United States does not intend to introduce evidence in its case in chief regarding false claims cases filed against Dr. Azmat related to his employment at Satilla Regional Medical Center.

3) The United States does not intend to introduce evidence of other crimes, wrongs, or acts by Dr. Azmat, in its case in chief related to misconduct arising out of Dr. Azmat's pill mill practice in Lexington, Kentucky in 2011 and 2012.

4) The United States intends to introduce statements and evidence that pharmacies refused to fill Dr. Azmat's prescriptions; and notified co-conspirators at East Health Center.  Co-conspirators and customers advised Dr. Azmat that they were having difficult times filling their prescriptions.  The proof will include evidence that some members of the conspiracy recommended to customers pharmacies at which they

could fill Dr. Azmat's prescriptions. The United States will not introduce hearsay evidence in its case in chief regarding the reasons that other pharmacies refused to fill prescriptions related to Dr. Azmat or East Health Center.

Should the defense call character witnesses, the United States will cross-examine the witnesses with some or all of the above information to test the witnesses' knowledge of the defendant. Additionally, should the defense open the door via other means, the United States may move to introduce the evidence in rebuttal.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s E. Greg Gilluly, Jr.*

E. Greg Gilluly, Jr.
Assistant United States Attorney
Tennessee Bar No. 019397

*/s Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of January, 2014.

                                                  Respectfully submitted,

                                                  EDWARD J. TARVER
                                                  UNITED STATES ATTORNEY

                                                  ***/s E. Greg Gilluly, Jr.***

                                                  E. Greg Gilluly, Jr.
                                                  Assistant United States Attorney
                                                  Tennessee Bar No. 019397

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422