IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-028
)
NAJAM AZMAT, )
)
Defendant. )
)

O R D E R

Before the Court is Defendant's Motion in Limine. (Doc. 296.) The Government has filed a response. (Doc. 298.) After careful consideration, Defendant's motion is **DISMISSED AS MOOT IN PART** and **GRANTED IN PART**.

In this motion, Defendant seeks to exclude from trial evidence regarding (1) administrative sanctions against Defendant from the Georgia or Kentucky Medical Boards; (2) claims filed against Defendant related to his employment at Satilla Regional Medical Center; (3) any other alleged crimes, wrongs, or acts by Defendant other than those charged in the Indictment, specifically regarding Defendant's pain management practice in Lexington, Kentucky in 2011 and 2012; and (4) hearsay statements made by pharmacies unwilling to fill Defendant's prescriptions. (Doc. 296 at 1.) The Government responds that it has no intention of introducing evidence with regard to the first three matters. (Doc. 298 at 1.)

Accordingly, Defendant's requests regarding these matters are **DISMISSED AS MOOT**. Should the need arise, Defendant may renew his objections at trial.

The Government also responded that it does not intend to introduce any hearsay evidence regarding pharmacies unwilling to fill Defendant's prescriptions. (Id. at 1-2.) To the extent that there is any confusion on the matter, the Court finds that the Government may elicit testimony from witnesses that pharmacies refused to fill that witness's prescription. However, those witnesses may not testify as to what the pharmacist stated regarding why the prescription would not be filled. Accordingly, with regard to this matter, Defendant's motion is **GRANTED**.

Defendant's motion is **GRANTED IN PART**. The Government may elicit testimony from witnesses that pharmacies refused to fill that witness's prescription. However, those witnesses may not testify as to what the pharmacist stated regarding why the prescription would not be filled. All other matters in Defendant's motion are **DISMISSED AS MOOT**.

SO ORDERED this 10th day of January 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA