UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR 413-028 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SEAN MICHAEL CLARK, ET AL.** | ) | |

### GOVERNMENT'S SECOND BRADY/GIGLIO NOTICE

Comes now the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and files its second Brady/Giglio notice.

1. Warren Gold is a potential government witness. The United States Attorney's Office for the Middle District of Florida advises that there are no proffer agreements, plea agreements or promises that have been made to Mr. Gold or any family member of his. A criminal case against Mr. Gold is pending in the Tampa Division. A promise was made to Mr. Gold that in exchange for his return from abroad to the United States to face criminal charges, the United States would not seek to have him detained pending trial. This promise was understood to apply to his wife and mother-in-law as well. Mr. Gold was granted a bond in his case.

2. Since the date of the government's first Brady notice, Dr. Gene Kennedy has submitted a bill for an additional $5,500.00 which will be paid during the week of January 13, 2014. No additional bills have been received from Dr. Zdanowicz to date.

3. Prospective witness James Gable was arrested by the Beaufort County Sheriff's Office on January 9, 2014. A copy of the arrest warrant has been provided.

4. A plea agreement for prospective witnesses Konstantinos Afthinos and Daniel John Wise were previously provided. The agreements provide that the defendants may receive some sentencing consideration for providing "substantial assistance" in the investigation and prosecution of others.

> Respectfully submitted,
>
> EDWARD J. TARVER
> UNITED STATES ATTORNEY
>
> *s/ Karl I. Knoche*
>
> Karl I. Knoche
> Assistant United States Attorney
> Georgia Bar No. 426624

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 10th day of January 2014.

                                                Respectfully submitted,

                                                EDWARD J. TARVER
                                                UNITED STATES ATTORNEY

                                                *s/ Karl I. Knoche*

                                                Karl I. Knoche
                                                Assistant United States Attorney
                                                Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422