IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 413-028 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN MICHAEL CLARK, ET AL. | ) | |

## GOVERNMENT'S NINTH CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and states that copies of the following discovery materials were previously provided or made available to counsel for Najam Azmat:[1]

1. Contracts of prospective expert witnesses Kennedy and Zdanowicz
2. Plea agreements of Defendants Wise and Afthinos
3. DEA Forms 222 pertaining to A. LeFrancois
4. Medical files of Loomis, Smith, Stephens, Hagan, Carter, Crain, and Mink
5. Trial exhibit notebook

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney

---

[1] Counsel are reminded that Local Rule of Criminal Procedure 16.1 prohibits defense counsel from disseminating disclosures granted by the government beyond that necessary to the preparation of his client's defense. Some materials may contain personal identifiers such as dates of birth or social security numbers which are provided to counsel, but should not be disseminated to clients unless redacted.

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 11th day of January, 2014.

                                            Respectfully submitted,

                                            EDWARD J. TARVER
                                            UNITED STATES ATTORNEY

                                            *s/ Karl I. Knoche*

                                            Karl I. Knoche
                                            Assistant United States Attorney
                                            Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422