# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28-04  DATE 1/13/14
TITLE USA V. NAJAM AZMAT
TIMES 8:54 - 5:26  TOTAL 8:32

Honorable : **William T. Moore, Jr., U. S. District Court Judge**  Courtroom Deputy : **Jennifer Bodaford**
Court Reporter : **Marie Cowart**  Interpreter :

Attorney for   Plaintiff         Attorney for Defendant(s)         Defendant(s)
KARL KNOCHE                      THOMAS WITHERS
GREG GILLULY, JR.

PROCEEDINGS : JURY SELECTION AND TRIAL    ☑ In Court   ☐ In Chambers

Court opens: 8:54
Roll called and jurors qualified:   8:56 -9:02
Judge enters: 9:03
Court addresses jurors: 9:03 - 9:08
Excuses: 9:08 - 9:10 Juror #28 excused, must submit documents from his doctors office within 1 week.
9:10 - 9:13 Court introduces Court personnel
9:26 - 11:24 Voir Dire begins
9:33 - 9:37 Side bar re:  juror #24
10:08 - 10:24 Recess
10:24 - 10:45 Jurors answer questions on sheet
10:45 - 10:59 Silent strike
10:59 - 11:01 Jurors called
11:01 - 11:02 Jurors sworn
11:04 - 11:08 Remainder of jurors excused with thanks from the Court
11:10 - 11:16 Late jurors #2, 6 & 37 addressed and will be summoned on next trial

(Rev 7/2003)                                                           GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28-04                                    DATE 1/13/14

TITLE  USA V. NAJAM AZMAT

PROCEEDINGS (continued): JURY SELECTION AND TRIAL

11:16 - 11:24 Parties address Court re: sequestration of Government's Agent Kahn; dft. Azmat waives any conflict with witness Clark.
11:24 - 11:53 Preliminary instructions
11:53 - 1:13 Lunch
Opening statements
1:13 - 1:38 Government
1:38 - 1:57 Defendant

Gov't calls Dr. Mary Kay Ross
direct:    1:58 - 2:08
cross:     2:08 - 2:11
re-direct: 2:11 - 2:12
recross:   2:12 - 2:12

Gov't calls Dr. David Hatmaker
direct:    2:14 - 2:23
cross:     2:23 - 2:28
re-direct: 2:23 - 2:29

Gov't calls Charles Sikes
direct:    2:29 - 3:09
recess:    3:09 - 3:22
direct:    3:22 - 3:56
cross:     3:56 - 4:49
re-direct: 4:49 - 5:00
recross:   5:00 - 5:04

5:04 - 5:10 Jurors sent home with instructions from the Court
5:10 - 5:26 Court addresses parties re: request to charge and voir dire
5:26         Court adjourned for the day

(Rev 7/2003)                                    GENERAL CLERK'S MINUTES (continued)