# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR413-28-04**                         DATE **1/13/14**

TITLE **USA V. NAJAM AZMAT**

TIMES  **8:54 - 5:26**                         TOTAL **8:32**

---

Honorable : **William T. Moore, Jr., U. S. District Court Judge**       Courtroom Deputy : **Jennifer Bodaford**

Court Reporter : **Marie Cowart**                         Interpreter :

---

Attorney for       Plaintiff                 Attorney for Defendant(s)           Defendant(s)

KARL KNOCHE                                 THOMAS WITHERS
GREG GILLULY, JR.

---

PROCEEDINGS : **JURY SELECTION AND TRIAL**                 ☑ In Court
                                                            ☐ In Chambers

Court opens: 8:54

Roll called and jurors qualified:   8:56 -9:02

Judge enters: 9:03

Court addresses jurors:  9:03 - 9:08

Excuses:  9:08 - 9:10  Juror #28 excused, must submit documents from his doctors office within 1 week.

9:10 - 9:13  Court introduces Court personnel

9:26 - 11:24  Voir Dire begins

9:33 - 9:37 Side bar re:  juror #24

10:08 - 10:24 Recess

10:24 - 10:45 Jurors answer questions on sheet

10:45 - 10:59  Silent strike

10:59 - 11:01 Jurors called

11:01 - 11:02 Jurors sworn

11:04 - 11:08 Remainder of jurors excused with thanks from the Court

11:10 - 11:16 Late jurors #2, 6 & 37 addressed and will be summoned on next trial

(Rev 7/2003)                                         GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR413-28-04**                          DATE **1/13/14**

TITLE **USA V. NAJAM AZMAT**

PROCEEDINGS (continued): **JURY SELECTION AND TRIAL**

 11:16 - 11:24 Parties address Court re:  sequestration of Government's Agent Kahn; dft. Azmat waives any conflict with witness Clark.

 11:24 - 11:53 Preliminary instructions

 11:53 - 1:13 Lunch

 Opening statements

 1:13 - 1:38 Government

 1:38 - 1:57 Defendant


 Gov't calls Dr. Mary Kay Ross

 direct:      1:58 - 2:08

 cross:       2:08 - 2:11

 re-direct:  2:11 - 2:12

 recross:    2:12 - 2:12


 Gov't calls Dr. David Hatmaker

 direct:      2:14 - 2:23

 cross:       2:23 - 2:28

 re-direct:  2:23 - 2:29


 Gov't calls Charles Sikes

 direct:      2:29 - 3:09

 recess:     3:09 - 3:22

 direct:      3:22 - 3:56

 cross:       3:56 - 4:49

 re-direct:  4:49 - 5:00

 recross:    5:00 - 5:04


 5:04 - 5:10 Jurors sent home with instructions from the Court

 5:10 - 5:26 Court addresses parties re:  request to charge and voir dire

 5:26          Court adjourned for the day