# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28  
TITLE USA V. NAJAM AZMAT  
TIMES 8:57 - 4:27

DATE 1/14/14  
TOTAL 7 hrs 30 Min

Honorable : William T. Moore, Jr., U. S. District Court Judge  
Court Reporter : Marie Cowart  
Courtroom Deputy : Jennifer Bodaford  
Interpreter :

**Attorney for Government**  
KARL KNOCHE  
GREG GILLULY, JR.

**Attorney for Defendant(s)**  
THOMAS WITHERS

**Defendant(s)**

PROCEEDINGS : JURY TRIAL

☑ In Court  
☐ In Chambers

8:57   Court opens

Gov't calls Adelard LaFrancois  
direct:      9:00 - 10:18        Side bar: 10:07 - 10:09  
cross:      10:22 - 11:03       Side bar: 10:30 - 10:33  
re-direct: 11:03 - 11:15        Side bar: 11:06 - 11:10  
recross:   11:15 - 11:17

Gov't calls Francis Barbuscia  
direct:      11:19 - 11:34  
cross:      11:34 - 11:46  
re-direct: 11:46 - 11:47  
recross:   11:47 - 11:48

11:49 - 12:59  Lunch

(Rev 7/2003)                                                                                          GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28   DATE 1/14/14

TITLE USA V. NAJAM AZMAT

PROCEEDINGS (continued): JURY TRIAL

Gov't calls Nancy Binion
direct:   12:59 - 1:20
cross:    1:20 - 1:27
re-direct: 1:27 - 1:28

Gov't calls Patricia Rohrer
direct:   1:29 - 1:41
cross:    1:41 - 1:50
re-direct: 1:50 - 1:51
recross:  1:51 - 1:52

Gov't calls Konstantinos Afthinos
direct:   1:53 - 2:13
cross:    2:13 - 2:25
re-direct: 2:25 - 2:31
recross:  2:31 - 2:33

Recess:  2:33 - 2:45

Gov't calls Sean Clark
direct:   2:45 - 2:56
cross:    2:56 - 3:09
re-direct: 3:09 - 3:11
recross:  3:11 - 3:12

Gov't calls Joseph Bradley
direct:   3:14 - 3:29
cross:    3:29 - 3:52
re-direct: 3:52 - 3:56      Side bar 3:53 - 3:55

Gov't calls Latina Simpson
direct:   3:58 - 4:13
cross:    4:13 - 4:23
re-direct: 4:23 - 4:24

4:27  Court adjourned

(Rev 7/2003)                                    GENERAL CLERK'S MINUTES (continued)