# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28    DATE 1/15/14
TITLE USA V. NAJAM AZMAT
TIMES 8:58 – 6:24    TOTAL 9 hrs. 26 Min

Honorable: William T. Moore, Jr., U. S. District Court Judge    Courtroom Deputy: Jennifer Bodaford
Court Reporter: Marie Cowart    Interpreter:

Attorney for Government    Attorney for Defendant(s)    Defendant(s)
KARL KNOCHE    THOMAS WITHERS
GREG GILLULY, JR.

PROCEEDINGS: JURY TRIAL    ☑ In Court
☐ In Chambers

8:58   Court opens

Gov't calls Gerald Smith
direct:   9:00 - 9:13
cross:    9:13 - 9:30

Gov't calls James Gable
direct:    9:31 - 9:40
cross:     9:40 - 9:50
re-direct: 9:51 - 9:53
recross:   9:53 - 9:54

Gov't calls Billy Letner
direct:    9:56 - 10:08
cross:     10:08 - 10:11
re-direct: 10:11 - 10:13
recross:   10:13 - 10:14

(Rev 7/2003)    GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28                    DATE 1/15/14

TITLE  USA V. NAJAM AZMAT

PROCEEDINGS (continued): JURY TRIAL

Recess:   10:14 - 10:30
Side bar: 10:30 - 10:33  re: forfeiture

Gov't calls Kimberly Letner
direct:    10:35 - 10:49
cross:     10:49 - 10:57
re-direct: 10:57 - 11:01
recross:   11:01 - 11:02

Gov't calls Dr. Kenneth Gossett
direct:    11:03 - 11:15
cross:     11:15 - 11:46
re-direct: 11:46 - 11:50
recross:   11:50 - 11:52

11:52 - 1:14 Lunch

Gov't calls Mark Wise
direct:    1:16 - 1:42
cross:     1:42 - 2:10
re-direct: 2:10 - 2:14
recross:   2:14 - 2:16

Gov't calls Michael Palmer
direct:    2:19 - 2:20

Gov't calls Dr. Gene Kennedy (Admitted as an expert witness in the field of pain management)
direct:    2:20 - 3:31
Recess:    3:31 - 3:40
direct:    3:41 - 4:24
cross:     4:24 - 6:01
6:02 Jurors excused with instructions from the Court
6:04 - 6:07 Court discusses expert witness with parties
6:08 - 6:09 Court addresses expert Dr. Kennedy
6:09 - 6:20 Discussion with parties re: National Standard
6:24 Court adjourned

(Rev 7/2003)                                   GENERAL CLERK'S MINUTES (continued)