# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28  
TITLE  USA V. NAJAM AZMAT  
DATE 1/16/14  
TIMES 9:27 - 4:51  
TOTAL 7 hrs. 24 min

Honorable: **William T. Moore, Jr., U. S. District Court Judge**  
Court Reporter: **Marie Cowart**  
Courtroom Deputy: **Jennifer Bodaford**  
Interpreter:

Attorney for Government  
KARL KNOCHE  
GREG GILLULY, JR.

Attorney for Defendant(s)  
THOMAS WITHERS

Defendant(s)

PROCEEDINGS: **JURY TRIAL**

☑ In Court  
☐ In Chambers

9:27 Court opens  
Gov't witness Dr. Gene Kennedy (continued)  
cross:       9:29 - 10:20  
re-direct:   10:20 - 10:42  
recross:     10:42 - 10:44  
Recess:      10:44 - 10:56  
10:56 - 11:04  Defendant's oral motion for judgment ass matter of law (will file electronically)  
         Court will withhold its ruling on the motion at this time.  
         Defendant moves for an early lunch (witness not available); granted.  
Lunch:       11:08 - 12:18  

Defendant calls Dr. Thomas Simopoulos (Admitted as an expert in pain management and pain medicine)  
direct:      12:20 - 2:23  
Recess:      2:23 - 2:39  
cross:       2:39 - 4:11  Side bar: 2:58 - 3:00, Side bar: 3:17 - 3:19  
re-direct:   4:11 - 4:12  

(Rev 7/2003)                                          GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO.  CR413-28                               DATE  1/16/14
TITLE  USA V. NAJAM AZMAT

PROCEEDINGS (continued):  JURY TRIAL

4:15  Defendant's rest.
4:16  Jurors sent to jury room
4:17  Defendant tenders exhibits - admitted
4:25 - 4:47  Charges discussed with parties
4:49  Jurors excused for the day
Defendant waives his right to testify at this trial.
4:51  Court adjourned