UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) CR 413-028 |
| --- | --- |
| v. | ) |
| NAJAM AZMAT | ) |

## GOVERNMENT'S EXHIBIT LIST

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
| --- | --- | --- | --- |
| | **Patient Medical Files – Substantive Counts** | | |
| 1 | Patient File of Jim Brooks, Frenchburg, KY (Counts 2 & 3 Feb 21) (1 to 1-019) | | ✓ |
| 2 | Patient File of George Hunter, Frenchburg, KY (Counts 4 & 5 Feb 21) (2 to 2-015) | | ✓ |
| 3 | Patient File of Billy Letner, Kissimee, FL (Counts 6 & 7 Feb 21) (3 to 3-016) | | ✓ |
| 4 | Patient File of Kim Letner, Kissimee, FL (Counts 8 & 9 Feb 21) (4 to 4-015) | | ✓ |
| 5 | Patient File of David Letner, Kissimee, FL (Counts 10 & 11 Feb 21) (5 to 5-021) | | ✓ |
| 6 | Patient File of Latina Simpson, Frenchburg, KY (Counts 12, 13 & 14 Feb 21) (6 to 6-020) | | ✓ |
| 7 | Patient File of James Lockwood, Lexington, KY (Counts 15 & 16 Feb 25) (7 to 7-019) | | ✓ |
| 8 | Patient File of Carlie Cole, Jackson KY (Counts 17 & 18 Feb 28) (8 to 8-016) | | ✓ |

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____ M
1-13  20 14
Deputy Clerk

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 9 | Patient File of Paul Cole, Jackson KY (Counts 19 & 20 Feb 28) (9 to 9-016) | | ✓ |
| 10 | Patient File of Tyrice Harris, Jacksonville, FL (Counts 21 & 22 Feb 28) (10 to 10-016) | | ✓ |
| 11 | Patient File of Danelle Perry, Jacksonville, FL (Counts 23 & 24 Feb 28) (11 to 11-017) | | ✓ |
| 12 | Brian Smith, Brunswick, GA (Counts 25 & 26 Feb 28) (12 to 12-030) | | ✓ |
| 13 | Joseph Bradley, Middleburg, FL (Counts 27, 28 & 29 Mar 01) (13 to 13-017) | | ✓ |
| 14 | James Gable, Bluffton, SC (Count 30 Mar 01) (14 to 14-028) | | ✓ |
| 15 | Gary Evans, Barbourville KY (Counts 31 & 32 Mar 02) (15 to 15-025) | | ✓ |
| 16 | Chris Conkel, Winter Park, FL (Count 33 Mar 03) (16 to 16-026) | | ✓ |
| 17 | Joshua Merryman, Winter Park, FL (Counts 34 & 35 Mar 03) (17 to 17-025) | | ✓ |
| 18 | Patricia Rhorer, Lexington, KY (Counts 36 & 37 Mar 08) (18 to 18-017) | | ✓ |
| 19 | Patient File of Jessica Rogers, Means, KY (Counts 38 & 39 Mar 08) (19 to 19-023) | | ✓ |
| 20 | Patient File of Troy Roark, London, KY (Counts 40 & 41 Mar 09) (20 to 20-018) | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 21 | Barry Hinkle, Barbourville, KY (Count 42 Mar 10) (21 to 21-023) | | ✓ |
| 22 | Patient File of Jason Jarvis Mansfield, Ohio (Counts 43 & 44 Mar 10) (22 to 22-022) | | ✓ |
| 23 | Patient File of Sherry Fields, Lexington, KY (Counts 45 & 46 Mar 11) (23 to 23-022) | | ✓ |
| 24 | Patient File of Nancy Binion, Morehead, KY (Counts 47 & 48 Mar 14) (24 to 24-027) | | ✓ |
| 25 | Patient File of John Koenig, Moncks Corner, SC (Counts 49 & 50 Mar 15) (25 to 25-022) | | ✓ |
| | **Remaining Azmat Patient Files** | | |
| 26-1 | Patient File of James Douglas | | ✓ |
| 26-2 | Patient File of Mike Emmett | | ✓ |
| 26-3 | Patient File of Rodell Gillis | | ✓ |
| 26-4 | Patient File of Connie Griffin | | ✓ |
| 26-5 | Patient File of Bruce Kennedy | | ✓ |
| 26-6 | Patient File of Dustin McCray | | ✓ |
| 26-7 | Patient File of Kristin Phillips | | ✓ |
| 26-8 | Patient File of Craig Rogers | | ✓ |
| 26-9 | Patient File of Joe Sadler | | ✓ |
| 26-10 | Patient File of William Sadler | | ✓ |
| 26-11 | Patient File of Andrew Shaffer | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 26-12 | Patient File of Jeff Smith | | ✓ |
| 26-13 | Patient File of Phillip Smith | | ✓ |
| 26-14 | Patient File of Eric Thomas | | ✓ |
| 26-15 | Patient File of Michael Thomas | | ✓ |
| 26-16 | Patient File of Troy Vosaturo | | ✓ |
| 26-17 | Patient File of Leslie Willis | | ✓ |
| 26-18 | Patient File of Edward Wilson | | ✓ |
| 26-19 | Patient File of Wesley Wren | | ✓ |
| 26-20 | Patient File of Crystal Hatfield | | ✓ |
| 26-21 | Patient File of Michael Linton | | ✓ |
| 26-22 | Patient File of Wilson Lopez | | ✓ |
| 26-23 | Patient File of Stevie Spell | | ✓ |
| 27-1 | Patient File of Kenneth Allen, Jr. | | ✓ |
| 27-2 | Patient File of William Michael Allston, Jr. | | ✓ |
| 27-3 | Patient File of Miguel Almaraz | | ✓ |
| 27-4 | Patient File of Amy Anderson | | ✓ |
| 27-5 | Patient File of Tommy Anderson | | ✓ |
| 27-6 | Patient File of Jerry Anthony | | ✓ |
| 27-7 | Patient File of Doyle Arnold | | ✓ |
| 27-8 | Patient File of Valerie Arnold | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 27-9 | Patient File of Jimmy Au Yeung | | ✓ |
| 27-10 | Patient File of Darold Bachtell | | ✓ |
| 27-11 | Patient File of Lynn Bagley | | ✓ |
| 27-12 | Patient File of Ronald Bagley | | ✓ |
| 27-13 | Patient File of Gary Baker | | ✓ |
| 27-14 | Patient File of Oscar Baker | | ✓ |
| 27-15 | Patient File of Tammy Baker | | ✓ |
| 27-16 | Patient File of Willis Baker | | ✓ |
| 27-17 | Patient File of Gloria Banks | | ✓ |
| 27-18 | Patient File of Viettia Barnett | | ✓ |
| 27-19 | Patient File of Karen Belflower | | ✓ |
| 27-20 | Patient File of Robert Bennett | | ✓ |
| 27-21 | Patient File of Kevin Billiter | | ✓ |
| 27-22 | Patient File of Brian Binion | | ✓ |
| 27-23 | Patient File of Bruce Blankenship | | ✓ |
| 27-24 | Patient File of Russell Blankenship | | ✓ |
| 27-25 | Patient File of Charles Boatright | | ✓ |
| 27-26 | Patient File of Renee Boatwright | | ✓ |
| 27-27 | Patient File of Jason Bond | | ✓ |
| 27-28 | Patient File of Clifford Boney | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 27-29 | Patient File of Ronald Bottomley | | ✓ |
| 27-30 | Patient File of Donald Bowens | | ✓ |
| 27-31 | Patient File of Lee Boyles | | ✓ |
| 27-32 | Patient File of Shawn Bracken | | ✓ |
| 27-33 | Patient File of Amy Bragg | | ✓ |
| 27-34 | Patient File of Sabrina Breese | | ✓ |
| 27-35 | Patient File of Christopher Brockington | | ✓ |
| 27-36 | Patient File of Michael Brooks | | ✓ |
| 27-37 | Patient File of Adrian Brown | | ✓ |
| 27-38 | Patient File of Charles Brown | | ✓ |
| 27-39 | Patient File of Robert Brown | | ✓ |
| 27-40 | Patient File of Timothy Bryant | | ✓ |
| 27-41 | Patient File of Darlene Buckland | | ✓ |
| 27-42 | Patient File of Tony Bullock | | ✓ |
| 27-43 | Patient File of Michael Burke | | ✓ |
| 27-44 | Patient File of Tammy Burrows | | ✓ |
| 27-45 | Patient File of Norma Bush | | ✓ |
| 27-46 | Patient File of Roy Bush | | ✓ |
| 27-47 | Patient File of Thomas Butts | | ✓ |
| 27-48 | Patient File of Herbert Cameron | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
|  |  |  | ✓ |
| 27-50 | Patient File of Geneva Carroll |  | ✓ |
| 27-51 | Patient File of Randall Cason |  | ✓ |
| 27-52 | Patient File of Christina Chadwell |  | ✓ |
| 27-53 | Patient File of Billy Chatt |  | ✓ |
| 27-54 | Patient File of Joshua Coley |  | ✓ |
| 27-55 | Patient File of Aldo Combs |  | ✓ |
| 27-56 | Patient File of Brenda Couch |  | ✓ |
| 27-57 | Patient File of Glenn Crawford |  | ✓ |
| 27-58 | Patient File of Henry Crawford |  | ✓ |
| 27-59 | Patient File of Deborah Cress |  | ✓ |
| 27-60 | Patient File of Ryan Cress |  | ✓ |
| 27-61 | Patient File of David Crews |  | ✓ |
| 27-62 | Patient File of Billy Crow |  | ✓ |
| 27-63 | Patient File of David Davis |  | ✓ |
| 27-64 | Patient File of Jesse Davis |  | ✓ |
| 27-65 | Patient File of Latoya Davis |  | ✓ |
| 27-66 | Patient File of Cheryl Dossey |  | ✓ |
| 27-67 | Patient File of Cierra Doucet |  | ✓ |
| 27-68 | Patient File of Brandi Duncan |  | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 27-69 | Patient File of Clyde Dunn | | ✓ |
| 27-70 | Patient File of Michael Durden | | ✓ |
| 27-71 | Patient File of Anthony Elliot | | ✓ |
| 27-72 | Patient File of Joey Emory | | ✓ |
| 27-73 | Patient File of David Falin | | ✓ |
| 27-74 | Patient File of Michael Fanning | | ✓ |
| 27-75 | Patient File of Marcus Farmer | | ✓ |
| 27-76 | Patient File of Randy Farra | | ✓ |
| 27-77 | Patient File of Steven Fields | | ✓ |
| 27-78 | Patient File of Michelle Finney | | ✓ |
| 27-79 | Patient File of Steven Foster | | ✓ |
| 27-80 | Patient File of Robert Frazier | | ✓ |
| 27-81 | Patient File of Donald Fricker | | ✓ |
| 27-82 | Patient File of William Gibson | | ✓ |
| 27-83 | Patient File of John Glover | | ✓ |
| 27-84 | Patient File of Lexie Gordon | | ✓ |
| 27-85 | Patient File of John Green | | ✓ |
| 27-86 | Patient File of Lora Greer | | ✓ |
| 27-87 | Patient File of Tina Greer | | ✓ |
| 27-88 | Patient File of Sabrina Hanson | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 27-89 | Patient File of Neil Haysman | | ✓ |
| 27-90 | Patient File of Wanda Hembree | | ✓ |
| 27-91 | Patient File of Scott Heron | | ✓ |
| 27-92 | Patient File of Michael Holbrook | | ✓ |
| 27-93 | Patient File of Robert Hunter | | ✓ |
| 27-94 | Patient File of Jessie Hurley | | ✓ |
| 27-95 | Patient File of Bernard Hutchinson | | ✓ |
| 27-96 | Patient File of Joey Hysmith | | ✓ |
| 27-97 | Patient File of Donna Jacobs | | ✓ |
| 27-98 | Patient File of Marty Johns | | ✓ |
| 27-99 | Patient File of Avril Johnson | | ✓ |
| 27-100 | Patient File of Jessica Johnson | | ✓ |
| 27-101 | Patient File of Steven Johnson | | ✓ |
| 27-102 | Patient File of Jamie Johnston | | ✓ |
| 27-103 | Patient File of Tammie Jones | | ✓ |
| 27-104 | Patient File of Darren Kidd | | ✓ |
| 27-105 | Patient File of Tony Lambdin | | ✓ |
| 27-106 | Patient File of Billie Laws | | ✓ |
| 27-107 | Patient File of Eddie Lawson | | ✓ |
| 27-108 | Patient File of Timothy Lewis | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 27-109 | Patient File of Tiffany Lindsay | | ✓ |
| 27-110 | Patient File of Danny Linville | | ✓ |
| 27-111 | Patient File of John Litchfield, Jr. | | ✓ |
| 27-112 | Patient File of Raymond Lowman | | ✓ |
| 27-113 | Patient File of Leslie Manalo, II | | ✓ |
| 27-114 | Patient File of Lawrence Maner | | ✓ |
| 27-115 | Patient File of Carlos Mangum | | ✓ |
| 27-116 | Patient File of Danny Manley, Jr. | | ✓ |
| 27-117 | Patient File of Anthony Marcum | | ✓ |
| 27-118 | Patient File of Roy Marino | | ✓ |
| 27-119 | Patient File of Cresia Martin | | ✓ |
| 27-120 | Patient File of Emily Maurer | | ✓ |
| 27-121 | Patient File of Colleen McCoy | | ✓ |
| 27-122 | Patient File of Leland McCurdy | | ✓ |
| 27-123 | Patient File of Joseph McDonald | | ✓ |
| 27-124 | Patient File of Janice McIntosh | | ✓ |
| 27-125 | Patient File of Earnest McIntyre | | ✓ |
| 27-126 | Patient File of Jason McNabb | | ✓ |
| 27-127 | Patient File of Lonnie McVay | | ✓ |
| 27-128 | Patient File of Ryan Meere | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 27-129 | Patient File of Rochell Mercurio | | ✓ |
| 27-130 | Patient File of Howard Montgomery | | ✓ |
| 27-131 | Patient File of Marshall Moore | | ✓ |
| 27-132 | Patient File of Edward Mullins, Jr. | | ✓ |
| 27-133 | Patient File of Rodney Murphy | | ✓ |
| 27-134 | Patient File of Nathan Murrell | | ✓ |
| 27-135 | Patient File of Anthony Nipper | | ✓ |
| 27-136 | Patient File of Bobby Nipper | | ✓ |
| 27-137 | Patient File of Jamie Nipper | | ✓ |
| 27-138 | Patient File of Shannon Nipper | | ✓ |
| 27-139 | Patient File of Pamela Ogg | | ✓ |
| 27-140 | Patient File of Nathan Oiler | | ✓ |
| 27-141 | Patient File of Robert Owen | | ✓ |
| 27-142 | Patient File of Richard Phillips | | ✓ |
| 27-143 | Patient File of Shawna Price | | ✓ |
| 27-144 | Patient File of Timothy Pritchett | | ✓ |
| 27-145 | Patient File of Lloyd Quick | | ✓ |
| 27-146 | Patient File of Tammy Ray | | ✓ |
| 27-147 | Patient File of Donald Reynolds | | ✓ |
| 27-148 | Patient File of Aaron Roark | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 27-149 | Patient File of Amanda Scarboro | | ✓ |
| 27-150 | Patient File of Charles Scarboro | | ✓ |
| 27-151 | Patient File of Franklin Senters | | ✓ |
| 27-152 | Patient File of Brandy Sharamm | | ✓ |
| 27-153 | Patient File of Clinton Sheppard | | ✓ |
| 27-154 | Patient File of Doreen Sheppard | | ✓ |
| 27-155 | Patient File of Keith Shiver | | ✓ |
| 27-156 | Patient File of Cynthia Shovan | | ✓ |
| 27-157 | Patient File of Darrin Shurling | | ✓ |
| 27-158 | Patient File of Carl Smith | | ✓ |
| 27-159 | Patient File of Gary Smith | | ✓ |
| 27-160 | Patient File of Gerald Smith | | ✓ |
| 27-161 | Patient File of James E Smith | | ✓ |
| 27-162 | Patient File of James R. Smith | | ✓ |
| 27-163 | Patient File of Linda Smith | | ✓ |
| 27-164 | Patient File of Ronald Smith | | ✓ |
| 27-165 | Patient File of Timothy Smith | | ✓ |
| 27-166 | Patient File of Daniel Smoak | | ✓ |
| 27-167 | Patient File of Shanna Smock | | ✓ |
| 27-168 | Patient File of Cassandra Sticker | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 27-169 | Patient File of Blair Swann | | ✓ |
| 27-170 | Patient File of Pamela Tate | | ✓ |
| 27-171 | Patient File of Jerry Taylor | | ✓ |
| 27-172 | Patient File of Richard Taylor | | ✓ |
| 27-173 | Patient File of Riley Teston | | ✓ |
| 27-174 | Patient File of Samantha Teston | | ✓ |
| 27-175 | Patient File of Anne Underwood | | ✓ |
| 27-176 | Patient File of Danny Vasquez | | ✓ |
| 27-177 | Patient File of Melissa Vasquez | | ✓ |
| 27-178 | Patient File of Steven Volpe | | ✓ |
| 27-179 | Patient File of Sheri Walden | | ✓ |
| 27-180 | Patient File of Charles Ward | | ✓ |
| 27-181 | Patient File of Jonathan Waters | | ✓ |
| 27-182 | Patient File of Jason Lee Way | | ✓ |
| 27-183 | Patient File of Traci Whitehead | | ✓ |
| 27-184 | Patient File of John Widener | | ✓ |
| 27-185 | Patient File of Catherine Wilkins | | ✓ |
| 27-186 | Patient File of Bobby Williams | | ✓ |
| 27-187 | Patient File of Kathleen Williams | | ✓ |
| 27-188 | Patient File of Delbert Willson | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 27-189 | Patient File of Kenneth Wireman, Jr. | | ✓ |
| 27-190 | Patient File of Daniel Yates | | ✓ |
| 27-191 | Patient File of Rachel Young | | ✓ |
| | **Photographs of East Health Center** | | |
| 28-1 | Photograph of Adelard ("Al") LeFrancois | | ✓ |
| 28-2 | Photograph of Sean Clark | | ✓ |
| 28-3 | Photograph of Exterior of East Health Center | | ✓ |
| 28-4 | Photograph of Waiting Area of East Health Center Showing Reception Window | | ✓ |
| 28-5 | Photograph of Waiting Area of East Health Center showing Patients and Signs on Wall | | ✓ |
| 28-5A | Photograph of Sign on Wall (No Oxycontin, etc) | | ✓ |
| 28-6 | Photograph of Surveillance Warning and No Smoking Rules at East Health Center | | ✓ |
| 28-7 | Photograph of "No Refunds" Sign and No Smoking Rules at East Health Center | | ✓ |
| 28-8 | Photograph of Lobby Exit Door and "No Refunds" Sign | | ✓ |
| 28-9 | Photograph of "No Refunds" Sign | | ✓ |
| 28-10 | Photograph of Waiting Area showing "24 Hour Camera Surveillance" Sign | | ✓ |
| 28-11 | Photograph of Exit Door showing "24 Hour Camera Surveillance" Sign | | ✓ |
| 28-12 | Photograph of Exit Door showing "24 Hour Camera Surveillance" Sign (Second View) | | ✓ |
| 28-13 | Photograph of Corridor | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 28-14 | Photograph of Surveillance Camera above Reception Window | | ✓ |
| 28-15 | Photograph of Front Window showing Interior and Exterior Surveillance Cameras | | ✓ |
| 28-16 | Photograph of Exterior showing Surveillance Camera | | ✓ |
| 28-17 | Photograph of Exterior showing Surveillance Camera at Corner of Building | | ✓ |
| 28-18 | Photograph of Surveillance System and Monitor | | ✓ |
| 28-19 | Photograph of Building Diagram | | ✓ |
| 28-20 | Photograph of Examination Room (1) | | ✓ |
| 28-21 | Photograph of Examination Room (2) | | ✓ |
| 28-22 | Photograph of Examination Room (3) | | ✓ |
| 28-23 | Photograph of Examination Room (4) | | ✓ |
| 28-24 | Photograph of File Room | | ✓ |
| 28-25 | Photograph of Kitchen | | ✓ |
| 28-26 | Photograph of Closet | | ✓ |
| 28-27 | Photograph of Bathroom | | ✓ |
| 28-28 | Photograph of Cleaning Supplies | | ✓ |
| 28-29 | Photograph of Scales and Bottled Water | | ✓ |
| 28-30 | Photograph of Large Safe | | ✓ |
| 28-31 | Photograph of Pill Bottles in Containers next to Large Safe | | ✓ |
| 28-32 | Photograph of Interior of Large Safe | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 28-33 | Photograph of Interior of Large Safe (2) | | ✓ |
| 28-34 | Photograph of Small Safe under Desk | | ✓ |
| 28-35 | Photograph of Boxes on Shelf "Medical Technology Supplies" | | ✓ |
| 28-36 | Photograph of Box (Close-Up) | | ✓ |
| 28-37 | Photograph of Interior of Box showing Pill Vials | | ✓ |
| | **Items seized from East Health Center on May 26, 2011** | | |
| 29-1 | Black Binder labeled "Patient Logs" | | ✓ |
| 29-1A | Selected documents from Exhibit 29 pertaining to Azmat Patients (29-1A to 29-1A-051) | | ✓ |
| 29-2 | Cash Audit Reports – East Health Center | | ✓ |
| 29-2A | Selected documents from Exhibit 29 pertaining to term of Azmat employment (29-2A-050) | | ✓ |
| 29-3 | Checkbook seized from East Health Center | | ✓ |
| 29-4 | Black Binder labeled "Credit Card Receipts" (showing some patients paid with credit card) | | ✓ |
| 29-5 | Surveillance Video seized from East Health Center (DEA Exhibit N-22) | | ✓ |
| 29-5A-1 | Still Frame picture of Dan Wise counting money | | ✓ |
| 29-5A-2 | Still Frame picture of waiting area of East Health Center | | ✓ |
| 29-5A-3 | Still Frame picture of patients at reception window | | ✓ |
| 29-5A-4 | Still Frame picture of patients outside of East Health Center | | ✓ |
| 29-5A-5 | Still Frame picture of patients at opening time | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 29-5A-6 | Still Frame picture of Afthinos and woman counting money | | ✓ |
| 29-5A-7 | Still Frame picture of male working at desk with money on floor | | ✓ |
| 29-5A-8 | Still Frame picture of Dan Wise and woman counting money | | ✓ |
| 29-5A-9 | Still Frame picture of reception area with various employees | | ✓ |
| 29-5A-10 | Still Frame picture showing patients, including Nancy Binion. | | ✓ |
| | **Items from Mizner Park Office (May 26, 2011)** | | |
| 30-1 | Notebook labeled "Cash Audit and End of Day Reports" (Duplicates Exhibit 29-1) | | ✓ |
| 30-2 | Copy of East Health Center Lease | | ✓ |
| 30-3 | Folder with Bank Records | | ✓ |
| 30-4<br>30-4-2 | Craigslist Ads dated 1-20-2011 and 1-21-2011 | | ✓ |
| 30-5 | Certified Copy of Certificate of Organization, East Health Center, LLC | ✓ | ✓ |
| | | | |
| | **Summary Charts** | | |
| 31-1 | Summary Graphic Chart - Patients by State (All Azmat Patients) | | ✓ |
| 31-2 | Summary Chart – Patients by State (Substantive Counts) | | ✓ |
| 31-3 | Summary Chart-MRIs by State (All Azmat Patients) | | ✓ |
| 31-4 | Summary Chart – MRIs by State (Substantive Counts) | | ✓ |
| 31-5 | Summary Chart-Patients by Age Group | | ✓ |
| 31-6 | Summary Chart- Percentage of Oxycodone Prescriptions | | ✓ |

| NUMBER | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 31-7 | Summary Chart – Home States of Patients of Azmat | | ✓ |
| 31-8 | Summary Data Chart - Master List of All Azmat Patients showing name, address, DOB, MRI Facility and whether prescribed medication | | ✓ |
| 31-9 | Summary Data Chart - – Master List of prescriptions issued by Azmat (Name Address, visit date, drug prescribed, mg, quantity And schedule) | | ✓ |
| 31-10 | Summary Data Chart – List of Patients by Visit Date (name, address, visit date) | | ✓ |
| 31-11 | Summary Data Chart – Summary of Azmat Patients (substantive counts) showing name, address, DOB and MRI | | ✓ |
| 32 | Certification of Lack of Record- Najam Azmat 2011 | | ✓ |
| 33A | Azmat Medical License | | |
| 33B | Azmat DEA Registration | | |
| | **Plea Agreements** | | |
| 34-1 | Plea Agreement of Konstantinos Afthinos | | ✓ |
| 34-2 | Plea Agreement of Francis Barbuscia | | ✓ |
| 34-3 | Plea Agreement of Sean Clark | | ✓ |
| 34-4 | Plea Agreement of Dr. Kenneth Gossett | | ✓ |
| 34-5 | Plea Agreement of Adelard LeFrancois | | ✓ |
| 34-6 | Plea Agreement of Daniel John Wise | | ✓ |
| 35 | Advertising Placard "Pain Management" | | ✓ |