GAS 187(Rev. 9/03)

## EXHIBIT AND WITNESS LIST - CONTINUATION

UNITED STATES OF AMERICA

V.

DR. NAJAM AZMAT

CASE NUMBER: 4:13-CR-028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | ✓ | | Dr. Kennedy's report of Nancy Binion USAO-002860 |
| | 2 | | ✓ | | Dr Kennedy's report off Nancy Binion USAO-002861 |
| | 3 | | | | Medical record of Nancy Binion USAO-002866 |
| | 4 | | | | Medical record of Nancy Binion USAO-002869 |
| | 5 | | | | Medical record of Nancy Binion USAO-002874 |
| | 6 | | | | Medical record of Nancy Binion USAO-002881 |
| | 7 | | | | Medical record of Nancy Binion USAO-002884 |
| | 8 | | | | Medical record of Nancy Binion USAO-002888 |
| | 9 | | | | Dr Kennedy's report of Joseph Bradley USAO-002585 |
| | 10 | | | | Medical records of Joseph Bradley USAO-002588 |
| | 11 | | X | ✓ | Medical records of Joseph Bradley USAO-002597 |
| | 12 | | | | Medical records of Joseph Bradley USAO-002598 |
| | 13 | | | | Medical records of Joseph Bradley USAO-002600 |
| | 14 | | | | Medical records of Joseph Bradley USAO-002601 |
| | 15 | | | | Medical records of Joseph Bradley USAO-002602 |
| | 16 | | ✓ | | Dr Kennedy's report of Jim Brooks USAO-002336 |
| | 17 | | ✓ | | Dr Kennedy's report of Jim Brooks USAO-002337 |
| | 18 | | | | Medical record of Jim Brooks USAO-002340 |
| | 19 | | | | Medical record of Jim Brooks USAO-002350 |
| | 20 | | | | Dr. Kenney's report of Carlie Cole USAO-002475 |
| | 21 | | ✓ | | Dr. Kenney's report of Carlie Cole USAO-002476 |
| | 22 | | | | Medical records of Carlie Cole USAO-002478 |
| | 23 | | | | Medical records of Carlie Cole USAO-002487 |
| | 24 | | X | ✓ | Medical records of Carlie Cole USAO-002488 |
| | 25 | | X | ✓ | Medical records of Carlie Cole USAO-002489 |
| | 26 | | | | Medical records of Carlie Cole USAO-002490 |
| | 27 | | X | ✓ | Medical records of Carlie Cole USAO-002491 |

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
M
11 3 20__
Deputy Clerk

GAS 187(Rev. 9/03)  **EXHIBIT AND WITNESS LIST - CONTINUATION**

UNITED STATES OF AMERICA  V.  DR. NAJAM AZMAT

CASE NUMBER: 4:13-cr028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 28 | | | | Medical records of Carlie Cole USAO-002492 |
| | 29 | | ✓ | | Dr. Kenney report of Paul Cole USAO-002494 |
| | 30 | | | | Medical records of Paul Cole USAO-002506 |
| | 31 | | X | ✓ | Medical records of Paul Cole USAO-002507 |
| | 32 | | X | ✓ | Medical records of Paul Cole USAO-002508 |
| | 33 | | | | Medical records of Paul Cole USAO-002510 |
| | 34 | | | | Medical records of Paul Cole USAO-002511 |
| | 35 | | | | Medical records of Christopher Conkel USAO-002669 |
| | 36 | | X | ✓ | Medical records of Christopher Conkel USAO-002682 |
| | 37 | | | | Medical records of Christopher Conkel USAO-002683 |
| | 38 | | | | Medical records of Christopher Conkel USAO-002685 |
| | 39 | | | | Medical records of Gary Evans USAO-002638 |
| | 40 | | | | Medical records of Gary Evans USAO-002639 |
| | 41 | | X | ✓ | Medical records of Gary Evans USAO-002653 |
| | 43 | | | | Medical records of Gary Evans USAO-002654 |
| | 43 | | X | ✓ | Medical records of Gary Evans USAO-002657 |
| | 44 | | | | Medical records of Gary Evans USAO-002660 |
| | 45 | | | | Medical records of Gary Evans USAO-002669 |
| | 46 | | | | Medical records of Gary Evans USAO-002682 |
| | 47 | | | | Medical records of Gary Evans USAO-002683 |
| | 48 | | | | Medical records of Gary Evans USAO-002685 |
| | 49 | | ✓ | | Dr. Kennedy's report of Sherry Fields USAO-002837 |
| | 50 | | | | Medical record of Sherry Fields USAO-002839 |
| | 51 | | | | Medical record of Sherry Fields USAO-002840 |
| | 52 | | | | Medical record of Sherry Fields USAO-002841 |
| | 53 | | X | ✓ | Medical record of Sherry Fields USAO-002852 |
| | 54 | | | | Medical record of Sherry Fields USAO-002853 |

GAS 187(Rev. 9/03)

## EXHIBIT AND WITNESS LIST - CONTINUATION

UNITED STATES OF
AMERICA

V.

DR. NAJAM AZMAT

CASE NUMBER: 4:13-cr028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 55 | | | | Medical record of Sherry Fields USAO-002856 |
| | 56 | | | | Medical record of Sherry Fields USAO-002859 |
| | 57 | | ✓ | | Dr. Kennedy's report of James Gable USAO-002605 |
| | 58 | | | | Medical record of James Gable USAO-002612 |
| | 59 | | | | Medical record of James Gable USAO-002624 |
| | 60 | | | | Medical record of James Gable USAO-002625 |
| | 61 | | X | ✓ | Medical record of James Gable USAO-002628 |
| | 62 | | | | Medical record of James Gable USAO-002633 |
| | 63 | | | | Medical record of James Gable USAO-002634 |
| | 64 | | | | Dr. Kennedy's report of Tyrice Harris USAO-002513 |
| | 65 | | | | Medical record of Tyrice Harris USAO-002516 |
| | 66 | | | | Medical record of Tyrice Harris USAO-002518 |
| | 67 | | | | Medical record of Tyrice Harris USAO-002525 |
| | 68 | | | | Medical record of Tyrice Harris USAO-002528 |
| | 69 | | ✓ | | Dr. Kennedy report of Barry Hinkle USAO-002786 |
| | 70 | | | | Medial record of Barry Hinkle USAO-002790 |
| | 71 | | | | Medial record of Barry Hinkle USAO-002802 |
| | 72 | | X | ✓ | Medial record of Barry Hinkle USAO-002803 |
| | 73 | | | | Medial record of Barry Hinkle USAO-002807 |
| | 74 | | | | Medial record of Barry Hinkle USAO-002809 |
| | 75 | | | | Dr. Kennedy's report of George Hunter USAO-002358 |
| | 76 | | ✓ | | Medical record of George Hunter USAO-002358 |
| | 77 | | | | Medical records of George Hunter USAO-002361-002368 |
| | 78 | | X | ✓ | Medical record of George Hunter USAO-002370 |
| | 79 | | X | ✓ | Medical record of George Hunter USAO-002371 |
| | 80 | | | | Dr. Kennedy's report of Jason Jarvis USAO-002811 |
| | 81 | | | | Dr. Kennedy's report of Jason Jarvis USAO-002812 |

GAS 187(Rev. 9/03)

## EXHIBIT AND WITNESS LIST - CONTINUATION

UNITED STATES OF AMERICA

v.

DR. NAJAM AZMAT

CASE NUMBER:  4:13-cr028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 82 | | | | Medical record of Jason Jarvis USAO-002815 |
| | 83 | | | | Medical record of Jason Jarvis USAO-002816 |
| | 84 | | | | Medical record of Jason Jarvis USAO-002827 |
| | 85 | | ✗ | ✓ | Medical record of Jason Jarvis USAO-002828 |
| | 86 | | | | Medical record of Jason Jarvis USAO-002830 |
| | 87 | | | | Medical record of Jason Jarvis USAO-002833 |
| | 88 | | | | Medical record of Jason Jarvis USAO-002834 |
| | 89 | | | | Dr. Kennedy's report of John Koenig USAO-002891 |
| | 90 | | | | Medical record of John Koenig USAO-002895 |
| | 91 | | ✗ | ✓ | Medical record of John Koenig USAO-002906 |
| | 92 | | | | Medical record of John Koenig USAO-002907 - 002910 |
| | 93 | | | | Medical record of John Koenig USAO-002912 |
| | 94 | | | | Medical record of John Koenig USAO-002913 |
| | 95 | | | | Medical record of Billy Letner USAO-002373 |
| | 96 | | | | Dr. Kennedy report of Billy Letner USAO-002376 |
| | 97 | | ✓ | | Dr. Kennedy report of Billy Letner USAO-002377 |
| | 98 | | | | Medical record of Billy Letner USAO-002379 |
| | 99 | | | | Medical record of Billy Letner USAO-002380 |
| | 100 | | | | Medical record of Billy Letner USAO-002388 |
| | 101 | | | | Medical record of Billy Letner USAO-002389 |
| | 102 | | | | Medical record of Billy Letner USAO-002392 |
| | 103 | | | | Dr. Kenney's report of David Letner USAO-003826 |
| | 104 | | ✓ | | Dr. Kenney's report of David Letner USAO-003827 |
| | 105 | | | | Medical record of David Letner USAO-002411 |
| | 106 | | | | Medical record of David Letner USAO-002420 |
| | 107 | | ✗ | ✓ | Medical record of David Letner USAO-002421 |
| | 108 | | | | Medical record of David Letner USAO-002422 |

GAS 187(Rev. 9/03)

## EXHIBIT AND WITNESS LIST - CONTINUATION

UNITED STATES OF AMERICA

v.   DR. NAJAM AZMAT

CASE NUMBER: 4:13-cr028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 109 | | | | Medical record of David Letner USAO-002423 |
| | 110 | | | | Medical record of David Letner USAO-002424 |
| | 111 | | | | Medical record of David Letner USAO-002425 |
| | 112 | | | | Medical record of David Letner USAO-002428 |
| | 113 | | ✓ | | Dr. Kennedy's report of Kim Letner USAO-003822 |
| | 114 | | | | Dr. Kennedy's report of Kim Letner USAO-003823 |
| | 115 | | | | Dr. Kennedy's report of Kim Letner USAO-003824 |
| | 116 | | | | Medical record for Kim Letner USAO-002395 |
| | 117 | | | | Medical record for Kim Letner USAO-002397 |
| | 118 | | | | Medical record for Kim Letner USAO-002404 |
| | 119 | | | | Medical record for Kim Letner USAO-002405 |
| | 120 | | | | Medical record for Kim Letner USAO-002408 |
| | 121 | | ✓ | | Dr. Kennedy's report of James Lockwood USAO-002454 |
| | 122 | | | | Medical record of James Lockwood USAO-002458 |
| | 123 | | | | Medical record of James Lockwood USAO-002468 |
| | 124 | | | | Medical record of James Lockwood USAO-002469 |
| | 125 | | | | Medical record of James Lockwood USAO-002472 |
| | 126 | | ✓ | | Dr. Kennedy's report of Joshua Merryman USAO-002692 |
| | 127 | | | | Dr. Kennedy's report of Joshua Merryman USAO-002693 |
| | 128 | | | | Medical record of Joshua Merryman USAO-002698 |
| | 129 | | | | Medical record of Joshua Merryman USAO-002710 |
| | 130 | | | | Medical record of Joshua Merryman USAO-002712 |
| | 131 | | | | Medical record of Joshua Merryman USAO-002715 |
| | 132 | | | | Medical record of Joshua Merryman USAO-002718 |
| | 133 | | ✓ | | Dr. Kennedy's report of Dannelle Perry USAO-002532 |
| | 134 | | | | Medical records of Dannelle Perry USAO-002535 |
| | 135 | | | | Medical records of Dannelle Perry USAO-002544 |

GAS 187(Rev. 9/03)          EXHIBIT AND WITNESS LIST - CONTINUATION

UNITED STATES OF AMERICA          v.          DR. NAJAM AZMAT

CASE NUMBER: 4:13-cr028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 136 | | | | Medical records of Dannelle Perry USAO-002548 |
| | 137 | | ✓ | | Dr. Kennedy's report of Patricia Rhorer USAO-002722 |
| | 138 | | | | Medical record of Patricia Rhoerer USAO-002724 |
| | 139 | | | | Medical record of Patricia Rhoerer USAO-002733 |
| | 140 | | ✗ | ✓ | Medical record of Patricia Rhoerer USAO-002734 |
| | 141 | | | | Medical record of Patricia Rhoerer USAO-002738 |
| | 142 | | | | Dr. Kennedy's report of Troy Roark USAO-002766 |
| | 143 | | | | Medical record of Troy Roark USAO-002768 |
| | 144 | | ✗ | ✓ | Medical record of Troy Roark USAO-002777 |
| | 145 | | | | Medical record of Troy Roark USAO-002779 |
| | 146 | | ✗ | ✓ | Medical record of Troy Roark USAO-002780 |
| | 147 | | | | Medical record of Jessica Rogers USAO-002746 |
| | 148 | | | | Medical record of Jessica Rogers USAO-002747 |
| | 149 | | | | Medical record of Jessica Rogers USAO-002760 |
| | 150 | | | | Medical record of Jessica Rogers USAO-002763 |
| | 151 | | | | Medical record of Latina Simpson USAO-002435 |
| | 152 | | | | Medical record of Latina Simpson USAO-002445 |
| | 153 | | | | Medical record of Latina Simpson USAO-002451 |
| | 154 | | | | Medical record of Brian Smith USAO-002554 |
| | 155 | | | | Medical record of Brian Smith USAO-002555 |
| | 156 | | | | Medical record of Brian Smith USAO-002558 |
| | 157 | | | | Medical record of Brian Smith USAO-002559 |
| | 158 | | | | Medical record of Brian Smith USAO-002563-002564 |
| | 159 | | | | Medical record of Brian Smith USAO-002565 |
| | 160 | | | | Medical record of Brian Smith USAO-002571 |
| | 161 | | | | Medical record of Brian Smith USAO-002572 |
| | 162 | | | | CD containing Tyran/Azmat audio |

GAS 187(Rev. 9/03)

## EXHIBIT AND WITNESS LIST - CONTINUATION

UNITED STATES OF AMERICA

V.   DR. NAJAM AZMAT

CASE NUMBER: 4:13-cr028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 163 | | | | East Health Center medical records for Charles W. Ward |
| | 164 | | | | East Health Center medical records for Amanda Scarboro |
| | 165 | | | | East Health Center medical records for Donald Reynolds |
| | 166 | | | | East Health Center medical records for John W. Litchfield |
| | 167 | | | | East Health Center medical records for Bill Laws |
| | 168 | | | | East Health Center medical records for Jesse Davis |
| | 169 | | | | East Health Center medical records for Vicki L. Beeler |
| | 170 | | | | East Health Center medical records for Doyle G. Arnold |
| | 171 | | ✔ | | Continuous email to/from Al LeFrancois and Gary Holden dated Feb & March 201 |
| | 172 | | | | Chart of payments for East Health Center dated 3/25/2011 |
| | 173 | | | | Email dated 3/2/2011 to sc3377@aol.com  from Al LeFrancois @ East Health Cent |
| | 174 | | | | Email dated 3/4/2011 to "David" from  from Al LeFrancois @ East Health Center |
| | 175 | | | | Email dated 3/7/2011 from Craigslist removing post |
| | 176 | | | | Email dated 3/9/2011 to "jennifer gonzalez"  from Al LeFrancois @ East Health Ce |
| | 177 | | | | Email dated 3/10/2011 to Patrick Burns from Al LeFrancois @ East Health Center |
| | 178 | | | ✔ | Email dated 3/3/2011 from Hutch Hutchins to Al LeFrancois, together with Medica |
| | 179 | | | | Email dated Feb. 2011 to/from Dr. Najam Azmat to/from Sean Clark re: Pain Physi |
| | 180 | | | | Criminal records of Frank Barbuscia from Broward County Florida records |
| | 181 | | | | Criminal records of Frank Barbuscia from Kings City, NY records |
| | 182 | | | | Criminal records of Joseph T. Bradley from Clay County Florida |
| | 183 | | | | Criminal records of Joseph T. Bradley from St. John's County Florida |
| | 184 | | | | Criminal records of David C. Carter from Superior Ct Effingham County, Georgia |
| | 185 | | | | Criminal records of David C. Carter from State Ct. Effingham County Georgia |
| | 186 | | | | Criminal records of Sean Clark from Palm Beach County Florida |
| | 187 | | | | Criminal records of Sean Clark from Broward County, Florida |
| | 188 | | | | Criminal records of Phillip C. Crain from Hamilton County, Tennessee |
| | 189 | | | | Criminal records of Phillip C. Crain from Laurel County, Kentucky |

GAS 187(Rev. 9/03)

## EXHIBIT AND WITNESS LIST - CONTINUATION

UNITED STATES OF
AMERICA

V.

DR. NAJAM AZMAT

CASE NUMBER: 4:13-cr028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 190 | | | | Criminal records of Phillip C. Crain from Oldham County, Kentucky |
| | 191 | | | | Criminal records of Phillip C. Crain from Whitley County, Kentucky |
| | 192 | | | | Criminal records of Phillip C. Crain from Franklin County, Kentucky |
| | 193 | | | | Arrest Warrant from South Carolina for James Gable |
| | 194 | | | | Criminal records of Cameron B. Hagan from Effingham County Georgia records |
| | 195 | | | | Criminal records of Adelaro LeFrancois, III from Palm Beach County, Florida |
| | 196 | | | | Criminal records of Adelaro LeFrancois III from Dade County, Florida |
| | 197 | | | | Criminal records for David Letner from Hamilton County, Florida (Information) |
| | 198 | | | | Criminal records for David Letner from Hamilton County, Florida (Order) |
| | 199 | | | | Criminal records of David A. Letner from Lowndes County Georgia records |
| | 200 | | | | Criminal records of David A. Letner from Jasper County South Carolina records |
| | 201 | | | | Criminal records of Joshua W. Merryman from Franklin County, Ohio |
| | 202 | | | | Chatham County Indictment for Antwain J. Newton |
| | 203 | | | | Chatham County Accusation for Antwain J. Newton |
| | 204 | | | | Criminal records of Gerald A. Smith from Brantley County, Georgia |
| | 205 | | | | Criminal records of Gerald A. Smith from Superior Ct. Glynn County, Georgia |
| | 206 | | | | Criminal records of Gerald A. Smith from State Glynn County, Georgia |
| | 207 | | | | Criminal records of Morris Stephens from Clay County, Florida |
| | 208 | | | | Criminal records of Morris Stephens from Duval County, Florida |
| | 209 | | | | Criminal records from Gwinnett County, Georgia for John Wise |
| | 210 | | | | Criminal records from Gwinnett County, Georgia for John Wise |
| | 211 | | | | Criminal records of John Wise from Palm Beach County, Florida |
| | 212 | | | | Medical records of Brian Loomis (16 pages) |
| | 213 | | | ✔ | Alabama Board of Medical Examiners Order on Kenneth T. Gossett |
| | 214 | | | | Daily Cash Audit Report dated 3/25/2011 |
| | 215 | | | | Chart of payments for East Health Center dated 3/25/2011 |
| | 216 | | | | Email from Al LeFrancois to <adel.lizama@gmail.com> dated April 3, 2011 @ 8:3 |

GAS 187(Rev. 9/03)          EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America          Dr. Najam Azmat
                            V.

                                    CASE NUMBER:  4:13-cr-028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 217 | | | | Email from Al LeFrancois to <adel.lizama@gmail.com> dated April 4, 2011 @ 8:1 |
| | 218 | | | | National Rx Security, Inc. Prescription Pad Order form dated 2-17-2011 |
| | 219 | | | | Certificate of Lack of Records for Dr. Zdanowicz at Harvard Medical School |
| | 220 | | | | Course descriptions and syllabus for Dr. Zdanowicz from South University from 20 |
| | 221 | | | | Course descriptions and syllabus from University of Miami from 2013 to present |
| | 222 | | | | Composite State Board of Medical Examiners Physician Profile for G. Kennedy |
| | 223 | | | | AAFP Physician Expert Witness Guidline |
| | 224 | | | | American Academy of Pain Management Credentiality |
| | 225 | | | | American Academy of Pain Management - Pain Issues - Pain is an Epidemic |
| | 226 | | | | AMA Opinion 7.02 - Records of Physician: Information and Patients |
| | 227 | | | | Patient Medical Chart |
| | 228 | | | | Dr. Zdanowicz Summary of Patient Chart USAO006-05 |
| | 229 | | | | Dr. Zdanowicz Summary of Patient Chart USAO006906 |
| | 230 | | | | Dr. Zdanowicz CV USAO006915 |
| | 231 | | | | Dr. Zdanowicz CVUSAO 006918 |
| | 232 | | | | Thomas Simopoulos CV |
| | 233 | | | | Chart of Terms |
| | 234 | | | | A. LeFrancois Information |
| | 235 | | | | Govt Motion to Delay Sentencing for A. LeFrancois |
| | 236 | | | | A. LeFrancois plea agreement |
| | 237 | | | | LeFrancois docket sheet |
| | 238 | | | | LeFrancois proffer letter |
| | 239 | | | | Clay County Press Release |
| | 240 | | | | F. Barbuscia Information |
| | 241 | | | | F. Barbuscia plea agreement |
| | 242 | | | | F. Barbuscia Penalty Certificate |
| | 243 | | | | Sean Clark Information |

GAS 187(Rev. 9/03)  EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America

V.  Dr. Najam Azmat

CASE NUMBER: 4:13-cr-028

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 244 | | | | Sean Clark Information |
| | 245 | | | | Sean Clark Plea agreement |
| | 246 | | | | Daniel Wise proffer letter |
| | 247 | | | | Daniel Wise plea agreement |
| | 248 | | | | Daniel Wise penalty Certification |
| | 249 | | | | Konstantinos Afthinos plea agreement |
| | 250 | | | | Konstantinos Afthinos Motion to Delay Sentencing |
| | 251 | | | | Konstantinos Afthinos Information |
| | 252 | | | | Konstantinos Afthinos docket sheet |
| | 253 | | | | Konstantinos Afthinos proffer letter |
| | 254 | | | | Daniel Wise Information |
| | 255 | | X | ✓ | medical record of John Koenig USAO-002909 |
| | 256 | | | | Dr. Kennedy report USAO-002892 |
| | 257 | | | | George Hunter drug screen |
| | 258 | | | | Dr. Martin Zdanowicz CV USAO-006915 |
| | 259 | | | | Dr. Martin Zdanowicz CV |
| | 260 | | | | Dr. Martin Zdanowicz CV |
| | 261 | | | ✓ | K. Gossett Alabama Surrender of License |
| | 262 | | ✓ | | Jessica Rogers |
| | 263 | | | | PAtients files 1-25 |
| | 264 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |