# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28    DATE 1/17/14
TITLE USA V. NAJAM AZMAT
TIMES 9:08 - 2:54    TOTAL 5 hrs. 46 Min.

Honorable: William T. Moore, Jr., U. S. District Court Judge    Courtroom Deputy: Jennifer Bodaford
Court Reporter: Marie Cowart    Interpreter:

Attorney for Government    Attorney for Defendant(s)    Defendant(s)
KARL KNOCHE    THOMAS WITHERS
GREG GILLULY, JR.

PROCEEDINGS: JURY TRIAL    ☑ In Court    ☐ In Chambers

9:08 Court opens

Closing arguments:
  Government: 9:11 - 9:44
  Defendant:  9:44 - 10:25
Recess: 10:25 - 10:35
  Rebuttal:   10:36 - 10:57

Court instructions to the jury: 10:58 - 11:35

Alternates called: 11:32
Motion for acquittal is denied
Jurors sent to deliberate: 11:35 - 11:42
Alternate jurors excused with thanks from the Court: 11:37
Defendant puts objections to the charges on the record: 11:43 - 11:44; noted
1:27 - 1:30 Jury question #1 and #2

(Rev 7/2003)    GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR413-28                                  DATE 1/17/14

TITLE USA V. NAJAM AZMAT

PROCEEDINGS (continued): JURY TRIAL

2:26  Jurors return to Court
2:28 - 2:30  Verdict read
2:30 - 2:32  Verdict published
Court accepts verdict and finds defendant guilty
2:34 - 2:35  Court addresses defendant re:  appeal
2:35 - 2:45  Jurors excused with thanks from the Court
2:46 - 2:54  Court addresses parties re:  bond
Defendant is remanded to the custody of the USM.
2:54  Court adjourned