IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
1/17 20 14
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs.  ) | Case No. CR413-28 |
| ) | |
| NAJAM AZMAT, ) | |
| ) | |
| Defendant, ) | |

### O R D E R

The jury selected for the trial of this case set forth above was provided its regular meals from a place appropriate for the feeding of juries. The Clerk of the Southern District of Georgia is hereby ordered, pursuant to the provisions of 28 U.S.C. § 1871, to disburse to the establishment which provided the meal the sum so billed.

**SO ORDERED** this _17th_ day of January 2014.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA