IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR413-28 |
| | ) | |
| NAJAM AZMAT, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT, NAJAM AZMAT

_Guilty_ AS TO COUNT ONE.

_Guilty_ AS TO COUNT TWO.

_Guilty_ AS TO COUNT THREE.

_Guilty_ AS TO COUNT FOUR.

_Guilty_ AS TO COUNT FIVE.

_Guilty_ AS TO COUNT SIX.

_Guilty_ AS TO COUNT SEVEN.

_Guilty_ AS TO COUNT EIGHT.

_Guilty_ AS TO COUNT NINE.

_Guilty_ AS TO COUNT TEN.

_Guilty_ AS TO COUNT ELEVEN.

_Guilty_ AS TO COUNT TWELVE.

_Guilty_ AS TO COUNT THIRTEEN.

_Guilty_ AS TO COUNT FOURTEEN.

_Guilty_ AS TO COUNT FIFTEEN.

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____ M
1/17  20 14
_____
Deputy Clerk

__Guilty__ AS TO COUNT SIXTEEN.
__Guilty__ AS TO COUNT SEVENTEEN.
__Guilty__ AS TO COUNT EIGHTEEN.
__Guilty__ AS TO COUNT NINETEEN.
__Guilty__ AS TO COUNT TWENTY.
__Guilty__ AS TO COUNT TWENTY-ONE.
__Guilty__ AS TO COUNT TWENTY-TWO.
__Guilty__ AS TO COUNT TWENTY-THREE.
__Guilty__ AS TO COUNT TWENTY-FOUR.
__Guilty__ AS TO COUNT TWENTY-FIVE.
__Guilty__ AS TO COUNT TWENTY-SIX.
__Guilty__ AS TO COUNT TWENTY-SEVEN.
__Guilty__ AS TO COUNT TWENTY-EIGHT.
__Guilty__ AS TO COUNT TWENTY-NINE.
__Guilty__ AS TO COUNT THIRTY.
__Guilty__ AS TO COUNT THIRTY-ONE.
__Guilty__ AS TO COUNT THIRTY-TWO.
__Guilty__ AS TO COUNT THIRTY-THREE.
__Guilty__ AS TO COUNT THIRTY-FOUR.
__Guilty__ AS TO COUNT THIRTY-FIVE.
__Guilty__ AS TO COUNT THIRTY-SIX.
__Guilty__ AS TO COUNT THIRTY-SEVEN.
__Guilty__ AS TO COUNT THIRTY-EIGHT.
__Guilty__ AS TO COUNT THIRTY-NINE.

__Guilty__ AS TO COUNT FOURTY.
__Guilty__ AS TO COUNT FOURTY-ONE.
__Guilty__ AS TO COUNT FOURTY-TWO.
__Guilty__ AS TO COUNT FOURTY-THREE.
__Guilty__ AS TO COUNT FOURTY-FOUR.
__Guilty__ AS TO COUNT FOURTY-FIVE.
__Guilty__ AS TO COUNT FOURTY-SIX.
__Guilty__ AS TO COUNT FOURTY-SEVEN.
__Guilty__ AS TO COUNT FOURTY-EIGHT.
__Guilty__ AS TO COUNT FOURTY-NINE.
__Guilty__ AS TO COUNT FIFTY.
__Guilty__ AS TO COUNT FIFTY-TWO.

**SO SAY WE ALL.**

__Thomas Vetter__
FOREPERSON

__January 17, 2014__
DATE