UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DR. NAJAM AZMAT'S NOTICE OF INTENT TO FILE A REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION OF BOND PENDING SENTENCING (DOC. #325) AND DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL**

COMES NOW DR. NAJAM AZMAT, one of the Defendants herein, and give notice of his intent to file a Reply to the Government's Response to Dr. Azmat's Motion for Reconsideration of Bond (Doc. # 325) and Dr. Azmat's Motion for Judgment of Acquittal or in the Alternative, Motion for New Trial (Doc. # 326). Dr. Azmat will file his responses within the time allowed by the Court's Local Rules.

Respectfully submitted, this the 17th day of February, 2014.

GILLEN, WITHERS & LAKE, LLC

**/s/Thomas A. Withers, Esq.**
Thomas A. Withers, Esq.
Georgia Bar No: 772250
Attorney for Dr. Najam Azmat

P.O. Box 10164
Savannah, GA 31412
(912) 447-8400

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 17th day of February, 2014.


GILLEN, WITHERS & LAKE, LLC

**<u>/s/Thomas A. Withers, Esq.</u>**
Thomas A. Withers, Esq.
Georgia Bar No:  772250
Attorney for Dr. Najam Azmat


P.O. Box 10164
Savannah, GA  31412
(912) 447-8400