UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

**MOTION TO ALLOW RELOCTION**

COMES NOW the Defendant Sean Michael Clark, by and through his attorney, who moves this Court for an order to his allow relocation from his current address 521 Southeast 13th Court, Deerfield Beach, FL 33441 to his new address which is 632 Trace Circle, Deerfield Beach, Florida 33441-7845.

Defendant has notified his Pretrial Services Officer in Florida of his need to move due to his current lease having expired. The Pretrial officer involved is Donald Lesmeister who has been in contact with Pretrial Services Officer Drew Walker in Savannah.

Officer Lesmeister has pointed out that any move must be authorized by this Court pursuant to Bond Condition #3: "The Defendant may not change his/her present address as recorded on this bond without prior permission in writing from the Court."

Officer Lesmeister has indicated he has no objection to the move but has requested Counsel obtain written permission from this honorable Court.

Defendant hereby moves this Court to enter an order allowing his relocation with the expressed approval and consent of the Probation Supervising officer in Florida.

Respectfully submitted this 26th day of May 2014.

                                            PHILLIPS & ROBERTS

                                            *s/ Bobby Phillips*

                                            _____
                                            BOBBY PHILLIPS, 576700
                                            Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                                             ) | |
|            v                                              ) | Case No.: CR 4:13-028 |
|                                                             ) | |
| SEAN MICHAEL CLARK,               ) | |
|            Defendant                        ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 26th day of May 2014.

PHILLIPS & ROBERTS

*s/ Bobby Phillips*

_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

ORDER

The Defendant's Motion having been read and considered, this Court hereby GRANTS the relief sought. The Defendant shall be allowed to move from his current residence to his new residence as shown in the Motion. The Defendant shall continue to adhere to all other terms and conditions of his Release Order as originally entered.

So ORDERED this ____day of _____ 2014.

_____
HONORABLE G. R. SMITH
US Magistrate Judge