UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | INDICTMENT NUMBER: |
| ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, ) | |
| ) | |
| Defendant.   ) | |

### ORDER

The foregoing Unopposed Motion to Extend the Time for Defendant to File Objections to the Presentence Investigation Report having been read and considered,

IT IS HEREBY ORDERED, that the same be GRANTED. Dr. Azmat's counsel shall have up to and including Monday, June 30, 2014 in which to file Objections to the Presentence Investigation Report.

SO ORDERED, this the 13th day of June, 2014.

_____
William T. Moore, Jr.
Judge, United States District Court for
The Southern District of Georgia