NOTICE OF SENTENCING
_____

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH GEORGIA

UNITED STATES OF AMERICA        )
                                )
            VS                  )        CASE NO. CR413-28-04
                                )
NAJAM AZMAT                     )


TAKE NOTICE that the above-entitled case has been set for SENTENCING before the Honorable William T. Moore, Jr., Judge, United States District Court, on Wednesday, August 6, 2014, at 3:00 p.m. at the United States Courthouse, 125 Bull Street, Third Floor Courtroom, Savannah, Georgia.


DATE: July 22, 2014

                              SCOTT L. POFF
                              CLERK, U. S. DISTRICT COURT

                              BY:  Jennifer Bodaford
                                   Courtroom Deputy
                                   912/650-4059


TO:  AUSA Karl Knoche
     Thomas Withers
     U. S. Marshal
     U. S. Probation
     CSO
     Victoria Root
     DCS