| | | |
|---|---|---|
| SENTENCING MINUTES | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF GEORGIA<br>SAVANNAH DIVISION | JUDGE: WILLIAM T. MOORE, JR.<br>DATE: 8/6/14 |

CRIMINAL CASE NO. CR 413-28-04
UNITED STATES OF AMERICA VS. NAJAM AZMAT

COURTROOM DEPUTY BODAFORD                COURT REPORTER ROOT

ATTORNEY(S) FOR THE GOVERNMENT:          ATTORNEY(S) FOR THE DEFENDANT:

KARL KNOCHE/GREG GILLULY, JR.            THOMAS WITHERS

U.S. PROBATION OFFICER:                  DEFENDANT SENTENCED ON COUNT(S)

JACOBS, BRAGG                            1-50, 52

✓ Presentence Report Reviewed In Full    Custody  133  Months B.O.P. (See attached)

___ Objections to Factual Basis          Probation _____

✓ Objections To Guidelines Calculations  Supervised Release  3  Years

___ Probation Officer Testifies          Special Conditions ✓

___ Changes Ordered in Factual Basis/Calculations   Fine $  —

___ No Changes Ordered                   Restitution $  —

✓ Findings Of The Court                  Special Assessment $  5,100.00

✓ Factual Witnesses Testify              To Be Paid  Immediately

✓ Statements Of Counsel                  Community Service _____

✓ Statements By Defendant                Facility Recommended ✓

✓ Sentence Pronounced                    Defendant Remanded To The USM ✓

OTHER DIRECTIVES OF THE COURT            Voluntary Surrender _____

___ Attach Statement of Reasons to the Judgment    To USM ☐   To Facility ☐

___ Transcribe Statement of Reasons      Nolle Prosse Count(s) _____

✓ Appeal Rights of Defendant Explained   Plea Agreement Accepted and Ratified ✓

___ Appellate Disclosure Forms Provided  Departure From Guidelines ✓

✓ Notice of Counsel's Post-Conviction Obligations Provided    Upward ___   Downward ✓

U.S. Deputy Marshal SID, MARK            Time 2:59 to 5:24  Total 2hrs. 5min

Court Security Officer BUTCH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES - GENERAL

CASE NO.                                                                                          DATE

TITLE

PROCEEDINGS (continued):

Court directs USPO to amend the PSI as to Counts 1 & 13.
Governments exhibit S-1 admitted.

Defendant calls Nabil Azmat
  direct:    3:31 - 3:39
  cross:    3:39 - 3:40
"        "        Dr. Muhammad Akram
  direct:    3:41 - 3:45
  cross:    3:45 - 3:52
re-direct: 3:52 - 3:54
"        "        Christopher Ray
  direct:    3:55 - 4:01
  cross:    4:01 - 4:02

4:03 - 4:10  Argument by the government
4:10 - 4:20  "                    "  defendant
4:20 - 5:04  Statement by defendant

Sentence:
60 months as to Count 1; 133 months as to Counts 2-13, 15-17, 19-25, 27, 28 and 30-50;
60 months as to Counts 14, 26 and 29; 120 months as to Count 18 and 133 months as to Count 52;
to be served concurrently.

Supervised release:
3 years as to each Count 1-50 & 52; to be served concurrently.

(Rev 7/2003)                                                                                          GENERAL CLERK'S MINUTES (continued)