UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 413-28 |
| | ) | |
| v. | ) | |
| | ) | |
| NAJAM AZMAT | ) | |

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____ M
_____ 8/6 20 14
Deputy Clerk

## SENTENCING AGREEMENT

In anticipation of an amendment to the Drug Quantity Table found in guideline section 2D1.1, which will lower the base offense levels for all drugs by two levels from the current guidelines, the United States agrees not to object to a downward variance of two-levels from the base offense level indicated in the defendant's pre-sentence report or as found by the Court, **provided** the defendant agrees on the record and by his signature hereunder not to seek a further reduction pursuant to Title 18, United States Code, Section 3582(c) in the event the anticipated two-level reduction is in fact adopted and made retroactive by the Sentencing Commission.

Respectfully submitted,

_____
Assistant United States Attorney

_____
Defense Counsel

_____
Defendant