IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CASE NUMBER: 4:13-028 |
| ) | |
| DR. NAJAM AZMAT,   ) | |
| ) | |
| Defendant.   ) | |

### ORDER ON MOTION FOR EXONERATION OF BOND

The foregoing Motion For Exoneration of Bond having been read and considered, and the Court finding that all terms and conditions of the bond have been satisfied,

IT IS HEREBY ORDERED that Najam Azmat's bond is hereby exonerated and the security paid by Sameena Azmat is to be returned to her by the Clerk of Court. Additionally, the Probation Office is ordered to release the passports of Sameena Azmat; three children, Nausher, Neesha and Jansher Azmat; mother, Akhtar Haq; and mother-in-law, Zeb Nisa.

SO ORDERED this the 13th day of August, 2014.

_____
Judge William T. Moore, Jr.
United States District Court for the
Southern District of Georgia