UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

COMES NOW DR. NAJAM AZMAT, Defendant in the above referenced matter, by and through his counsel of record, and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and sentence imposed on August 6, 2014, which was filed on August 8, 2014. (Doc. #367).

Respectfully submitted this the 18th day of August, 2014.

GILLEN, WITHERS & LAKE, LLC

**s/Thomas A. Withers, Esq.**
Thomas A. Withers, Esq.
Georgia Bar No: 772250
Attorney for Dr. Najam Azmat

P.O. Box 10164
Savannah, GA  31412
(912) 447-8400

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 18th day of August, 2014.

                                      GILLEN, WITHERS & LAKE, LLC

                                      **s/Thomas A. Withers, Esq.**
                                      Thomas A. Withers, Esq.
                                      Georgia Bar No:  772250
                                      Attorney for Dr. Najam Azmat

P.O. Box 10164
Savannah, GA  31412
(912) 447-8400