# United States District Court

## *Southern District of Georgia*

SCOTT L. POFF
CLERK

OFFICE OF THE CLERK
P.O. Box 8286
SAVANNAH, GEORGIA  31412

TELEPHONE   (912)650-4020

John Ley, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA  30303

D.C. Number  4:14-cr-028-4

U.S.C.A. Number

RE:  United States of America v Najam Azmat

--------------------------------------------------------------------------------------------------------------------------

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☒ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☒ First Notice of Appeal: ☑ Yes ☐ No
   Date of other _____

☐ Certified record on appeal consisting of:
   _____ Volume (s) of pleadings;  _____ Volume (s) of transcripts;
   _____ Volume (s) of exhibits/deposition;  _____ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☒ The appellate docket fee has been paid: ☑ Yes ☐ No
   Date paid  08/18/2014

☐ Appellant has been_____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒ The Judge appealed from is Judge William T. Moore Jr.

☒ The Court Reporter is Victoria Root

☐ This is an appeal of a bankruptcy order
   Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

☐ OTHER:

cc:

Sincerely,

SCOTT L. POFF, CLERK
U.S. DISTRICT COURT

BY:  *W. Sharp*
     Deputy Clerk

DATE:  08/19/2014

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

COMES NOW DR. NAJAM AZMAT, Defendant in the above referenced matter, by and through his counsel of record, and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and sentence imposed on August 6, 2014, which was filed on August 8, 2014. (Doc. #367).

Respectfully submitted this the 18th day of August, 2014.

GILLEN, WITHERS & LAKE, LLC

s/Thomas A. Withers, Esq.
Thomas A. Withers, Esq.
Georgia Bar No: 772250
Attorney for Dr. Najam Azmat

P.O. Box 10164
Savannah, GA 31412
(912) 447-8400

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 18th day of August, 2014.

GILLEN, WITHERS & LAKE, LLC

**s/Thomas A. Withers, Esq.**
Thomas A. Withers, Esq.
Georgia Bar No:  772250
Attorney for Dr. Najam Azmat

P.O. Box 10164
Savannah, GA  31412
(912) 447-8400

APPEAL,CLOSED

**U.S. District Court**
**Southern District of Georgia (Savannah)**
**CRIMINAL DOCKET FOR CASE #: 4:13-cr-00028-WTM-GRS-4**
**Internal Use Only**

Case title: USA v. Clark et al

Date Filed: 02/07/2013
Date Terminated: 08/08/2014

Assigned to: Judge William T. Moore, Jr
Referred to: Magistrate Judge G. R. Smith

**Defendant (4)**

**Najam Azmat**
*TERMINATED: 08/08/2014*
*also known as*
Dr. Hazmat
*TERMINATED: 08/08/2014*

represented by **David M. Burns , Jr.**
The Law Office of David M. Burns, Jr., PC
102 E. Liberty Street
8th FL
Savannah, GA 31401
912-233-2570
Fax: 912-231-9157
Email: attorneydavidburns@gmail.com
*TERMINATED: 04/26/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Thomas A. Withers**
Gillen Withers & Lake, LLC
P.O. Box 10164
Savannah, GA 31412
912-447-8400
Fax: 912-629-6347
Email: twithers@gwllawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21 USC 846 - Conspiracy
(1s)

21 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(2s-13s)

21 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(14s)

**Disposition**

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

21 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(15s-17s)

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

21 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(18s)

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

21 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(19s-25s)

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

21 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(26s)

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

21 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(27s-28s)

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

21 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(29s)

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

21 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(30s-50s)

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

18 USC 1956(a)(1)(A)(i) - Conspiracy to
Launder Monetary Instruments
(52s)

Defendant is hereby committed to the custody
of the USBOP for a total term of 133 months;
supervised release for a term of 3 years;
standard/special conditions of supervision;
assessment of $5,100.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

12 USC 846 - Conspiracy
(1)

21 USC 856(a)(1) - Maintaining Drug-Involved
Premises
(2)

12 USC 841(a)(1) - Unlawful Dispensation of
Controlled Substances
(3-51)

18 USC 1956(a)(1)(A)(i) - Conspiracy to

### Disposition

Dismissed

Dismissed

Dismissed

Launder Monetary Instruments
(53)

Dismissed

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                      **Disposition**

None

---

**surety**

**Deborah Ruffino**

---

**surety**

**Sameena Azmat**

---

**Plaintiff**

**USA**                          represented by   **Karl Irving Knoche**
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-652-4422
Fax: 912-652-4388
Email: karl.knoche@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian T. Rafferty**
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-201-2575
Fax: 912-652-4388
Email: brian.rafferty@usdoj.gov

**E. Gregory Gilluly , Jr.**
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-652-4422
Fax: 912-652-4388
Email: greg.gilluly@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Edward J. Tarver**
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-652-4422
Fax: 912-652-4388
Email: Edward.Tarver@usdoj.gov

James D. Durham
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-652-4422
Fax: 912-652-4388
Email: james.durham@usdoj.gov

Jeffrey J. Buerstatte
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-652-4422
Fax: 912-652-4388
Email: jeff.buerstatte@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2011 | 40 | Docket report for MJ411-43 as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras. (mah) (Entered: 03/18/2013) |
| 07/07/2011 | 41 | Docket Report for MJ411-56 as to Sean Michael Clark, Daniel John Wise, Najam Azmat, Shelly Lynn Morford. (mah) (Entered: 03/18/2013) |
| 02/07/2013 | 1 | MOTION to Seal Indictment by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. REFERRED to Judge G. R. Smith.(mah) (Entered: 02/08/2013) |
| 02/07/2013 | 2 | ORDER granting 1 Motion to Seal as to Sean Michael Clark (1), Adelaida M. Lizama (2), Daniel John Wise (3), Najam Azmat (4), Candace Anne Carreras (5), Shelly Lynn Morford (6). Signed by Magistrate Judge G. R. Smith on 2/7/2013. (mah) (Entered: 02/08/2013) |
| 02/07/2013 | 3 | SEALED INDICTMENT as to Sean Michael Clark (1) count(s) 1, 2, 53, Adelaida M. Lizama (2) count(s) 1, 2, 53, Daniel John Wise (3) count(s) 1, 2, 52, 53, Najam Azmat (4) count(s) 1, 2, 3-51, 53, Candace Anne Carreras (5) count(s) 1, 2, 53, Shelly Lynn Morford (6) count(s) 1, 2, 53. (mah) (Additional attachment(s) added on 2/8/2013: # 1 Foreperson signature page) (mah). (Entered: 02/08/2013) |
| 02/07/2013 | 4 | PENALTY CERTIFICATION by Government as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. (mah) (Entered: 02/08/2013) |
| 02/07/2013 | 5 | DEFENDANT INFORMATION SHEETS as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. (mah) (Entered: 02/08/2013) |
| 02/08/2013 | | (Court only) Arrest Warrants Issued by Magistrate Judge G. R. Smith in case as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. (mah) (Entered: 02/08/2013) |
| 02/26/2013 | 6 | MOTION to Unseal Indictment by USA. REFERRED to Judge G. R. Smith. (mah) (Entered: 02/26/2013) |
| 02/26/2013 | 7 | ORDER granting 6 Motion to Unseal Indictment. Signed by Magistrate Judge G. R. Smith on 2/26/2013. (mah) (Entered: 02/26/2013) |
| 02/26/2013 | 8 | Minute Entry for proceedings held before Magistrate Judge G. R. Smith:Initial Appearance as to Najam Azmat held on 2/26/2013 (Court Reporter FTR.) (sff) (Entered: 02/26/2013) |

| 02/26/2013 | | | ORAL MOTION to Appoint Counsel by Najam Azmat. REFERRED to Judge G. R. Smith.(sff) (Entered: 02/26/2013) |
|---|---|---|---|
| 02/26/2013 | | | ORAL ORDER granting ORAL Motion to Appoint Counsel as to Najam Azmat (4) (sff) (Entered: 02/26/2013) |
| 02/26/2013 | | | ORAL MOTION for PRETRIAL Detention by Karl Irving Knoche as to Najam Azmat. REFERRED to Judge G. R. Smith.(sff) (Entered: 02/26/2013) |
| 02/26/2013 | | 9 | (Court only) Arrest Warrant Returned Executed on 2/26/2013 in case as to Najam Azmat. (mah) (Entered: 02/26/2013) |
| 02/26/2013 | | | (Court only) ***Location start as to Najam Azmat. (mah) (Entered: 02/26/2013) |
| 02/26/2013 | | 10 | CJA 23 Financial Affidavit by Najam Azmat. (mah) (Entered: 02/26/2013) |
| 02/26/2013 | | | Attorney update in case as to Najam Azmat. Attorney David M. Burns, Jr. for Najam Azmat added. (sff) (Entered: 02/26/2013) |
| 02/27/2013 | | 12 | NOTICE OF HEARING as to Najam Azmat. Detention Hearing set for 2/28/2013 09:00 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. (sff) (Entered: 02/27/2013) |
| 02/28/2013 | | 19 | Minute Entry for proceedings held before Magistrate Judge G. R. Smith:Detention Hearing as to Najam Azmat held on 2/28/2013; COURT ORDERS PRETRIAL DETENTION (Court Reporter FTR.) (sff) (Entered: 02/28/2013) |
| 02/28/2013 | | | ORAL ORDER granting ORAL MOTION FOR PRETRIAL DETENTION as to Najam Azmat (4) (sff) (Entered: 02/28/2013) |
| 02/28/2013 | | 20 | GOVERNMENT'S EXHIBIT LIST as to Najam Azmat. (mah) (Entered: 02/28/2013) |
| 03/04/2013 | | 30 | CJA 20 as to Najam Azmat: Appointment of Attorney David M. Burns, Jr. Signed by Magistrate Judge G. R. Smith on 02/26/2013. (lmm) (Entered: 03/04/2013) |
| 03/05/2013 | | 33 | NOTICE OF ATTORNEY APPEARANCE: David M. Burns, Jr. appearing for Najam Azmat (Burns, David) (Entered: 03/05/2013) |
| 03/11/2013 | | 38 | First MOTION for Bond *Reconsideration* by David M. Burns, Jr. as to Najam Azmat. Responses due by 3/25/2013. (Burns, David) (Entered: 03/11/2013) |
| 03/12/2013 | | | MOTION as to Najam Azmat REFERRED to Magistrate Judge: 38 First MOTION for Bond. (mah) (Entered: 03/12/2013) |
| 03/12/2013 | | 39 | NOTICE OF HEARING as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Shelly Lynn Morford. Arraignment set for 3/25/2013 09:00 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. (sff) (Entered: 03/12/2013) |
| 03/19/2013 | | 43 | ORDER OF DETENTION PENDING TRIAL as to Najam Azmat. Signed by Magistrate Judge G. R. Smith on 3/19/2013. (mah) (Entered: 03/19/2013) |
| 03/19/2013 | | | (Court only) ***Staff Notes as to Najam Azmat: Copies of detention order delivered to USMS and USPO. (mah) (Entered: 03/19/2013) |
| 03/19/2013 | | 44 | MOTION to Allow Disclosure of Documents Under Seal by Karl Irving Knoche as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Responses due by 4/1/2013. (Attachments: # 1 Text of Proposed Order)(Knoche, Karl) (Entered: 03/19/2013) |
| 03/19/2013 | | | MOTION as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, |

| | | Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford REFERRED to Magistrate Judge: 44 MOTION to Allow Disclosure of Documents Under Seal. (mah) (Entered: 03/19/2013) |
|---|---|---|
| 03/20/2013 | 45 | ORDER granting 44 Motion to Allow Disclosure of Documents under Seal. Signed by Magistrate Judge G. R. Smith on 3/20/2013. (mah) (Entered: 03/20/2013) |
| 03/21/2013 | 47 | RESPONSE in Opposition by USA as to Najam Azmat re 38 First MOTION for Bond *Reconsideration* (Knoche, Karl) (Entered: 03/21/2013) |
| 03/25/2013 | 49 | Minute Entry for proceedings held before Magistrate Judge G. R. Smith:Arraignment as to Sean Michael Clark (1) Count 1,2,53 and Adelaida M. Lizama (2) Count 1,2,53 and Daniel John Wise (3) Count 1,2,52,53 and Najam Azmat (4) Count 1,2,3-51,53 and Shelly Lynn Morford (6) Count 1,2,53 held on 3/25/2013; BOND REMAINS AS PREVIOUSLY SET FOR CLARK, LIZAMA, WISE & MORFORD WITH ADDITIONAL CONDITIONS; AZMAT REMAINS UNDER DETENTION (Court Reporter FTR.) (sff) (Entered: 03/25/2013) |
| 03/25/2013 | | ORAL MOTION for Extension of Time FOR 50 ADDITIONAL DAYS to File PRETRIAL MOTIONS by Julie M. Wade, Robert N. Nye, III, David M. Burns, Jr as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Shelly Lynn Morford. REFERRED to Judge G. R. Smith.(sff) (Entered: 03/25/2013) |
| 03/25/2013 | | ORAL ORDER granting ORAL Motion for Extension of Time FOR 50 ADDITIONAL DAYS to File PRETRIAL MOTIONS as to Sean Michael Clark (1), Adelaida M. Lizama (2), Daniel John Wise (3), Najam Azmat (4), Shelly Lynn Morford (6) (sff) (Entered: 03/25/2013) |
| 03/25/2013 | | ORAL ORDER denying 38 Motion for Bond as to Najam Azmat (4) (sff) (Entered: 03/25/2013) |
| 03/25/2013 | 50 | SCHEDULING ORDER as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Shelly Lynn Morford. Motions due by 5/24/2013. Signed by Magistrate Judge G. R. Smith on 3/25/13. (jgb) (Entered: 03/25/2013) |
| 04/01/2013 | 56 | NOTICE OF ATTORNEY APPEARANCE: Thomas A. Withers appearing for Najam Azmat (Withers, Thomas) (Entered: 04/01/2013) |
| 04/02/2013 | 57 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Najam Azmat ( Filing fee $ 37 receipt number 113J-1379555.) (Attachments: # 1 Exhibit A)(Withers, Thomas) (Entered: 04/02/2013) |
| 04/09/2013 | 59 | MOTION for Leave of Absence as to Najam Azmat for dates of : 04/12/13 - 04/15/13. Responses due by 4/22/2013. (Attachments: # 1 Text of Proposed Order Order)(Withers, Thomas) (Entered: 04/09/2013) |
| 04/09/2013 | 60 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Detention Hearing as to Najam Azmat held on February 28, 2013, before Judge G. R. Smith. Court Reporter/Transcriber Marie Cowart, Telephone number 912-650-4066. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. (Transcript Redaction Policy Issued or Click here to view Transcript Redaction Policy) Redaction Request due 4/30/2013. Redacted Transcript Deadline set for 5/10/2013. Release of Transcript Restriction set for 7/8/2013. (Cowart, Marie) (Entered: 04/09/2013) |
| 04/09/2013 | 61 | CERTIFICATE OF DISCLOSURE by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford (Knoche, Karl) (Entered: 04/09/2013) |

| 04/09/2013 | 62 | MOTION for Discovery by Karl Irving Knoche as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Responses due by 4/22/2013. (Knoche, Karl) (Entered: 04/09/2013) |
|---|---|---|
| 04/09/2013 | | MOTION as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford REFERRED to Magistrate Judge: 62 MOTION for Discovery. (mah) (Entered: 04/09/2013) |
| 04/10/2013 | 63 | ORDER granting 59 Motion for Leave of Absence as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 4/10/2013. (mah) (Entered: 04/10/2013) |
| 04/16/2013 | 68 | RESPONSE by USA as to Najam Azmat re 57 Appeal of Magistrate Judge Decision to District Court (Knoche, Karl) (Entered: 04/16/2013) |
| 04/17/2013 | 69 | ORDER granting request to enter a limited appearance re 56 Notice of Attorney Appearance filed by Thomas A. Withers for Najam Azmat. Signed by Magistrate Judge G. R. Smith on 4/16/2013. (mah) (Entered: 04/17/2013) |
| 04/19/2013 | 70 | CERTIFICATE OF DISCLOSURE by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford (Knoche, Karl) (Entered: 04/19/2013) |
| 04/26/2013 | 71 | NOTICE OF ATTORNEY APPEARANCE: Thomas A. Withers appearing for Najam Azmat (Attachments: # 1 Text of Proposed Order Order)(Withers, Thomas) (Entered: 04/26/2013) |
| 04/26/2013 | 72 | RESPONSE by Najam Azmat re 68 Response *Reply to Government's Response* (Attachments: # 1 Exhibit A)(Withers, Thomas) (Entered: 04/26/2013) |
| 04/29/2013 | 73 | NOTICE OF HEARING as to Najam Azmat. Hearing on Appeal to the District Court for Review of Detention Order set for 5/6/2013 at 10:15 AM in Savannah - 3rd Floor before Judge William T. Moore, Jr.(jgb) (Entered: 04/29/2013) |
| 04/29/2013 | 74 | CERTIFICATE OF DISCLOSURE by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford (Knoche, Karl) (Entered: 04/29/2013) |
| 05/06/2013 | 75 | WITNESS LIST by Najam Azmat (jgb) (Entered: 05/06/2013) |
| 05/06/2013 | 76 | EXHIBIT LIST by Najam Azmat (jgb) (Entered: 05/06/2013) |
| 05/06/2013 | 77 | Minute Entry for proceedings held before Judge William T. Moore, Jr.: Hearing on Appeal to the District Court for Review of Detention Order as to Najam Azmat held on 5/6/2013. Court will issue a written decision. (Court Reporter Marie Cowart.) (jgb) (Entered: 05/06/2013) |
| 05/09/2013 | 78 | ORDER re 57 Appeal of Magistrate Judge Decision to District Court filed by Najam Azmat. The Court holds that Defendant is entitled to bond. Signed by Judge William T. Moore, Jr. on 5/9/2013. (mah) (Entered: 05/09/2013) |
| 05/09/2013 | | (Court only) ***Staff Notes as to Najam Azmat: Copy delivered to USPO re 78 Order. USMS served via NEF. (mah) (Entered: 05/09/2013) |
| 05/10/2013 | 79 | CERTIFICATE OF DISCLOSURE by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford (Knoche, Karl) (Entered: 05/10/2013) |
| 05/10/2013 | 80 | CLERK'S CERTIFICATE/ORDER of cash deposit as to Najam Azmat. (Entered: 05/10/2013) |
| 05/13/2013 | 81 | ADDRESS AFFIDAVIT by Najam Azmat. (mah) (Entered: 05/13/2013) |

| 05/13/2013 | 82 | Appearance Bond Entered as to Najam Azmat in amount of $ 100,000.00, secured by 5%. (mah) (Entered: 05/13/2013) |
| 05/13/2013 | 83 | ORDER Setting Conditions of Release as to Najam Azmat (4): $100,000.00 secured by 5%. Signed by Magistrate Judge G. R. Smith on 5/13/2013. (mah) (Entered: 05/13/2013) |
| 05/13/2013 | 🔒 | (Court only) ***Staff Notes as to Najam Azmat: Defendant served via USPS at 707 Confederate Way, Waycross, GA 31503 with Appearance Bond and Order Setting Conditions of Release. Surety served at same address. Copies delivered to USMS and USPO. (mah) (Entered: 05/13/2013) |
| 05/23/2013 | 91 | MOTION for Release of Brady Materials by Robert N. Nye, III as to Daniel John Wise. Responses due by 6/6/2013. (Nye, Robert) Modified on 5/24/2013 (mah). (Entered: 05/23/2013) |
| 05/24/2013 | 🔒 | (Court only) ***Motion terminated as to Sean Michael Clark, Adelaida M. Lizama, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford: 91 MOTION for Release of Brady Materials filed by Daniel John Wise. Motion refers to one defendant only. (mah) (Entered: 05/24/2013) |
| 05/24/2013 | 105 | ******* MOTION for Disclosure *of Seized Evidence the Government Intends to Reply Upon at Trial*, MOTION for Extension of Time to File *A Motion to Suppress Said Evidence and Memorandum of Law* by Thomas A. Withers as to Najam Azmat. Responses due by 6/6/2013. (Withers, Thomas) (Entered: 05/24/2013) |
| 05/24/2013 | 106 | MOTION for Release of Brady Materials by Thomas A. Withers as to Najam Azmat. Responses due by 6/6/2013. (Withers, Thomas) (Entered: 05/24/2013) |
| 05/24/2013 | 107 | MOTION for Discovery *and Inspection* by Thomas A. Withers as to Najam Azmat. Responses due by 6/6/2013. (Withers, Thomas) (Entered: 05/24/2013) |
| 05/24/2013 | 108 | MOTION for Disclosure *of Evidence of Other Crimes, Wrongs or Acts Pursuant to Fed. R. Evid. 404(b)* by Thomas A. Withers as to Najam Azmat. Responses due by 6/6/2013. (Withers, Thomas) (Entered: 05/24/2013) |
| 05/24/2013 | | MOTIONS as to Najam Azmat REFERRED to Magistrate Judge: 106 MOTION for Release of Brady Materials , 108 MOTION for Disclosure *of Evidence of Other Crimes, Wrongs or Acts Pursuant to Fed. R. Evid. 404(b)*, 107 MOTION for Discovery *and Inspection*, 105 MOTION for Disclosure *of Seized Evidence the Government Intends to Reply Upon at Trial, MOTION for Extension of Time to File A Motion to Suppress. (mah) (Entered: 05/24/2013)* |
| 05/24/2013 | 115 | MOTION to Dismiss *Count Two of the Indictment* by Thomas A. Withers as to Najam Azmat. Responses due by 6/10/2013. (Withers, Thomas) (Entered: 05/24/2013) |
| 05/28/2013 | | MOTION as to Najam Azmat REFERRED to Magistrate Judge: 115 MOTION to Dismiss *Count Two of the Indictment. (mah) (Entered: 05/28/2013)* |
| 06/13/2013 | 129 | NOTICE to Counsel as to Najam Azmat. (mah) (Entered: 06/13/2013) |
| 07/01/2013 | 131 | MOTION for Leave of Absence as to Najam Azmat for dates of : 07/26/2013 - 08/05/2013. Responses due by 7/15/2013. (Attachments: # 1 Text of Proposed Order Order)(Withers, Thomas) (Entered: 07/01/2013) |
| 07/03/2013 | 132 | ORDER granting 131 Motion for Leave of Absence by Thomas A. Withers as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 07/03/2013. (lmm) (Entered: 07/03/2013) |
| 07/07/2013 | 133 | GOVERNMENT'S RESPONSE to Motions as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly |

| | | | |
|---|---|---|---|
| | | | Lynn Morford re 106 MOTION for Release of Brady Materials , 99 MOTION to Strike *Surplusage*, 102 First MOTION to Adopt motions of other defendants *with Proposed Order*, 101 MOTION for Bill of Particulars , 87 MOTION for Extension of Time to File *Additional Motions*, 91 MOTION for Release of Brady Materials , 108 MOTION for Disclosure *of Evidence of Other Crimes, Wrongs or Acts Pursuant to Fed. R. Evid. 404(b)*, 97 First MOTION for Extension of Time to Declare case complex, 100 MOTION to Suppress *Statements to Grand Jury*, 111 MOTION for Release of Brady Materials , 104 First MOTION for Witness List, 117 MOTION to Reveal any Agreement, Deal or Consideration , 94 MOTION for Discovery , 124 First MOTION to Dismiss *with Proposed Order*, 93 MOTION for Disclosure *Under LR 12.3*, 95 MOTION for Disclosure *Early Disclosure of Criminal Histories*, 110 MOTION to Adopt motions of other defendants , 113 MOTION for Jencks Material , 118 MOTION to Suppress *Statements By Defendant to Law Enforcement*, 107 MOTION for Discovery *and Inspection*, 112 MOTION for Discovery , 98 First MOTION to Sever Defendant, 92 MOTION to Adopt motions of other defendants , 109 First MOTION for Release of Brady Materials , 89 MOTION for Release of Brady Materials , 105 MOTION for Disclosure *of Seized Evidence the Government Intends to Reply Upon at Trial* MOTION for Extension of Time to File *A Motion to Suppress Said Evidence and Memorandum of Law*, 116 MOTION for Disclosure *of Information and Witnesses*, 114 MOTION for Disclosure *of Evidence of other Crimes, Wrongs or Acts*, 90 MOTION for Disclosure *404b*, 96 First MOTION for Bill of Particulars. (Knoche, Karl) Modified on 7/8/2013 (mah). (Entered: 07/07/2013) |
| 07/12/2013 | | 137 | ORDER granting 97 Motion to Designate Case as Complex and to Exclude Time Under the Speedy Trial Act by Sean Michael Clark (1). Accordingly, Defendants' speedy trial clock shall be tolled until further order of this Court. Signed by Judge William T. Moore, Jr. on 7/12/2013. (mah) (Entered: 07/12/2013) |
| 07/12/2013 | 📁 | | (Court only) ***Excludable started as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. (mah) (Entered: 07/12/2013) |
| 07/26/2013 | | 155 | NOTICE OF HEARING as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Motion/Evidentiary Hearing set for 8/19/2013 09:00 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. (sff) (Entered: 07/26/2013) |
| 07/26/2013 | 📁 | | (Court only) ***Staff Notes as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Shelly Lynn Morford: NOTICE OF MOTION/EVIDENTIARY HEARING MAILED TO P. PATE (sff) (Entered: 07/26/2013) |
| 08/07/2013 | 📁 | 156 | SUPERSEDING INDICTMENT as to Sean Michael Clark (1) Count(s) 1s, 52s, Adelaida M. Lizama (2) Count(s) 1s, 52s, Daniel John Wise (3) Count(s) 1s, 51s, 52s, Najam Azmat (4) Count(s) 1s, 2s-50s, 52s, Candace Anne Carreras (5) Count (s) 1s, 52s, Shelly Lynn Morford (6) Count(s) 1s, 52s. (mah) (Additional attachment(s) added on 8/9/2013: # 1 Signature Page) (mah). (Entered: 08/09/2013) |
| 08/07/2013 | | 157 | PENALTY CERTIFICATION by Government as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. (mah) (Entered: 08/09/2013) |
| 08/07/2013 | 📁 | 158 | DEFENDANT INFORMATION SHEETS as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. (mah) (Entered: 08/09/2013) |
| 08/14/2013 | | 162 | NOTICE OF HEARING as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Arraignment ON SUPERSEDING INDICTMENT set for 8/19/2013 09:00 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. (sff) |

| | | |
|---|---|---|
| | | (Entered: 08/14/2013) |
| 08/15/2013 | 167 | NOTICE OF HEARING RESCHEDULING as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Shelly Lynn Morford. Motion/Evidentiary Hearing RESET for 9/10/2013 09:00 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. (sff) (Entered: 08/15/2013) |
| 08/16/2013 | 168 | ******* MOTION for Waiver of Appearance at Arraignment by Thomas A. Withers as to Najam Azmat. Responses due by 8/29/2013. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order B)(Withers, Thomas) (Entered: 08/16/2013) |
| 08/16/2013 | | MOTION as to Najam Azmat REFERRED to Magistrate Judge: 168 MOTION for Waiver of Appearance at Arraignment. (mah) (Entered: 08/16/2013) |
| 08/16/2013 | | ORAL ORDER granting 168 Motion FOR ACCEPTANCE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT as to Najam Azmat (4) (sff) (Entered: 08/16/2013) |
| 08/19/2013 | 175 | Minute Entry for proceedings held before Magistrate Judge G. R. Smith:Arraignment as to Sean Michael Clark (1) Count 1s,52s and Adelaida M. Lizama (2) Count 1s,2s and Daniel John Wise (3) Count 1s,51s,52s and Najam Azmat (4) Count 1s,2s-50s,52s and Candace Anne Carreras (5) Count 1s,52s and Shelly Lynn Morford (6) Count 1s,52s held on 8/19/2013 (Court Reporter FTR.) (sff) (Entered: 08/19/2013) |
| 08/19/2013 | 178 | ORDER as to Najam Azmat re 168 MOTION for Entry of Plea of Not Guilty and Waiver of Appearance at Arraignment . Follows oral order of 8/16/2013. Signed by Magistrate Judge G. R. Smith on 8/19/2013. (mah) (Entered: 08/19/2013) |
| 09/06/2013 | 192 | MOTION to Modify Conditions of Release by Thomas A. Withers as to Najam Azmat. Responses due by 9/19/2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Withers, Thomas) (Entered: 09/06/2013) |
| 09/06/2013 | | MOTION as to Najam Azmat REFERRED to Magistrate Judge: 192 MOTION to Modify Conditions of Release. (mah) (Entered: 09/06/2013) |
| 09/06/2013 | | Motions No Longer Referred as to Najam Azmat: 192 MOTION to Modify Conditions of Release. (mah) (Entered: 09/06/2013) |
| 09/09/2013 | 194 | ORDER granting 192 Motion to Modify Conditions of Release as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 9/9/13. (jgb) (Entered: 09/10/2013) |
| 09/10/2013 | 🔒 | (Court only) ***Staff Notes as to Najam Azmat: Document #194 served on USPO, USM and mailed to Najam Azmat, 707 Confederate Way, Waycross, GA 31503. (jgb) (Entered: 09/10/2013) |
| 09/10/2013 | 195 | Minute Entry for proceedings held before Magistrate Judge G. R. Smith:Evidentiary Hearing as to Sean Michael Clark, Adelaida M. Lizama, Najam Azmat held on 9/10/2013, Motion Hearing as to Sean Michael Clark, Adelaida M. Lizama, Najam Azmat held on 9/10/2013 re 118 MOTION to Suppress Statements By Defendant to Law Enforcement filed by Adelaida M. Lizama (Court Reporter FTR.) (sff) (Entered: 09/10/2013) |
| 09/11/2013 | 199 | NOTICE OF HEARING as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Pretrial Conference set for 9/23/2013 at 3:00 PM in Savannah - 3rd Floor Courtroom before Judge William T. Moore, Jr. (jgb) (Entered: 09/11/2013) |
| 09/12/2013 | 🔒 200 | *SEALED* (Court only) ****NOTICE OF HEARING RESCHEDULING as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Motion/Evidentiary Hearing |

| | | |
|---|---|---|
| | | RESET for 9/24/2013 09:00 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. (sff) Modified on 9/12/2013 (sff). DOCKETED IN WRONG CASE (Entered: 09/12/2013) |
| 09/12/2013 | | NOTICE that docket 200 Notice of Hearing Rescheduling was docketed in error, the pretrial conference is still scheduled for 9/23/13 @ 3:00 p.m. (jgb) (Entered: 09/12/2013) |
| 09/16/2013 | 203 | MINUTE ORDER denying 104 Motion for Witness List as to Sean Michael Clark (1); granting 89 Motion for Release of Brady Materials as to Adelaida M. Lizama (2); granting 90 Motion for Disclosure as to Adelaida M. Lizama (2); granting 93 Motion for Disclosure as to Adelaida M. Lizama (2); granting 94 Motion for Discovery as to Adelaida M. Lizama (2); granting 95 Motion for Disclosure as to Adelaida M. Lizama (2); denying 99 Motion to Strike as to Adelaida M. Lizama (2); taking under advisement 100 Motion to Suppress as to Adelaida M. Lizama (2); taking under advisement 118 Motion to Suppress as to Adelaida M. Lizama (2); granting 106 Motion for Release of Brady Materials as to Najam Azmat (4). Signed by Magistrate Judge G. R. Smith on 9/16/2013. (sff) (Entered: 09/16/2013) |
| 09/16/2013 | 214 | ORDER finding as moot 62 Motion for Discovery as to Sean Michael Clark (1), Adelaida M. Lizama (2), Najam Azmat (4), Candace Anne Carreras (5), Shelly Lynn Morford (6). Finding as moot 96 Motion for Bill of Particulars; 98 Motion to Sever Defendant; 102 Motion to Adopt; 109 Motion for Release of Brady Materials; 124 Motion to Dismiss; and 165 Motion for Release of Brady Materials as to Sean Michael Clark (1). Finding as moot 101 Motion for Bill of Particulars as to Adelaida M. Lizama (2). Finding as moot 105 Motion for Disclosure; 105 Motion for Extension of Time to File; 107 Motion for Discovery; 108 Motion for Disclosure; and 115 Motion to Dismiss as to Najam Azmat (4). Finding as moot 112 Motion for Discovery as to Shelly Lynn Morford (6). Signed by Magistrate Judge G. R. Smith on 9/16/2013. (mah) (Entered: 09/20/2013) |
| 09/18/2013 | 210 | MOTION to Travel *UNOPPOSED* by Thomas A. Withers as to Najam Azmat. Responses due by 10/3/2013. (Attachments: # 1 Text of Proposed Order Order) (Withers, Thomas) (Entered: 09/18/2013) |
| 09/18/2013 | | MOTIONS as to Najam Azmat REFERRED to Magistrate Judge: 210 MOTION to Travel *UNOPPOSED* (jgb) (Entered: 09/18/2013) |
| 09/20/2013 | 213 | ORDER granting 210 Motion to Travel as to Najam Azmat (4). Signed by Magistrate Judge G. R. Smith on 9/20/2013. (mah) (Entered: 09/20/2013) |
| 09/20/2013 | 🖭 | (Court only) ***Staff Notes as to Najam Azmat: copies of 213 Order delivered to USMS and USPO. (mah) (Entered: 09/20/2013) |
| 09/23/2013 | 🖼🔔 216 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motions and Evidentiary Hearing as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford held on September 10, 2013, before Judge G. R. Smith. Court Reporter/Transcriber Marie Cowart, Telephone number 912-650-4066. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. (Transcript Redaction Policy Issued or Click here to view Transcript Redaction Policy) Redaction Request due 10/15/2013. Redacted Transcript Deadline set for 10/24/2013. Release of Transcript Restriction set for 12/23/2013. (Cowart, Marie) (Entered: 09/23/2013) |
| 09/23/2013 | 218 | Minute Entry for proceedings held before Judge William T. Moore, Jr.:Pretrial Conference as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford held on 9/23/2013. (Court Reporter Marie Cowart.) (jgb) (Entered: 09/24/2013) |
| | | |

| | | |
|---|---|---|
| 09/24/2013 | 217 | CERTIFICATE OF DISCLOSURE by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford (Knoche, Karl) (Entered: 09/24/2013) |
| 09/26/2013 | 223 | NOTICE *of Expert Testimony* by USA (Knoche, Karl) (Entered: 09/26/2013) |
| 09/27/2013 | 224 | CERTIFICATE OF DISCLOSURE by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford (Knoche, Karl) (Entered: 09/27/2013) |
| 10/10/2013 | 231 | MOTION for Leave of Absence as to Najam Azmat for dates of : 10/31/13 - 11/08/2013. Responses due by 10/24/2013. (Attachments: # 1 Text of Proposed Order Order)(Withers, Thomas) (Entered: 10/10/2013) |
| 10/15/2013 | 233 | ORDER granting 231 Motion for Leave of Absence as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 10/14/13. (jgb) (Entered: 10/15/2013) |
| 10/15/2013 | 234 | MOTION to Travel by Thomas A. Withers as to Najam Azmat. Responses due by 10/28/2013. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order Proposed Order)(Withers, Thomas) (Entered: 10/15/2013) |
| 10/15/2013 | | MOTION as to Najam Azmat REFERRED to Magistrate Judge: 234 MOTION to Travel. (mah) (Entered: 10/15/2013) |
| 10/16/2013 | 236 | ORDER denying 234 Motion to Travel as to Najam Azmat (4). Signed by Magistrate Judge G. R. Smith on 10/16/2013. (mah) (Entered: 10/16/2013) |
| 10/16/2013 | 🔒 | (Court only) ***Staff Notes as to Najam Azmat: Copies delivered to USMS and USPO re 234 Order. (mah) (Entered: 10/16/2013) |
| 10/18/2013 | 239 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Najam Azmat ( Filing fee $ 37 receipt number 113J-1487263.) (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Withers, Thomas) (Entered: 10/18/2013) |
| 10/18/2013 | 240 | ORDER ON APPEAL OF MAGISTRATE JUDGE DECISION TO DISTRICT JUDGE as to Najam Azmat re 239 Appeal of Magistrate Judge Decision to District Court. Defendant's request is granted. Signed 10/18/2013 by Judge William T. Moore, Jr. (mah) (Entered: 10/21/2013) |
| 10/25/2013 | 241 | Daubert Motion *to Exclude Government Experts Drs. Kennedy and Zdanowicz and Request for Evidentiary Hearing* by Thomas A. Withers as to Najam Azmat. Responses due by 11/7/2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Withers, Thomas) Modified on 10/25/2013 (mah). (Entered: 10/25/2013) |
| 10/25/2013 | | MOTION as to Najam Azmat REFERRED to Magistrate Judge: 241 Daubert Motion *to Exclude Government Experts Drs. Kennedy and Zdanowicz and Request for Evidentiary Hearing.* (mah) (Entered: 10/25/2013) |
| 11/01/2013 | 243 | NOTICE OF HEARING as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Pretrial Conference set for 11/13/2013 at 3:00 PM in Savannah - 3rd Floor COURTROOM before Judge William T. Moore, Jr. (jgb) (Entered: 11/01/2013) |
| 11/13/2013 | 250 | Minute Entry for proceedings held before Judge William T. Moore, Jr.:Pretrial Conference as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford held on 11/13/2013. (Court Reporter Marie Cowart.) (jgb) (Entered: 11/13/2013) |
| 11/13/2013 | 251 | NOTICE OF HEARING as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Jury Selection and Jury Trial set for 1/13/2014 at 9:00 AM in Savannah - 3rd Floor before Judge William T. Moore, Jr. (jgb) (Entered: 11/13/2013) |

| 11/15/2013 | 257 | MOTION in Limine *to Exclude Cross-Examination of DEA Special Agent Douglas Kahn Regarding Unfounded Allegations of Impropriety* by E. Gregory Gilluly, Jr as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Responses due by 11/29/2013. (Gilluly, E.) (Entered: 11/15/2013) |
|---|---|---|
| 11/18/2013 | 258 | MOTION in Limine *to Exclude Any Reference at Trial Concerning Punishment or Plea Agreements for Persons Not Called as Government Witnesses at Trial* by E. Gregory Gilluly, Jr as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford. Responses due by 12/2/2013. (Gilluly, E.) (Entered: 11/18/2013) |
| 11/19/2013 | 260 | Supplemental MOTION to Exclude *Government Experts Dr. Gene Kennedy and Martin Zdanowicz* by Thomas A. Withers as to Najam Azmat. Responses due by 12/2/2013. (Withers, Thomas) (Entered: 11/19/2013) |
| 11/19/2013 | 262 | RESPONSE in Opposition by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford re 246 Second MOTION to Adopt motions of other defendants *with Proposed Order*, 241 MOTION Daubert Motion *to Exclude Government Expert's Drs. Kennedy and Zdanowicz and Request for Evidentiary Hearing*, 260 Supplemental MOTION to Exclude *Government Experts Dr. Gene Kennedy and Martin Zdanowicz*, 245 MOTION to Adopt motions of other defendants *Dr. Azmat's Daubert Motion to Exclude Government's Experts Kennedy and Zdanowicz*, 244 Second MOTION to Adopt motions of other defendants *to Exclude Expert Witnesses* (Knoche, Karl) (Entered: 11/19/2013) |
| 11/20/2013 | | Motions No Longer Referred as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford: 246 Second MOTION to Adopt motions of other defendants *with Proposed Order*, 245 MOTION to Adopt motions of other defendants *Dr. Azmat's Daubert Motion to Exclude Government's Experts Kennedy and Zdanowicz*, 244 Second MOTION to Adopt motions of other defendants *to Exclude Expert Witnesses*, 241 MOTION Daubert Motion *to Exclude Government Expert's Drs. Kennedy and Zdanowicz and Request for Evidentiary Hearing* (jgb) (Entered: 11/20/2013) |
| 11/25/2013 | 263 | MOTION to Travel *UNOPPOSED* by Thomas A. Withers as to Najam Azmat. Responses due by 12/9/2013. (Attachments: # 1 Text of Proposed Order Order) (Withers, Thomas) (Entered: 11/25/2013) |
| 11/26/2013 | 264 | ORDER granting 263 Motion to Travel as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 11/26/13. (jgb) (Entered: 11/26/2013) |
| 11/26/2013 | 📄 | (Court only) ***Staff Notes as to Najam Azmat: Document #264 delivered to USM and USPO. (jgb) (Entered: 11/26/2013) |
| 11/26/2013 | 265 | NOTICE *Of Intent to File a Reply to Government's Response to Motion in Limine to Exclude Government's Experts* by Najam Azmat re 262 Response in Opposition. (Withers, Thomas) (Entered: 11/26/2013) |
| 12/02/2013 | 268 | RESPONSE in Opposition by Najam Azmat re 258 MOTION in Limine *to Exclude Any Reference at Trial Concerning Punishment and Plea Agreements for Persons Not Called as Government Witnesses at Trial* (Withers, Thomas) (Entered: 12/02/2013) |
| 12/02/2013 | 269 | RESPONSE in Opposition by Najam Azmat re 257 MOTION in Limine *to Exclude Cross-Examination of DEA Special Agent Douglas Kahn Regarding Unfounded Allegations of Impropriety* (Withers, Thomas) (Entered: 12/02/2013) |
| 12/02/2013 | 270 | REPLY TO RESPONSE to Motion by Najam Azmat re 241 MOTION Daubert Motion *to Exclude Government Expert's Drs. Kennedy and Zdanowicz and Request for Evidentiary Hearing*, 260 Supplemental MOTION to Exclude |

|  |  |  | Government Experts Dr. Gene Kennedy and Martin Zdanowicz (Withers, Thomas) (Entered: 12/02/2013) |
|---|---|---|---|
| 12/02/2013 |  | 271 | NOTICE *of Dr. Azmat's Expert Witness Disclosure* by Najam Azmat (Withers, Thomas) (Entered: 12/02/2013) |
| 12/02/2013 |  | 272 | NOTICE *of Dr. Azmat's First Supplement to Expert Witness Disclosure* by Najam Azmat re 271 Notice (Other) (Attachments: # 1 Supplement CV)(Withers, Thomas) (Entered: 12/02/2013) |
| 12/11/2013 | 🔒 🔒 | 273 | (Ex Parte) MOTION for Writ of Habeas Corpus ad testificandum by USA. REFERRED to Judge G. R. Smith.(mah) (Entered: 12/11/2013) |
| 12/11/2013 | 🔒 | 274 | *SEALED* ORDER granting 273 MOTION for Writ of Habeas Corpus ad testificandum filed by USA, (Docket Sealed). Signed by Magistrate Judge G. R. Smith on 12/11/2013. (mah) (Entered: 12/11/2013) |
| 12/11/2013 | 🔒 | 275 | Writ of Habeas Corpus ad Testificandum Issued. Signed by Magistrate Judge G. R. Smith on 12/11/2013. (mah) (Entered: 12/11/2013) |
| 12/12/2013 |  | 277 | NOTICE *Government's Brady-Giglio Notice* by USA (Knoche, Karl) (Entered: 12/12/2013) |
| 12/13/2013 |  | 279 | CERTIFICATE OF DISCLOSURE by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford (Knoche, Karl) (Entered: 12/13/2013) |
| 12/18/2013 |  | 281 | Proposed Voir Dire by USA as to Daniel John Wise, Najam Azmat, Shelly Lynn Morford (Knoche, Karl) (Entered: 12/18/2013) |
| 12/18/2013 | 🔒 | 282 | (Court only) ENTERED IN ERROR. (Entered: 12/18/2013) |
| 12/18/2013 |  | 283 | Request to Charge by USA as to Daniel John Wise, Najam Azmat, Shelly Lynn Morford (Knoche, Karl) (Entered: 12/18/2013) |
| 12/18/2013 |  | 284 | Request to Charge by Najam Azmat (Withers, Thomas) (Entered: 12/18/2013) |
| 12/18/2013 |  | 285 | Proposed Voir Dire by Najam Azmat (Withers, Thomas) (Entered: 12/18/2013) |
| 12/19/2013 |  | 287 | MOTION to Travel *UNOPPOSED* by Thomas A. Withers as to Najam Azmat. Responses due by 1/2/2014. (Attachments: # 1 Text of Proposed Order Order) (Withers, Thomas) (Entered: 12/19/2013) |
| 12/20/2013 |  | 288 | ORDER granting 287 Motion to Travel as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 12/20/13. (jgb) (Entered: 12/20/2013) |
| 12/20/2013 |  | 293 | NOTICE of Conflict as to Najam Azmat. (mah) (Entered: 12/27/2013) |
| 12/23/2013 |  | 289 | CERTIFICATE OF DISCLOSURE by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford (Knoche, Karl) (Entered: 12/23/2013) |
| 12/27/2013 |  | 292 | ORDER granting 246 Motion to Adopt; denying in part 241 Motion to Exclude Experts; denying 260 Supplemental Motion to Exclude as to Daniel John Wise (3) and Najam Azmat (4). The Government is directed to file a supplemental response on or before 1/6/2014. Signed by Judge William T. Moore, Jr. on 12/27/2013. (mah) (Entered: 12/27/2013) |
| 12/27/2013 |  |  | Set/Reset Deadlines as to Daniel John Wise, Najam Azmat: Response due by 1/6/2014. (mah) (Entered: 12/27/2013) |
| 12/30/2013 |  | 294 | ORDER deferring ruling on 257 Motion in Limine as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 12/30/2014. (mah) (Entered: |

| | | |
|---|---|---|
| | | 12/30/2013) |
| 01/03/2014 | 295 | ORDER granting 258 Motion in Limine as to Daniel John Wise (3), Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 1/3/2014. (mah) (Entered: 01/03/2014) |
| 01/05/2014 | 296 | MOTION in Limine by Thomas A. Withers as to Najam Azmat. Responses due by 1/20/2014. (Withers, Thomas) (Entered: 01/05/2014) |
| 01/06/2014 | 297 | RESPONSE by USA as to Sean Michael Clark, Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Knoche, Karl) (Entered: 01/06/2014) |
| 01/08/2014 | 298 | RESPONSE by USA as to Najam Azmat re 296 MOTION in Limine (Gilluly, E.) (Entered: 01/08/2014) |
| 01/10/2014 | 299 | ORDER granting in part and dismissing as moot in part 296 Motion in Limine as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 1/10/2014. (mah) (Entered: 01/10/2014) |
| 01/10/2014 | 300 | ORDER denying 241 Motion to Exclude Government Experts as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 1/10/2014. (mah) (Entered: 01/10/2014) |
| 01/10/2014 | 301 | NOTICE *Government's Second Brady Notice* by USA (Knoche, Karl) (Entered: 01/10/2014) |
| 01/11/2014 | 302 | CERTIFICATE OF DISCLOSURE by USA as to Najam Azmat (Knoche, Karl) (Entered: 01/11/2014) |
| 01/13/2014 | 303 | Minute Entry for proceedings held before Judge William T. Moore, Jr.:Voir Dire begun on 1/13/2014 Najam Azmat (4) on Count 1s,2s-50s,52s. (Court Reporter Marie Cowart.) (jgb) (Entered: 01/14/2014) |
| 01/13/2014 | 304 | (Day 1) Minute Entry for proceedings held before Judge William T. Moore, Jr.:Jury Selection and Jury Trial as to Najam Azmat held on 1/13/2014. (Court Reporter Marie Cowart.) (jgb) (Entered: 01/14/2014) |
| 01/13/2014 | 309 | WITNESS LIST by USA as to Najam Azmat (jgb) (Entered: 01/17/2014) |
| 01/13/2014 | 310 | EXHIBIT LIST by USA as to Najam Azmat (jgb) (Entered: 01/17/2014) |
| 01/13/2014 | 311 | WITNESS LIST by Najam Azmat (jgb) (Entered: 01/17/2014) |
| 01/13/2014 | 312 | EXHIBIT LIST by Najam Azmat (jgb) (Entered: 01/17/2014) |
| 01/13/2014 | 313 | Jury Impaneled as to Najam Azmat (jgb) (Entered: 01/17/2014) |
| 01/14/2014 | 305 | (Day 2) Minute Entry for proceedings held before Judge William T. Moore, Jr.:Jury Trial as to Najam Azmat held on 1/14/2014. (Court Reporter Marie Cowart.) (jgb) (Entered: 01/15/2014) |
| 01/15/2014 | 306 | (Day 3) Minute Entry for proceedings held before Judge William T. Moore, Jr.:Jury Trial as to Najam Azmat held on 1/15/2014. (Court Reporter Marie Cowart.) (jgb) (Entered: 01/16/2014) |
| 01/16/2014 | 307 | MOTION for Acquittal *Pursuant to Fed. R. Crim. P. 29* by Thomas A. Withers as to Najam Azmat. Responses due by 1/30/2014. (Withers, Thomas) (Entered: 01/16/2014) |
| 01/16/2014 | 308 | (Day 4) Minute Entry for proceedings held before Judge William T. Moore, |

| | | | |
|---|---|---|---|
| | | | Jr.:Jury Trial as to Najam Azmat held on 1/16/2014. (Court Reporter Marie Cowart.) (jgb) (Entered: 01/17/2014) |
| 01/17/2014 | | 314 | Minute Entry for proceedings held before Judge William T. Moore, Jr.:Jury Trial as to Najam Azmat held on 1/17/2014. (Court Reporter Marie Cowart.) (jgb) (Entered: 01/17/2014) |
| 01/17/2014 | | 315 | Jury Notes #1 as to Najam Azmat (jgb) (Entered: 01/17/2014) |
| 01/17/2014 | | 316 | Jury Note #2 as to Najam Azmat (jgb) (Entered: 01/17/2014) |
| 01/17/2014 | | 317 | Court's response to Jury Notes as to Najam Azmat (jgb) (Entered: 01/17/2014) |
| 01/17/2014 | | 318 | ORDER to disburse to the establishment which provided the meal to the jury as to Najam Azmat. Signed by Judge William T. Moore, Jr. on 1/17/14. (jgb) (Entered: 01/17/2014) |
| 01/17/2014 | | 319 | Jury Charge as to Najam Azmat (jgb) (Entered: 01/17/2014) |
| 01/17/2014 | | 320 | JURY VERDICT as to Najam Azmat (4) Guilty on Count 1s,2s-50s,52s. (jgb) (Entered: 01/17/2014) |
| 01/17/2014 | | | (Court only) ***Procedural Interval start as to Najam Azmat (jgb) (Entered: 08/07/2014) |
| 01/28/2014 | | 321 | MOTION for Reconsideration *of Bond Pending Sentencing* by Thomas A. Withers as to Najam Azmat. Responses due by 2/10/2014. (Withers, Thomas) (Entered: 01/28/2014) |
| 01/31/2014 | | 324 | ******* MOTION for Judgment NOV *(Renewed) and*, MOTION for New Trial by Thomas A. Withers as to Najam Azmat. Responses due by 2/13/2014. (Withers, Thomas) (Entered: 01/31/2014) |
| 02/05/2014 | | 325 | RESPONSE to Motion by USA as to Najam Azmat re 321 MOTION for Reconsideration *of Bond Pending Sentencing* (Knoche, Karl) (Entered: 02/05/2014) |
| 02/14/2014 | | 326 | RESPONSE in Opposition by USA as to Najam Azmat re 324 MOTION for Judgment NOV *(Renewed) and* MOTION for New Trial (Knoche, Karl) (Entered: 02/14/2014) |
| 02/17/2014 | | 327 | Defendant Azmat's NOTICE OF INTENT to file a reply to Government's response to 324 MOTION for Judgment NOV *(Renewed) and* MOTION for New Trial , 321 MOTION for Reconsideration *of Bond Pending Sentencing* (Withers, Thomas) Modified on 2/20/2014 (jgb). (Entered: 02/17/2014) |
| 02/19/2014 | | 328 | REPLY TO RESPONSE to Motion by Najam Azmat re 321 MOTION for Reconsideration *of Bond Pending Sentencing* (Attachments: # 1 Exhibit A) (Withers, Thomas) (Additional attachment(s) added on 2/20/2014: # 2 Exhibit signed exhibit) (loh). (Entered: 02/19/2014) |
| 02/28/2014 | | 329 | REPLY TO RESPONSE to Motion by Najam Azmat re 324 MOTION for Judgment NOV *(Renewed) and* MOTION for New Trial (Withers, Thomas) (Entered: 02/28/2014) |
| 03/26/2014 | | 330 | MOTION for Leave of Absence as to Najam Azmat for dates of : May 29, 2014 - June 3, 2014. Responses due by 4/14/2014. (Attachments: # 1 Text of Proposed Order Order)(Withers, Thomas) (Entered: 03/26/2014) |
| 03/28/2014 | | 331 | ORDER granting 330 Motion for Leave of Absence as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 3/28/14. (jgb) (Entered: 03/28/2014) |

| 05/20/2014 | 334 | *******Supplemental MOTION for Acquittal *or in the Alternative*, MOTION for New Trial by Thomas A. Withers as to Najam Azmat. Responses due by 6/6/2014. (Withers, Thomas) (Entered: 05/20/2014) |
|---|---|---|
| 05/21/2014 | 335 | RESPONSE by USA as to Najam Azmat re 334 Supplemental MOTION for Acquittal *or in the Alternative* MOTION for New Trial (Gilluly, E.) (Entered: 05/21/2014) |
| 05/27/2014 | 336 | First MOTION to Modify Conditions of Release *to Allow Defendant's Relocation* by Robert P. Phillips, III as to Sean Michael Clark. Responses due by 6/13/2014. (Phillips, Robert) (Entered: 05/27/2014) |
| 05/27/2014 | 🔒 | (Court only) ***Motions terminated as to Adelaida M. Lizama, Daniel John Wise, Najam Azmat, Candace Anne Carreras, Shelly Lynn Morford: 336 First MOTION to Modify Conditions of Release *to Allow Defendant's Relocation* filed by Sean Michael Clark. Motion as to one defendant only. (mah) (Entered: 05/27/2014) |
| 06/06/2014 | 341 | ORDER denying 321 Motion for Reconsideration as to Najam Azmat (4); denying 324 Motion for Judgment NOV as to Najam Azmat (4); denying 324 Motion for New Trial as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 6/6/14. (jgb) (Entered: 06/06/2014) |
| 06/13/2014 | 342 | MOTION for Extension of Time to File Objections to Presentence Investigation Report *UNOPPOSED* by Thomas A. Withers as to Najam Azmat. Responses due by 6/30/2014. (Attachments: # 1 Text of Proposed Order Proposed Order) (Withers, Thomas) (Entered: 06/13/2014) |
| 06/13/2014 | 343 | ORDER granting 342 Motion for Extension of Time as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 6/13/14. (jgb) (Entered: 06/13/2014) |
| 06/13/2014 | 🔒 | (Court only) ***Staff Notes as to Najam Azmat: Copy of document #343 delivered to USPO. (jgb) (Entered: 06/13/2014) |
| 06/26/2014 | 344 | MOTION for Leave of Absence as to Najam Azmat for dates of : 07/25/14-08/04/14. Responses due by 7/14/2014. (Attachments: # 1 Text of Proposed Order Proposed Order)(Withers, Thomas) (Entered: 06/26/2014) |
| 06/27/2014 | 345 | ORDER granting 344 Motion for Leave of Absence as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 6/27/14. (jgb) (Entered: 06/27/2014) |
| 07/22/2014 | 352 | NOTICE OF HEARING as to Najam Azmat. Sentencing set for 8/6/2014 at 3:00 PM in Savannah - 3rd Floor before Judge William T. Moore, Jr. (jgb) (Entered: 07/22/2014) |
| 07/30/2014 | 354 | SENTENCING MEMORANDUM by Najam Azmat (Withers, Thomas) (Entered: 07/30/2014) |
| 08/05/2014 | 359 | SENTENCING MEMORANDUM by Najam Azmat (Attachments: # 1 Exhibit U.S. Sentencing Commission News Release, # 2 Exhibit DOJ News Release, # 3 Exhibit Family & Friends Letters)(Withers, Thomas) (Entered: 08/05/2014) |
| 08/06/2014 | 362 | Minute Entry for proceedings held before Judge William T. Moore, Jr.:Sentencing held on 8/6/2014 for Najam Azmat (4), Count(s) 1, 2, 3-51, 53, Dismissed; Count(s) 1s, 2s-50s, 52s, Defendant is hereby committed to the custody of the USBOP for a total term of 133 months; supervised release for a term of 3 years; standard/special conditions of supervision; assessment of $5,100.00. (Court Reporter Victoria Root.) (jgb) (Entered: 08/07/2014) |
| 08/06/2014 | 🔒 363 | WITNESS LIST by USA as to Najam Azmat (jgb) (Entered: 08/07/2014) |
| 08/06/2014 | 364 | SENTENCING AGREEMENT by USA, Najam Azmat. (jgb) (Entered: 08/07/2014) |

| 08/08/2014 | 367 | JUDGMENT as to Najam Azmat (4), Count(s) 1, 2, 3-51, 53, Dismissed; Count(s) 14s, 15s-17s, 18s, 19s-25s, 1s, 26s, 27s-28s, 29s, 2s-13s, 30s-50s, 52s, Defendant is hereby committed to the custody of the USBOP for a total term of 133 months; supervised release for a term of 3 years; standard/special conditions of supervision; assessment of $5,100.00. Signed by Judge William T. Moore, Jr. on 8/8/2014. (mah) (Entered: 08/13/2014) |
| 08/12/2014 | 365 | ******* MOTION to Release Bond Obligation , MOTION Release of Passports of Family Members by Thomas A. Withers as to Najam Azmat. Responses due by 8/29/2014. (Attachments: # 1 Text of Proposed Order Proposed Order)(Withers, Thomas) (Entered: 08/12/2014) |
| 08/13/2014 | 🔒 | (Court only) ***Set/Clear Flags as to Najam Azmat. (mah) (Entered: 08/13/2014) |
| 08/14/2014 | 368 | ORDER granting 365 Motion to Release Bond Obligation as to Najam Azmat (4); granting 365 MOTION to Release Passports of Family Members as to Najam Azmat (4). Signed by Judge William T. Moore, Jr. on 8/13/14. (jgb) (Entered: 08/14/2014) |
| 08/18/2014 | 🔒 | (Court only) ***Staff Notes as to Najam Azmat: Copy of judgment mailed to US Dept. of Justice, Office of Justice Programs, Washington, DC 20531. (mah) (Entered: 08/18/2014) |
| 08/18/2014 | 369 | NOTICE OF APPEAL by Najam Azmat re 367 Judgment, Filing fee $ 505, receipt number 113J-1651135. (Withers, Thomas) (Entered: 08/18/2014) |
| 08/18/2014 | 🔒 | (Court only) ***Procedural Interval start as to Najam Azmat. (WS) (Entered: 08/19/2014) |

Case 4:13-cr-00028-WTM-GRS   Document 367   Filed 08/08/14   Page 1 of 8

GAS 245B       (Rev. 09/11) Judgment in a Criminal Case
DC Custody TSR    Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA )
v. )
__Najam Azmat__ )
)
)
)
)
)

### JUDGMENT IN A CRIMINAL CASE

Case Number:   4:13CR00028-4

USM Number:   17954-021

__Thomas A. Withers__
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to Counts

☐ pleaded nolo contendere to Count(s)          which was accepted by the court.

☒ was found guilty on Counts   1s-50s and 52s   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(2) | Conspiracy to unlawfully dispense Schedule II, III, and IV controlled substances | December 2011 | 1s |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Unlawful distribution of Schedule II controlled substances | March 15, 2011 | 2s-13s, 15s-17s, 19s-25s, 27s, 28s, 30s-50s |
| 21 U.S.C. § 841(a)(1) and (b)(2) | Unlawful dispensation of Schedule IV controlled substances | March 1, 2011 | 14s, 26s, and 29s |

### SEE PAGE 2 FOR ADDITIONAL COUNTS

The defendant is sentenced as provided in pages 2 through     8     of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s)

☐ Count(s)                    ☐ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 6, 2014
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court

Name and Title of Judge

AUGUST 8, 2014
Date

GAS 245B        (Rev. 09/11) Judgment in a Criminal Case                                    Judgment — Page 2 of 8
DC Custody TSR  Sheet 1A

DEFENDANT:        Najam Azmat
CASE NUMBER:      4:13CR00028-4

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(E) | Unlawful distribution of Schedule III controlled substances | February 28, 2011 | 18s |
| 18 U.S.C. § 1956(h) | Conspiracy to launder monetary instruments | May 26, 2011 | 52s |

GAS 245B        (Rev. 09/11) Judgment in a Criminal Case       Judgment - Page 3 of 8
DC Custody TSR  Sheet 2 – Imprisonment

| DEFENDANT: | Najam Azmat |
|---|---|
| CASE NUMBER: | 4:13CR00028-4 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>133 months. This term of imprisonment is comprised as follows:  a term of 60 months as to Count 1s (conspiracy); a term of 133 months as to each of Counts 2s through13s,15s through17s, 19s through 25s, 27s, 28s, and 30s through 50s (the counts involving Schedule II controlled substances); a term of 60 months as to each of Counts 14s, 26s, and 29s (the counts involving Schedule IV controlled substances); a term of 120 months as to Count 18s (the count involving Schedule III controlled substances); and a term of 133 months as to Count 52s (conspiracy to commit money laundering).  Each of the terms of imprisonment imposed as to Counts 1s through 50s and 52s are to be served concurrently with one another, for a total term of 133 months of imprisonment.</u>

☒   The court makes the following recommendations to the Bureau of Prisons:
Designation to the Bureau of Prisons satellite camp located in Atlanta, Georgia, is recommended.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐  a.m.   ☐  p.m.     on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

GAS 245B   (Rev. 09/11) Judgment in a Criminal Case
DC Custody TSR   Sheet 3 – Supervised Release

Judgment – Page 4 of 8

DEFENDANT:      Najam Azmat
CASE NUMBER:    4:13CR00028-4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: <u>3 years.  This term is comprised of terms of 3 years supervised release as to each of Counts 2s through 13s, 15s through 25s, 27s, 28s, and 30s through 50s; and a term of 1 year supervised release as to each of Counts 1s, 14s, 26s, 29s, and 52s, all to be served concurrently.</u>

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) any possession, use, or attempted use of any device to impede or evade drug testing shall be a violation of supervised release.

GAS 245B     (Rev. 09/11) Judgment in a Criminal Case
DC Custody TSR     Sheet 3C – Supervised Release

Judgment — Page 5 of 8

---

| | |
|---|---|
| DEFENDANT: | Najam Azmat |
| CASE NUMBER: | 4:13CR00028-4 |

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of testing for drug and alcohol abuse. Further, the defendant shall not tamper with any testing procedure.

2. The defendant shall submit his person, property, house, residence, office, papers, vehicle, computers (as defined in 18 U.S.C. § 1030(e)(1)), or other electronic communications or data storage devices or media, to a search conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

3. The defendant shall not be employed as a physician or otherwise dispense controlled substances during the term of supervision.

## ACKNOWLEDGMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____     _____
         Defektant          .                Date

         _____     _____
         U.S. Probation Officer/Designated Witness          Date

Case 4:13-cr-00028-WTM-GRS   Document 367   Filed 08/08/14   Page 6 of 8

| | | |
|---|---|---|
| GAS 245B | (Rev. 09/11) Judgment in a Criminal Case | Judgment — Page 6 of 8 |
| DC Custody TSR | Sheet 5B – Criminal Monetary Penalties | |

| | |
|---|---|
| DEFENDANT: | Adelaida M. Lizama |
| CASE NUMBER: | 4:13CR00028-2 |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 5,100 | $ None | $ Not applicable |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the   ☐  fine   ☐  restitution.

    ☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

GAS 245B     (Rev. 09/11) Judgment in a Criminal Case
DC Custody TSR     Sheet 6A – Schedule of Payments

Judgment — Page 7 of 8

| | |
|---|---|
| DEFENDANT: | Najam Azmat |
| CASE NUMBER: | 4:13CR00028-4 |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payment of $ __5,100__ due immediately.

    ☐  not later than _____ , or
    ☐  in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Pursuant to 18 U.S.C. § 3572(d)(3), the defendant shall notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fine.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several
Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Case 4:13-cr-00028-WTM-GRS    Document 367    Filed 08/08/14    Page 8 of 8

GAS 245B        (Rev. 09/11) Judgment in a Criminal Case
DC Custody TSR    Sheet 7 – Denial of Federal Benefits    Judgment — Page 8 of 8

DEFENDANT:        Najam Azmat
CASE NUMBER:      4:13CR00028-4

# DENIAL OF FEDERAL BENEFITS

*(For Offenses Committed On or After November 18, 1988)*

## FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 862(a)

IT IS ORDERED that the defendant shall be:

☒ ineligible for all federal benefits for a period of    5 years _____ .

☐ ineligible for the following federal benefits for a period of   _____  ___ ___  __ .
*(specify benefit(s))*

## OR

☐ Having determined that this is the defendant's third or subsequent conviction for distribution of controlled substances, IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

## FOR DRUG POSSESSORS PURSUANT TO 21 U.S.C. § 862(b)

IT IS ORDERED that the defendant shall:

☐ be ineligible for all federal benefits for a period of    ___ __ _ .

☐ be ineligible for the following federal benefits for a period of  ___  __  _ .

*(specify benefit(s))*

☐ successfully complete a drug testing and treatment program.

☐ perform community service, as specified in the probation and supervised release portion of this judgment.

☐ Having determined that this is the defendant's second or subsequent conviction for possession of a controlled substance, IS FURTHER ORDERED that the defendant shall complete any drug treatment program and community service specified in this judgment as a requirement for the reinstatement of eligibility for federal benefits.

Pursuant to 21 U.S.C. § 862(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility. The clerk is responsible for sending a copy of this page and the first page of this judgment to:

U.S. Department of Justice, Office of Justice Programs, Washington, DC 20531