UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | CR 4:13 - 028 |
| DR. NAJAM AZMAT, ) | |
| ) | |
| Defendant. ) | |

### POST CONVICTION CONSULTATION CERTIFICATION

COMES NOW DR. NAJAM AZMAT, by and through his counsel of record, and files this his Post Conviction Consultation Certification.

Counsel notes that a Notice of Appeal was timely filed on August 18, 2014. (Doc. #369). The delay in filing the attached was occasioned by the movement of Dr. Azmat from the Chatham County Jail to Baker County, Florida two days following his sentencing.

This the 22nd day of August, 2014.

GILLEN, WITHERS & LAKE, LLC

*/s/ Thomas A. Withers, Esq.*
Thomas A. Withers
Georgia Bar Number: 772250
Attorney for Defendant Najam Azmat

8 East Liberty Street
Savannah, Ga. 31401
(912) 447-8400

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA

POST–CONVICTION CONSULTATION CERTIFICATION

TO BE COMPLETED AND FILED BY COUNSEL:

I, Thomas A. Withers [print name], attorney for Najam Azmat [print name], certify that I this day met with my client, Najam Azmat [print name] and:

- I found him/her to be of sound mind, clear-headed, and able to comprehend all of what I advised him/her regarding his/her right to appeal from the conviction and sentence in this case.

- I have fully explained to him/her the appellate process, including that he/she

  (a) has the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if he/she is indigent, but to exercise that right he/she

  (b) must timely file a notice of appeal and

  (c) comply with all appellate form-completion and briefing obligations;

- I have advised him/her about the advantages and disadvantages of pursuing an appeal;

- I have thoroughly inquired of him/her about his/her interest in appealing his/her conviction.

It is in that light that (check one):

✓ ___ he/she has decided to file an appeal and thus has instructed me to file it for him/her.

___ he/she has decided not to file an appeal, and I have explained to him/her the consequences of failing to do so. Those consequences include the waiver of his/her right to complain about the process that led up to his/her conviction, including in the future, should he/she decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This 22nd day of August, 2014.

Print: Thomas A. Withers   name of attorney

Sign: _____   signature of attorney

Witnessed:

+ Print: NAJAM AZMAT   name of defendant

Sign: _____   signature of defendant

TO BE COMPLETED BY THE DEFENDANT:

I, NAJAM AZMAT [print name], certify that I this day met with my attorney,

TOM WITHERS [print name] and:

- I am of sound mind, clear-headed, and able to comprehend all of what my attorney has advised me about my right to appeal my conviction and sentence in this case;

- My attorney has fully explained to me the appellate process, including that I

    (a) have the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if I am indigent, but to exercise that right I

    (b) must timely file a notice of appeal and

    (c) comply with all appellate form-completion and briefing obligations;

- My attorney has advised me about the advantages and disadvantages of pursuing an appeal;

- My attorney has thoroughly inquired of me about my interest in appealing my conviction.

It is in that light that (check one):

✓ I have decided to file an appeal and thus have instructed my attorney to file it for me.

___ I have decided not to file an appeal, and my attorney has explained to me the consequences of failing to do so. Those consequences include the waiver of my right to complain about the process that led up to my conviction, including in the future, should I decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This 22nd day of August, 2014.

Print: Thomas A. Withers name of attorney
Sign: _____ signature of attorney

Witnessed:

* Print: NAJAM AZMAT name of defendant
Sign: _____ signature of defendant

FILING: Counsel must file this form in the trial-court record of the defendant's case within ten business days following its completion. Attach this as the second page of a document bearing the caption of your client's case with this title: "POST–CONVICTION CONSULTATION CERTIFICATION."

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This __22nd__ day of __August__, 2014.

/s/ *Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Najam Azmat

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Facsimile: (912) 629-6347
E-Mail: Twithers@gwllawfirm.com