FILED
U.S. DISTRICT COURT
2019 NOV 13 PM 12: 42

CLERK_____
SO. DIST. OF GA.

|  |  |  |
|---|---|---|
| NAJAM AZMAT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NOS. CR413-028 |
| | ) | CV417-086 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## O R D E R

Before the Court is Petitioner's Motion for Certificate of
Appealability (Doc. 80), which the Government has opposed (Doc.
83).[1] On June 6, 2019, this Court adopted the Magistrate Judge's
report and recommendation as the Court's opinion in this case.
(Doc. 67.) In the report and recommendation, the Magistrate Judge
recommended that "no certificate of appealability should issue."
(Doc. 57 at 19.) On review, this Court considered the report and
recommendation, to which Petitioner did not object, and found that
"[t]he Magistrate Judge properly considered the merits of
Petitioner's numerous claims and found that Petitioner was not
entitled to any relief." (Doc. 67 at 3.)

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken
in this matter unless the Court issues a Certificate of

---

[1] Unless otherwise stated, all citations are to Petitioner's civil
docket on this Court's electronic filing system, CV417-086.

Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). In light of the Magistrate Judge's recommendation and this Court's own careful review of Petitioner's claims, this Court finds that Petitioner cannot meet this standard. Accordingly, Petitioner is not entitled to a certificate of appealability.

SO ORDERED this _13th_ day of November 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA