FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 NOV 13 PM 12:42
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NAJAM AZMAT,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NOS. CR413-028
CV417-086

# O R D E R

Before the Court are Petitioner's third Motion to Correct Clerical Error (Doc. 478) and fourth Motion to Correct Clerical Error (Doc. 481).[1] The Government has responded in opposition to both motions. (Doc. 483; Doc. 484.) After careful consideration, Petitioner's third Motion to Correct Clerical Error (Doc. 478) is **DISMISSED AS MOOT** and Petitioner's fourth Motion to Correct Clerical Error (Doc. 481) is **DENIED**.

In his third Motion to Correct Clerical Error, Petitioner argues that the Clerk failed to docket his Reply to the Government's Response to Petitioner's Motion for Default Judgment (Doc. 479). (Doc. 478.) The Clerk docketed Petitioner's Reply in Petitioner's civil docket on May 31, 2019. (CV417-086, Doc. 77.) As of the date of this order, Petitioner's Reply has also been

---

[1] Unless otherwise stated, all citations are to Petitioner's criminal docket on this Court's electronic filing system, CR413-028.

docketed in his criminal docket. (Doc. 479.) Because Petitioner's Reply to the Government's Response to Petitioner's Motion for Default Judgement (Doc. 479) has been docketed in both his criminal and civil dockets, Petitioner's third Motion to Correct Clerical Error is **DISMISSED AS MOOT**.

In his fourth Motion to Correct Clerical Error, Petitioner asserts that he sent a Supplement to his Reply to the Government's Response to Petitioner's Motion to Admit Exhibits on December 13, 2018. (Doc. 481.) Petitioner provided a United States Postal Service ("USPS") online tracking sheet which indicates a document was delivered to the Court on December 18, 2018. (Doc. 481, Attach. 1.) However, this supplement was not docketed until Petitioner provided it to the Court with his fourth Motion to Correct Clerical Error on October 29, 2019. (Doc. 480.)

The Court has considered the Supplement to his Reply (Doc. 480) and finds that any failure to docket this supplement at the time Petitioner allegedly sent it was harmless error. Petitioner's Motion to Admit Exhibits was denied (Doc. 455) and his supplement to this motion is meritless (Doc. 480). Therefore, Petitioner's fourth Motion to Correct Clerical Error is **DENIED**.

SO ORDERED this 13th day of November 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA