IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NAJAM AZMAT,                          )
                                     )
        Petitioner-Appellant,        )
                                     )
vs.                                  )        Case No. CV417-86
                                     )                 CR413-28
UNITED STATES OF AMERICA,            )
                                     )
        Respondent-Appellee.         )

O R D E R

The motion of appellant for a certificate of appealability having been denied in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _____18th_____ day of May 2020.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA