IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NAJAM AZMAT,                          )
                                      )
        Petitioner,                   )
                                      )
v.                                    )        CASE NOS.  CV417-086
                                      )                   CR413-028
UNITED STATES OF AMERICA,             )
                                      )
        Respondent.                   )
                                      )
_____      )

## O R D E R

Before the Court is Petitioner's Motion for Reconsideration.[1] (Doc. 126.) In his motion, Petitioner asks the Court to reconsider its order making the United States Court of Appeals for the Eleventh Circuit's order the order of this Court and "inform[] the Circuit Court to correct its error" in dismissing his appeal for failure to pay the filing fee in a timely manner. (Id. at 1, 3.) The Government has opposed Petitioner's motion. (Doc. 127.) On December 14, 2021, the Eleventh Circuit informed the Court that Petitioner's Appeal had been reinstated. (Doc. 128.) Because the

_____

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV417-086.

Eleventh Circuit has already effectuated the relief Petitioner

seeks, his motion (Doc. 126) is **DENIED AS MOOT**.[2]

    SO ORDERED this _____*10th*____ day of January 2022.

                _____
                WILLIAM T. MOORE, JR.
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA

---

[2] Petitioner also asks the Court to "re-review the record and find/verify that Dr. Azmat's indictment was fraudulently obtained[,]" "order the US Attorney to voluntarily withdraw the fraudulently obtained indictment[,]" and order the U.S. Attorney to respond to claims of improper conduct by assistant U.S. Attorneys. (Doc. 126 at 3, 4, 5.) "Motions for reconsideration 'should not be used to relitigate issues which have already been found lacking.' " Irvin v. Coleman, No. 5:20-cv-38, 2020 WL 7250279, at *1 (S.D. Ga. Nov. 18, 2020). Accordingly, Petitioner's request to review these issues is also **DENIED**.